JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

B 01-055

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Rita Salinas Elderkin

## DEFENDANTS

State Farm Mutual Automobile Insurance Company

United States District Court
Southern District of Texas
FILED
APR 12 2001
Michael N. Milby
Clerk of Court

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

Cameron County, Texas

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Janice A. Cassidy
P.O. Box 592
San Benito, TX 78586
956/399-3327

ATTORNEYS (IF KNOWN)

Craig H. Vittitoe
222 East Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl Ret Inc Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U S Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN *(PLACE AN "X" IN ONE BOX ONLY)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C.A. §1441 and §1446
Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions): IF ANY

JUDGE ______ DOCKET NUMBER ______

DATE: 4-12-01

SIGNATURE OF ATTORNEY OF RECORD: Craig H. Vittitoe [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG JUDGE ______

ClibPDF - www.fastio.com

United States District Court
Southern District of Texas
FILED 2:45
APR 1 2 2001
Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B 01-055 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : | |

# PETITION OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Defendant in the above styled and numbered cause, pursuant to 28 U.S.C. §1446, files this *Petition of Removal* and for cause would show the court as follows:

**I.**

Plaintiff, RITA SALINAS ELDERKIN, instituted a civil action in the 107th Judicial District Court of Cameron County, Texas, against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. True copies of all process and pleadings from the State Court litigation are separately filed contemporaneous with the filing of this Petition of Removal.

**II.**

This action is properly removable under 28 U.S.C. §1441(a) because the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332(a). The Plaintiff is a citizen of the State of Texas. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is an Illinois corporation whose principal place of business is Bloomington, Illinois.

III.

This is an underinsured motorist case in which the Plaintiff also alleges that the Defendant breached the implied covenant of good faith and fair dealing. Such claims are by their very nature each independent of the other. Liberty Nat'l Fire Ins. Co. v. Akin, 927 SW2d 627 (Tex. 1996) citing Viles v. Security Nat'l Ins. Co., 788 SW2d 566, 567 (Tex. 1990).

IV.

When this suit was initially filed in State court on January 2, 2001, the amount in controversy was not readily apparent from the face of the complaint (Plaintiff's Original Petition). It was only upon receiving Plaintiff's answers to interrogatories answers to request for disclosures on March 20, 2001 that Defendant received information that the Plaintiff's claim for damages exceeded the jurisdictional threshold of $75,000, exclusive of interest and costs. 28 U.S.C. §1332(a). Such was learned in response to request for production "D" and answer to interrogatory #13 as is stated verbatim as follows:

**Request for Disclosure "D"**

**The amount and any method of calculating economic damages;**

**ANSWER:** **$180,000 for UIM claim and $2.5 million for bad faith claim. Approaching four years post-accident, Plaintiff continues to suffer from injuries sustained on May 8, 1997. A well respected Orthopedic Surgeon will testify that she requires surgery costing in excess of $50,000.**

| | | |
|---|---|---|
| **UIM -** | **Medical Expenses to Date:** | **$ 9,219.22** |
| | **Future Surgical** | **$53,200.00** |
| | **Loss of earnings/earning capacity** | **$21,000.00** |
| | **Pain and Suffering:** | **$96,580.78** |

ClibPDF - www.fastio.com

**Interrogatory #13**

**Please state how much money you seek to recover for each element of damage you are claiming and explain the method by which you calculate that amount.**

**ANSWER:**

> **Plaintiff seeks to recover 2.5 million for the bad faith claim and $180,000.00 for the UIM claim. See answer to Request for Disclosure D.**

In support, Defendant attaches a true and correct copy of Plaintiff's Original Petition as well as Plaintiff's answers to request for disclosure, interrogatories addressed to Plaintiff, request for production of documents (without exhibits produced) and request for admissions as Exhibits "A" and "B", respectively.

Under 28 U.S.C. §1446(b), when an action is not initially removable, the Defendant has thirty (30) days after it receives a copy of the "other paper from which it may first be ascertained" that the case is or has become removable. *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 Fd3d 489, (5th Cir. 1996). By this action, Defendant exercises its right to remove this action within the 30-day window of opportunity.

**V.**

The Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, unequivocally consents to the removal of this suit.

**VI.**

Notice of this removal to the United States District Court has been provided the 107th Judicial District Court from which this suit originated and counsel for Plaintiff.

*WHEREFORE, PREMISES CONSIDERED*, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY prays that this action be removed from the 107th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division; and, for such other and further relief which STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY may be entitled to receive.



