4

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RITA SALINAS ELDERKIN :
:
VS. : CIVIL ACTION NO. B 01-055
:
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY :

# JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Defendant in the above styled and numbered cause, filing this its Jury Demand respectfully advising the Court that pursuant to the Federal Rules of Civil Procedure, that this Defendant timely prays for a trial by jury.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____
CRAIG H. VITTITOE
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the ___12___ day of April, 2001:

<u>**VIA CM/RRR NO. 7000 1670 0000 0475 8326**</u>
Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
P. O. Box 592
San Benito, TX 78586

_____
Craig H. Vittitoe