5

United States District Court
Southern District. Texas
FILED

APR 2 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RITA SALINAS ELDERKIN              :
                                   :
VS.                                :    CIVIL ACTION NO. B-01-055
                                   :    (JURY DEMANDED)
STATE FARM MUTUAL AUTOMOBILE       :
INSURANCE COMPANY                  :

## CERTIFICATE LISTING ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, counsel for the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Craig H. Vittitoe of the law firm of Adams & Graham, L.L.P., filing this the certificate disclosing to the court all entities that are financially interested in the outcome of this litigation. Those persons or entities are identified as follows:

1. **Rita Salinas Elderkin, Plaintiff**

2. **Janice A. Cassidy, Plaintiff's counsel (claim for attorney's fees)**

3. **State Farm Mutual Automobile Insurance Company, Defendant**

*WHEREFORE, PREMISES CONSIDERED*, counsel prays that their certificate be filed in the papers of the case.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:_____
    CRAIG H. VITTITOE
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the ___17___ day of April, 2001:

Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
P. O. Box 592
San Benito, TX 78586

_____
Craig H. Vittitoe