ClibPDF - www.fastio.com

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:______________________
CRAIG H. VITTITOE
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the 12 day of April, 2001:

**VIA CM/RRR NO. 7000 1670 0000 0475 8326**
Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
P. O. Box 592
San Benito, TX 78586

______________________
Craig H. Vittitoe

ClibPDF - www.fastio.com

COPY

FILED 9:00 O'CLOCK A M
AURORA DE LA GARZA DIST. CLERK
JAN 0 2 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS
RICK M. CORNE DEPUTY

CAUSE NO. 2001-01-000023-A

| RITA SALINAS ELDERKIN | { | IN THE DISTRICT COURT OF |
|---|---|---|
| | { | |
| vs. | { | CAMERON COUNTY, TEXAS |
| | { | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | { | 107th DISTRICT COURT |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RITA SALINAS ELDERKIN, complaining of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and for cause would offer the following:

I.

Discovery will be conducted under discovery control plan 2.

II.

The Plaintiff, Rita Salinas Elderkin, is an individual who resides in Cameron County, Texas. The State Farm Mutual Automobile Insurance Company is a general casualty company organized under the laws of the State of Texas and having its principal place of business located at 505 South P Street, Harlingen, Cameron County, Texas. Citation may be served upon its registered agent, William K. King, Jr., at 8900 Amberglen Boulevard, Austin, Texas 78729.

III

Venue is proper in Cameron County, Texas, in that the injuries and damages suffered by the Plaintiff arose in Cameron County, Texas.

IV.

On or about May 8, 1997 at approximately 12:45 P.M., Plaintiff, Rita Salinas Elderkin, was operating her vehicle traveling in a southerly direction on 77 Sunshine

EXHIBIT
A

Strip in Harlingen, Cameron County, Texas when she was struck by a vehicle owned and operated by an underinsured individual, Ruth Vilchez Quinones, which was travelling West on Austin Street with such force as to cause Plaintiff's vehicle to spin out of control at the intersection of 77 Sunshine Strip in Harlingen, Cameron County, Texas as a direct result of which Plaintiff sustained severe injuries and damages as hereinafter set forth.

V.

At all times herein mentioned, the underinsured individual, Ruth Vilchez Quinones, was negligent in that, among other things, she:

(a) did operate her vehicle in a negligent manner under the circumstances;

(b) did fail to yield the right-of-way;

(c) did fail to observe state and local laws regarding the operation of motor vehicles;

(d) did operate defendant vehicle at an excessive rate of speed under the circumstances; and

(e) was generally negligent and careless with regard to the Plaintiff at the time and place aforementioned.

VI.

As a direct result of the foregoing conduct of the underinsured individual, Plaintiff, Rita Salinas Elderkin, sustained severe and permanent personal injuries in and about her head, body and limbs, emotional tension and distress and severe shock to her nerves and nervous system and anxiety, all of which have caused her great pain and suffering, disability, and an impairment to her earning ability, all of which has continued from the date of accident and may and probably will continue into the future to her great financial detriment and loss.

VII.

Plaintiff, Rita Salinas Elderkin, has experienced great pain and suffering and has been prevented from performing substantially all of the usual and customary daily

ClibPDF - www.fastio.com

activities which she previously performed and enjoyed prior to the date of this accident, all of which is expected to continue into the future to her great financial detriment and loss for which she seeks compensatory damages for past, present and future pain and suffering.

VIII.

In addition, Plaintiff has been obliged to expend various sums of money for medical care, treatment and medicines in and about endeavoring to treat and cure herself of said injuries, all of which may and probably will continue into the future to her great financial detriment and loss for which she seeks compensatory damages for past, present and future medical expenses.

IX.

Plaintiff, Rita Salinas Elderkin, continued to engage in employment immediately following the accident and worked with pain but was unable to continue with the duties required of her in her employment due to the nature of the injuries which she has suffered and the permanency of those injuries, as a direct result of which she has suffered a loss of earnings to date, all of which may continue into the future as a direct result of which she will incur a loss of earning capacity for which she seeks compensatory damages for past and present loss of earnings and future loss of earning capacity.

X.

Further, the motor vehicle causing the Plaintiff's injuries and damages as described above was at all times material to this action an "underinsured motor vehicle" as that term is defined in the policy of insurance issued by Defendant to Plaintiff. A copy of the declaration of coverage page is attached hereto and made part hereof as Exhibit A. In this connection, Plaintiff will show that the sum of the limits on all applicable liability policies providing liability insurance for the ownership, maintenance, or use of such vehicle is insufficient to compensate for Plaintiff's actual damages. Specifically, the only available insurance coverage covering the underinsured individual was $20,000 which

ClibPDF - www.fastio.com

was tendered to Plaintiff following authorization and permission from Defendant. Plaintiff has fully complied with all the terms of the insurance policy issued by Defendant to Plaintiff as a condition precedent to bringing this suit. Nevertheless, Defendant has failed and refused and still fails and refuses to pay Plaintiff any benefits under this policy as it is contractually required to do.

XI.

As a result of Defendant's failure and refusal to pay to Plaintiff monies which it legally owes to her, Defendant has breached its duty of good faith and fair dealing and has engaged in bad faith acts which were intended to and did cause harm to its insured by causing her financial hardship which the Defendant knew would result if it persisted in its bad faith activities toward Plaintiff. As a result of Defendant's bad faith conduct, Plaintiff seeks punitive damages against Defendant in an amount which will discourage it from engaging in such bad faith activities towards its insureds in the future.

XII.

As a result of Defendant's failure and refusal to comply with the terms of the policy issued to Plaintiff for which Plaintiff properly paid premiums to Defendant, Plaintiff has been required to retain the legal services of Janice A. Cassidy, an Attorney who is duly licensed to practice law in the State of Texas, and Plaintiff seeks reimbursement of reasonable and necessary legal fees paid to said Attorney as Judgment in her favor against Defendant or, alternatively, that Judgment be entered in favor of Attorney Janice A. Cassidy directly.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant for past, present and future medical expenses, past and present loss of earnings and loss of earning capacity, future loss of earnings and earning capacity, past, present and future pain and suffering, punitive damages, and reasonable and necessary Attorney's fees through trial and through Appeal, if any, as well as prejudgment interest, and post-judgment interest, all in an amount in excess of the minimum jurisdiction of this Court,

ClibPDF - www.fastio.com

together with such other and further relief to which Plaintiff may show herself justly entitled.

Respectfully submitted,

JANICE A. CASSIDY, PC.

By: [signature]

JANICE A. CASSIDY
Attorney for Plaintiff
P. O. Box 592
San Benito, Texas 78586
TX Bar No. 03979210
(210) 399-3327
(210) 399-0688 (Fax)
Cameron Co. No. 191601

ClibPDF - www.fastio.com

CAUSE NO. 2001-01-000023-A

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | } | IN THE DISTRICT COURT |
| | } | |
| VS. | } | OF CAMERON COUNTY, TEXAS |
| | } | |
| STATE FARM MUTUAL AUTOMOBILE | } | |
| INSURANCE COMPANY | } | 107th JUDICIAL DISTRICT |

**PLAINTIFF'S ANSWERS TO REQUESTS FOR DISCLOSURE, INTERROGATORIES ADDRESSED TO PLAINTIFF AND REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSION OF FACT**

TO: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY by and through its attorney of record, CRAIG H. VITTITOE, ADAMS & GRAHAM, L. L. P., 222 EAST VAN BUREN, WEST TOWER, P. O. DRAWER 1429, HARLINGEN, TX 78551-1429

COMES NOW, Plaintiff, RITA SALINAS ELDERKIN, and files the attached discovery responses.

RESPECTFULLY SUBMITTED,

JANICE A. CASSIDY, P.C.

Janice A. Cassidy
Attorney for Plaintiff
P. O. Box 592
San Benito, Texas 78586
(956) 399-3327
(956) 399-0688 (Fax)
State Bar No. 03979210
Cameron County Bar No. 191601

EXHIBIT

B

ClibPDF - www.fastio.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was on this the 19th day of March 2001 forwarded via regular mail with certificate of mailing to:

Attorney Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren., West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429

JANICE A. CASSIDY

ClibPDF - www.fastio.com

## ANSWERS TO REQUESTS FOR DISCLOSURE

A) The correct names of the parties to this lawsuit:

**ANSWER:**

**Correct as stated.**

B) The name, address, and telephone number of any potential party to this lawsuit;

**ANSWER:**

**None.**

C) The legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not specify all evidence that may be offered at trial);

**ANSWER:**

**See Original Petition filed in this cause and in Cause 98-6-2432-A.**

D) The amount and any method of calculating economic damages;

**ANSWER:**

**$180,000 for UIM claim and $2.5 for bad faith claim. Approaching four years post-accident, Plaintiff continues to suffer from injuries sustained on May 8, 1997. A well respected Orthopedic Surgeon will testify that she requires surgery costing in excess of $50,000.**

| | | |
|---|---|---|
| **UIM -** | **Medical Expenses to Date:** | **$ 9,219.22** |
| | **Future Surgical** | **53,200.00** |
| | **Loss of earnings/earning capacity:** | **21,000.00** |
| | **Pain and Suffering:** | **96,580.78** |

E) The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with this case;

**ANSWER:**

ClibPDF - www.fastio.com

**See Answer to Interrogatory No. 18; Parties have knowledge of incident giving rise to third party claim and to this cause; Medical Providers have knowledge of Plaintiff's injuries, diagnosis, treatment administered or recommended, prognosis, and costs incurred and anticipated; State Farm representatives have knowledge concerning sale of coverage to Plaintiff and method of adjusting the UIM claim.**

F) For any testifying expert;

1) the expert's name, address, and telephone number;

2) the subject matter on which the expert will testify;

3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject tot he control of the responding party, documents reflecting such information;

4) If the expert is retained by, employed by or otherwise subject to the control of the responding party;

a) all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

b) the expert's current resume and bibliography.

**ANSWER:**

**Jorge Tijmes, M. D., P. O. Box 6209, McAllen, TX**

G) Any discoverable indemnity and insuring agreements;

**ANSWER:**

**See response to Request for Production**

H) Any discoverable settlement agreements.

**ANSWER:**

**See response to Request for Production**

I) Any discoverable witness statements.

ClibPDF - www.fastio.com

**ANSWER:**

**See response to Request for Production**

J) In suit alleging physical or mental injury and damages from the occurrence that is the subject of this case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills:

**ANSWER:**

**See response to Request for Production**

K) In suit alleging physical or mental injury and damages from the occurrence that is the subject of this case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

**ANSWER:**

**Not applicable.**

ClibPDF - www.fastio.com

**Written Interrogatories to Plaintiff, Rita Salinas Elderkin**

1. Please identify yourself by supplying your full name, current address, telephone number, social security number, and date of birth.

**ANSWER:**

**Rita Bucio Elderkin**
**214 Dunkin Circle St.**
**Harlingen, Texas 78550**
**(956) 440-0877**
**S.S. No. 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**
**Date of birth: 07/19/52**

2. If you have any children and/or spouse, please identify such individuals by supplying their names, current addresses, telephone numbers, social security numbers and dates of birth.

**ANSWER:**

**Plaintiff is divorced.**

**Catherine Ann Elderkin**
**214 Dunkin Circle St.**
**Harlingen, Texas 78550**
**(956) 440-0877**
**Date of birth: 11/7/96**

3. Please identify each physician, chiropractor, doctor of osteopathy, psychiatrist, psychologist, hospital, or clinic who has examined, treated you or with whom you have consulted, or to whom you have gone for any reason for the period of (ten) 10 years prior to the May 8, 1997, occurrence upon which this suit is based by giving the name, address and telephone number of each such health care provider.

**ANSWER:**

**Dr. George W. Speck, 2121 Pease Street, Harlingen, TX 78550**
**Dr. Homero Aguilar, 321 South 13th Street, Harlingen, TX 78550**
**Dr. Jaime Medina, Progresso, Mexico**
**Dr. Charles T. Folsom, 632 Ed Carey Drive, Harlingen, TX 78550**

4. Please identify each physician, chiropractor, doctor of osteopathy, psychiatrist, psychologist, hospital, or clinic who has examined, treated you or with whom you have consulted by reason of the occurrence which forms the basis for this lawsuit by giving the name, address and telephone number of each such health care provider.

ClibPDF - www.fastio.com

**ANSWER:**

**(1) Valley Baptist Medical Center**
**2101 Pease Street**
**Harlingen, TX 78550**

**(2) San Benito Medical Associates**
**351 N. San Houston**
**San Benito, TX 78550**

**(3) Industrial Medical Associates**
**1100 West Highway 77**
**San Benito, TX 78586**

**(4) Dee L. Martinez**
**1100 West Highway 77**
**San Benito, TX 78586**

**(5) Dr. Jean – Scott Bendiks, D.C.**
**Allied Rehab**
**922 South 77 Sunshine Strip**
**Harlingen, TX 78550**

**(6) Jorge Tijmes, M.D.**
**P.O. Box 6209**
**McAllen, TX 78502**

**(7) Raul Garza, M.D.**
**400 W. Highway 77**
**San Benito, TX 78586**

5. Please state whether there exists in any form, whether written or oral, any understanding, agreement or contract between you or your attorney or other agent, on the one hand, and any person or entity, or such person's or entity's attorney or agent, on the other:

a) settling, compromising or releasing all or any part of any cause of action or issue asserted herein or that might be asserted herein, or

b) concerning the manner which this case will be tried, including but not limited to understandings, agreements, or contracts regarding voir dire examination, jury strikes, witnesses to be called, special issues to be requested, or objections, opening statements or arguments to be made.

ClibPDF - www.fastio.com

c) If your answer to either subpart is yes, please state verbatim the contents of each such understanding, agreement or contract and all persons or entities with whom same has been made (alternatively, if such understanding, agreement or contract is totally contained in a written document, you may attach a copy of such document).

**ANSWER:**

**See attached Release and Settlement Agreement**

6. Please list for the last ten (10) years each place of your employment giving the following information:

   a) Name and address of each employer.

   b) The date that you commenced working for such employer and the date that you left.

**ANSWER:**

**(a) Ann & Rick Bassett**
**3217 Clifford Drive**
**Harlingen, TX 78550**

**(b) 94-98**

7. Please state completely and fully all representations, statements, declarations or admissions made to you or to others by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY or any agent, servant or employee of Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

**ANSWER:**

**Plaintiff reported accident and no further action was taken by State farm; will supply concerning representations of agent.**

8. Please state completely and fully all representations, statements, declarations or admissions made to you or to others by Ruth V. Quinones or any agent, servant or employee of Ruth V. Quinones.

**ANSWER:**

**See Depositions of Ruth V. Quinones and Rita Elderkin**

ClibPDF - www.fastio.com

9. Please describe all incidents you have been involved in, wherein you have alleged the act(s) and/or omission(s) of one or more other persons caused your injury, including in your answer the specific date and place of each such incident and the names, addresses and telephone numbers of the parties involved.

**ANSWER:**

**Automobile accident involving Ruth Vilchez. See Plaintiff's Original Petition; Cause No. 98-6-2432-A .**

10. Have you ever been arrested, indicted for, pled guilty to or been found guilty of any crime? If so, please state when and where and the nature of the charge.

**ANSWER:**

**Plaintiff objects to this interrogatory on the basis that it seeks discovery of information which is not relevant and thus not admissible nor is it reasonably calculated to lead to the discovery of admissible evidence.**

11. Have you ever been a party to a lawsuit prior to the present suit? If so, please state the nature of such suit, the court such suit took place in, including the complete style of the cause of action, whether you were plaintiff or defendant, the date each suit was filed and the final disposition of such suit.

**ANSWER:**

**See Plaintiff's Original Petition; Cause No. 98-6-2432-A**

12. Identify any and all liens and subrogation interests filed, presented or known to plaintiff or plaintiff(s) agents or attorneys arising from or concerning any health care, medical care, nursing care, or hospital care afforded to plaintiff that is related to the occurrence made the basis of this suit by giving the name, address and telephone number of the person or persons or entity claiming any such liens or subrogation interests.

**ANSWER:**

**Outstanding bill to Raul Garza and Dr. Tijmes.**

13. Please state how much money you seek to recover for each element of damage you are claiming and explain the method by which you calculate that amount.

ClibPDF - www.fastio.com

ANSWER:

**Plaintiff seeks to recover 2.5 million for the bad faith claim and $180,000.00 for the UIM claim. See answer to Request for Disclosure D.**

14. In accordance with Rules 192.3(j) and 197.1 of the Texas Rules of Civil Procedure, please state and describe your legal contentions and the factual basis for those contentions pertaining to your claim that this Defendant breached the terms and provisions of its policy of insurance as alleged in this suit.

ANSWER:

**Refer to Plaintiff's Original Petition.**

15. In accordance with Rules 192.3(j) and 197.1 of the Texas Rules of Civil Procedure, please state and describe your legal contentions and the factual basis for those contentions pertaining to your claim that you were damaged by the acts or omissions of this Defendant.

ANSWER:

**Plaintiff purchased UIM coverage and paid Defendant the agreed purchase price in reliance that the coverage would be available to her if and when needed; however, Defendant is forcing its insured to undergo anxiety in the pursuit of a lawsuit against it rather than paying what it rightfully owes to the Plaintiff.**

16. In accordance with Rules 192.3(j) and 197.1 of the Texas Rules of Civil Procedure, please state and describe your legal contentions and the factual basis for those contentions pertaining to your claim that you were damaged by the acts or omissions of Ruth V. Quinones.

ANSWER:

**See Plaintiff's Original Petition and any amendments; discovery responses and deposition transcripts in Cause No. 98-6-2432-A.**

17. Identify by name, address and telephone number each health care provider (doctor, physician, nurse, chiropractor, etc.) for which you sought healthcare treatment within thirty (30) days of the accident made the basis of this suit.

ANSWER:

ClibPDF - www.fastio.com

**Valley Baptist Medical Center – two visits**
**SBMA – one visit**

18. In accordance with Rule 192.3(d) of the Texas Rules of Civil Procedure please give the name, address and telephone number of any person who is expected to be called by you to testify at trial. With respect to each person identified, briefly state the person's connection with the case.

ANSWER:

**Rita Salinas Elderkin**

**Ruth Vilchez Quinones**

**Rosie Salinas**
**State Farm employee**
**505 P Street**
**Harlingen, TX 78550**

**John Ftacek, State Farm agent**
**1104 South 77 Sunshine Strip**
**Harlingen, TX 78550**

**All medical providers listed in response #4 herein**

19. Please give the name, address and telephone number of each person with knowledge of relevant facts who has given a witness statement as defined in Rule 192.3(h) of the Texas Rules of Civil Procedure.

ANSWER:

**See deposition transcripts in Cause No. 98-6-2432-A**

20. What is the name, address and telephone number of each insurance carrier other than STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY that may afford the Plaintiff coverage arising from either of the motor vehicle accidents made part of this suit. This interrogatory makes inquiry as to all such insurance carriers, including any major medical insurance coverage made available to you by your employer. In answering this interrogatory, please also advise whether or not you made a claim for coverage benefits, the claim number, the date of claim and the name of the adjuster handling the claim.

ANSWER:

ClibPDF - www.fastio.com

**TIG Insurance**
**P. O. Box 25061**
**Lehigh Valley, PA 18002-5061**
**(800) 252-4691**
**Adjuster: Scott Luscher**

21. In accordance with Rules 192.3(j) and 197.1 of the Texas Rules of Civil Procedure, please state your contentions and the factual basis for these contentions pertaining to your claim that this Defendant breached the implied duty of good faith and fair dealing regarding its investigation and handling of the Plaintiff's insurance claims.

ANSWER:

**See answer #15 herein.**

22. Why did Rita Salinas Elderkin and her attorney not provide State Farm Mutual Automobile Insurance Company with a statement prior to filing of this lawsuit as requested?

ANSWER:

**At the time a statement was requested, Plaintiff was pursuing a third party claim against the striking vehicle. State Farm has not requested a statement once payment was sought under the UIM provision of insured's policy.**

23. Why did Rita Salinas Elderkin and her attorney not provide State Farm Mutual Automobile Insurance Company with an opportunity to inspect the Elderkin motor vehicle involved in the accident prior to the filing of this lawsuit as requested?

ANSWER:

**Plaintiff did not seek collision damages from Defendant.**

24. Why did Rita Salinas Elderkin not provide State Farm Mutual Automobile Insurance Company with a signed medical authorization prior to the filing of this lawsuit as requested?

ANSWER:

**Defendant was provided with all medical reports and bills incurred as a result of the May 8, 1997 accident while the third party claim was pending.**

ClibPDF - www.fastio.com

25. Identify the facts and the documentary evidence supporting the claim of Rita Salinas Elderkin that she incurred a loss wage claim of $21,000.

ANSWER:

**Will supply.**

ClibPDF - www.fastio.com

**THE STATE** *
*
**OF TEXAS** *

**AFFIDAVIT**

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared RITA SALINAS ELDERKIN, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

**1. My name is RITA SALINAS ELDERKIN. I am over the age of eighteen (18) years, have personal knowledge of and am competent to testify to the facts set forth herein.**

**2. I have read the above interrogatories and the answers thereto and the answers are true and correct to the best of my knowledge.**

Rita Salinas Elderkin

**RITA SALINAS ELDERKIN**

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said RITA SALINAS ELDERKIN, on the 14th day of March, 2001, to certify which witness my hand and seal of office.

Joel P. Smith

Notary Public in and for the
**State of Texas**

[NOTARY SEAL]

ClibPDF - www.fastio.com

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

1. **Plaintiff will execute tax authorization form.**

2. **Responsive documents from Litigation Resources will be available in the office of Janice A. Cassidy, P.C. for inspection and/or copying during normal business hours due to the voluminous nature of the response. Also see attached.**

3.-4. **To extent they are within Plaintiff's possession, custody and control, see attached.**

5. **Question is unintelligible. See attached.**

6. **To extent they are within Plaintiff's possession, custody and control, see attached.**

7. **Request is unintelligible, but to extent Plaintiff can answer, see attached.**

8. **None will be provided.**

9. **None will be provided.**

10. **See response #1.**

11.-12.

13. **None.**

14. **See attached.**

15. **None other than State Farm which is equally available to Defendant.**

16. **None other than State Farm which is equally available to Defendant.**

17. **To extent they are within Plaintiff's possession, custody and control, see attached.**

18. **None.**

19. **To extent in Plaintiff's possession, custody and control, see attached.**

20. **Will supply CV of Dr. Tijmes**

ClibPDF - www.fastio.com

**21. – 22. Objection. Plaintiff objects to the documents sought in these requests because they are not relevant and thus not admissible nor are they reasonably calculated to lead to the discovery of admissible evidence.**

**23. None other than to State Farm which is available to Defendant.**

**24. To extent in Plaintiff's possession, custody and control, see attached.**

**25. Not in Plaintiff's possession.**

**26.-43. See attached.**

ClibPDF - www.fastio.com

## DEFENDANT'S REQUEST FOR ADMISSIONS TO PLAINTIFF, RITA SALINAS ELDERKIN

1. Admit that this lawsuit arises out of two (2) motor vehicle collision that occurred on May 8, 1997 in Harlingen, Cameron County, Texas.

**RESPONSE**: Admitted.

2. Admit that the negligence of Ruth V. Quinones while operating a motor vehicle was the proximate cause of the motor vehicle accident of May 8, 1997.

**RESPONSE**: Admitted.

3. Admit that Ruth V. Quinones was afforded automobile liability insurance coverage in the amount of $25,000 at the time of the accident made the basis of this suit.

**RESPONSE**: Denied.

4. Admit that Rita Salinas Elderkin settled her claims and causes of action against Ruth V. Quinones for the sum of $25,000 in liability insurance coverage.

**RESPONSE**: Denied.

5. Admit that State Farm Mutual Automobile Insurance Company paid for the benefit of the plaintiff, Rita Salinas Elderkin, the sum of $2,500 in personal injury protection benefits.

**RESPONSE**: Admitted.

6. Admit that State Farm Mutual Automobile Insurance Company offered to settle the underinsured motorist claim of Rita Salinas Elderkin for the sum of $500 prior to the filing of this lawsuit.

**RESPONSE**: After reasonable investigation, Plaintiff is unable to admit ordeny.

ClibPDF - www.fastio.com

United States District Court
Southern District of Texas
FILED
APR 1 2 2001
Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

RITA SALINAS ELDERKIN :
:
VS. : CIVIL ACTION NO. B 01 - 055
:
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY :

# LIST OF ALL COUNSEL OF RECORD

Ms. Janice A. Cassidy
LAW OFFICE OF JANICE A. CASSIDY
550 N. Sam Houston
P. O. Box 592
San Benito, TX 78586
Phone (956) 399-3327
Fax (956) 399-0688
State Bar No. 03979210

*Attorney for Plaintiff,
Rita Salinas Elderkin*

Mr. Craig H. Vittitoe
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P. O. Box 1429
Harlingen, TX 78551-1429
Phone (956) 428-7495
Fax (956) 428-2954
Federal Bar I.D. No. 18756
State Bar No. 20593900

*Attorney for Defendant,
State Farm Mutual Automobile Insurance Company*

ClibPDF - www.fastio.com

United States District Court
Southern District of Texas
FILED
APR 1 2 2001
Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

RITA SALINAS ELDERKIN :
:
VS. : CIVIL ACTION NO. B 01 - 055
:
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY :

# JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Defendant in the above styled and numbered cause, filing this its Jury Demand respectfully advising the Court that pursuant to the Federal Rules of Civil Procedure, that this Defendant timely prays for a trial by jury.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:__________________________
CRAIG H. VITTITOE
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the 12 day of April, 2001:

**VIA CM/RRR NO. 7000 1670 0000 0475 8326**
Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
P. O. Box 592
San Benito, TX 78586

Craig H. Vittitoe

ClibPDF - www.fastio.com

United States District Court
Southern District of Texas
FILED
APR 1 2 2001
Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

RITA SALINAS ELDERKIN :
:
VS. : CIVIL ACTION NO. B 01 - 055
:
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY :

# DEFENDANT'S CONSENT TO REMOVE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Defendant in the above styled and numbered cause, filing this its Consent to Removal pursuant to 28 U.S.C. §1441 and §1446, showing the Court as follows:

**I.**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is the Defendant in this action.

**II.**

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has filed a Petition of Removal in the United States District Court for the Southern District of Texas, Brownsville Division, removing the case from the 107th Judicial District Court of Cameron County, Texas.

**III.**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY consents to such removal.

ClibPDF - www.fastio.com

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:________________________
CRAIG H. VITTITOE
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the 12 day of April, 2001:

**VIA CM/RRR NO. 7000 1670 0000 0475 8326**
Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
P. O. Box 592
San Benito, TX 78586

________________________
Craig H. Vittitoe

ClibPDF - www.fastio.com

CERTIFIED CO

RULE 26-TRCP

B 01-055

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTIO |
|---|---|---|
| RITA SALINAS ELDERKIN<br>VS<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | 00191601<br>HON. JANICE A. CASSIDY<br>P.O. BOX 592<br>SAN BENITO, TX 78586 0000 | (01)<br>PERSONAL INJURY/ |

| ...TE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|
| MARCH 8, 2001 | TELEPHONE CALL : from Marine with C. Vittitoe they are passing their hearing on Motion for severance and a and will inform us if the hearing needs to be rescheduled. Letter received confirming this conversation. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A TRUE COP
AURORA DE LA
DISTRICT COURT CAME
DATE 4-1
BY
DEPU
DISTRICT ... CAMERON

ClibPDF - www.fastio.com

# CERTIFIED COPY

RUN DATE 04/11/01
RUN TIME 4:27 PM

* * * CLERK'S ENTRIES * * *

RITA SALINAS ELDERKIN

VS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

00191601
HON. JANICE A. CASSIDY (01)
P.O. BOX 592
SAN BENITO, TX 78586 0000 PERSONAL INJURY

00001214
HON. CRAIG H. VITTITOE
P.O. DRAWER 1429
HARLINGEN TX. 78551 1429

| Date | Entry |
|---|---|
| 01/17/01 | ORDER UNDER RULE T.R.C.P. RULE 103 SIGNED FOR ENTRY. BEJR/GM |
| 02/09/01 | ORDER SETTING HEARING ON DEFT, STATE FARM MUTUAL AUTOMOBILE |
| 02/09/01 | INSURANCE COMPANY'S MTN FOR SEVERANCE AND ABATEMENT SET FOR |
| 02/09/01 | 3/8/01 AT 8:30 A.M. BEURESTIJR/ESALAS |
| 03/08/01 | TELEPHONE CALL: from Marina with C. Vittitoe they are passing |
| 03/08/01 | their hearing on Motion for severance and abatement and will |
| 03/08/01 | inform us if the hearing needs to be rescheduled...BEJR/eeo |
| 03/13/01 | ORDER GRANTING CONTINUANCE AND RESETTING HEARING SIGNED; |
| 03/13/01 | HEARING ON DF'S MTN FOR SEVERANCE AND ABATEMENT FOR 3/08/01 |
| 03/13/01 | RESET FOR 04/19/01 AT 8:30 A.M...BEURESTI/ECORTEZ |
| 04/06/01 | PLTF'S SECOND MOTION FOR CONTIUANCE ON DEFT'S MTN FOR SEVERANCE |
| 04/06/01 | AND ABATEMENT GRANTED; RE-SET TO 4-26-01 AT 8:30 A.M. BEJR |

| Date | Entry |
|---|---|
| 01/02/01 | ORIGINAL PETIT |
| 01/02/01 | CITATION: STAT |
| | INS. CO. |
| 01/02/01 | SERVED: |
| 01/09/01 | AFFIDAVIT IN A |
| | AUTHORIZATION |
| 01/26/01 | ORIGINAL ANSWE |
| | AUTOMOBILE INS |
| 01/26/01 | JURY DEMAND |
| 01/26/01 | JURY FEE: Pd. |
| 02/05/01 | DEFT, STATE FA |
| | INSURANCE COMP |
| 02/05/01 | SEVERANCE A |
| 03/05/01 | PLTF'S FIRST M |
| | /ESALAS |
| 03/12/01 | NOTICE OF INTE |
| | BY WRITTEN QUE |
| 03/12/01 | CUSTODIAN O |
| | TIJMES M.D., R |
| 03/12/01 | VALLEY BAPT |
| | MORRIS MD AND |
| 03/12/01 | INDUSTRIAL |
| | L. MARTINEZ M. |
| 03/12/01 | BASSETT M.D |
| | ORTHOPEDIC CEN |
| 03/12/01 | MEDICAL ASS |
| | BENKIS D.C AND |
| 03/12/01 | REHABILITAT |
| | COMMUNITY EMER |

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 4-11-01
BY Rosie Sotelo
DEPUTY

DISTRICT COURT ★ CAMERON COUNTY, TEXAS ★

# CERTIFIED COPY

RUN DATE 04/11/01
RUN TIME 4:27 PM

* * * C L E R K ' S E N T R I E S * * *

RITA SALINAS ELDERKIN

VS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

00191601
HON. JANICE A. CASSIDY (01)
P.O. BOX 592
SAN BENITO, TX 78586 0000 PERSONAL INJURY

00001214
HON. CRAIG H. VITTITOE
P.O. DRAWER 1429
HARLINGEN TX. 78551 1429

03/12/01 FOUNDATION
03/29/01 NOTICE OF INTEN
WRITTEN QUESTIO
03/29/01 CUSTODIAN OF
AGUILAR, M.D. A
03/29/01 T. FOLSOM, M
04/05/01 PLTF'S SECOND M
CONTINUANCE/GMB

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 4-11-01
BY Rosie Sotelo
DEPUTY

DISTRICT COURT
CAMERON COUNTY, TEXAS

ClibPDF - www.fastio.com