

United States District Court
Southern District of Texas
FILED

MAY 0 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-01-055 |
| | : | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | |

## JOINT REPORT OF MEETING AND JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Come now **RITA SALINAS ELDERKIN**, Plaintiff and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, by and through their respective counsel of record, and submit the following report of their meeting, pursuant to FED. R.CIV. P. 26(f):

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    **The meeting was held (telephonically) on May 4, 2001 and May 8, 2001, 2001. Janice A. Cassidy, 550 North Sam Houston, P.O. Box 592, San Benito, Texas 78586; phone 956/399-3327; fax 956/399-0688, State Bar No. 03979210, participated on behalf of the Plaintiff, Rita Salinas Elderkin. Craig H. Vittitoe, P.O. Drawer 1429, Harlingen, Texas 78551-1429, phone 956/428-7495; fax 956/428-2954, State Bar No. 20593900; Federal Bar No. 18756 participated on behalf of Defendant, State Farm Mutual Automobile Insurance Company.**

2.  List the cases related to this one that are pending in any state or federal court, with the case number and court.

    **None.**

3. Specify the allegation of federal jurisdiction.

   **Diversity jurisdiction; 28 U.S.C. §1332.**

4. Name the parties who disagree and the reasons.

   **The Plaintiff disputes timely removal.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   **None.**

6. List anticipated interventions.

   **None.**

7. Describe class action issues.

   **None.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **Timely disclosures will be completed upon response to written discovery.**

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

   **May 31, 2001.**

  B. When and to whom the Plaintiff(s) anticipate they may send interrogatories.

**May 31, 2001.**

  C. When and to whom the Defendant anticipates it may send interrogatories.

**Done.**

  D. Of whom and by when the Plaintiff anticipates taking oral depositions.

**August 31, 2001 as to fact witnesses**

  E. Of whom and by when the Defendant anticipates taking oral depositions.

**August 31, 2001 as to fact witnesses**

  F. List expert depositions the Plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (Expert Report).

**Plaintiff agrees to provide expert reports by June 15, 2001.**

**Plaintiff agrees to depose Dr. Tijmes and expert witnesses by September 15, 2001.**

  G. List expert depositions the Defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (Expert Report).

**Defendant agrees to provide expert reports by August 15, 2001.**

**Defendant agrees to depose expert witnesses by November 15, 2001.**

10. If the parties are not agreed on a date of the discovery plan, describe the separate views and proposals of each party.

**N/A**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

      **The Defendant has propounded initial written discovery, interrogatories, request for disclosures and request for production and request for admissions.**

12.   State the date the planned discovery can reasonably be completed.

    **November 30, 2001.**

13.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    **The parties are unopposed to mediating this matter before a competent mediator.**

14.   Describe what each party has done or agreed to do to bring about a prompt resolution.

    **The parties have discussed possible mediation of this matter.**

15.   From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    **The parties have discussed possible mediation of this matter.**

16.   Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **The parties will agree to trial by the presiding United States Magistrate/Judge.**

17.   State whether a jury demand has been made and if it was made on time.

    **Yes, a jury was demanded and the fee paid prior to removal of the case from State Court. Subsequently, a written jury demand was made upon removal to the United States District Court.**

18.   Specify the number of hours it will take to present the evidence in this case.

    **The parties anticipate 24 to 40 hours of trial evidence.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **Defendant's Motion to Sever and Abate**

    **Plaintiff's Motion for Remand**

20. List other motions pending.

    **Plaintiff is filing a motion to remand.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None**.

22. List the names, bar number, addresses and telephone number of all counsel.

Plaintiff's attorney:        Janice A. Cassidy
                             State Bar No. 03979210
                             Fed. ID No. 17656
                             LAW OFFICE OF JANICE A. CASSIDY
                             550 N. Sam Houston
                             P.O. Box 592
                             San Benito, TX 78586
                             Phone (956) 399-3327
                             Fax   (956) 399-0688

Defendant's attorney:        Craig H. Vittitoe
                             State Bar No. 2059300
                             Fed. ID No. 18756
                             ADAMS & GRAHAM, L.L.P.
                             222 East Van Buren, West Tower
                             P. O. Drawer 1429
                             Harlingen, TX  78551-1429
                             Phone (956) 428-7495
                             Fax   (956) 428-2954

Respectfully submitted,

By: _____
JANICE A. CASSIDY
**LAW OFFICE OF JANICE A. CASSIDY**
State Bar No. 03979210
Fed. I.D. No. 17656

ATTORNEY IN CHARGE FOR
PLAINTIFF

By: _____
CRAIG H. VITTITOE
**ADAMS & GRAHAM, L.L.P.**
State Bar No. 20593900
Fed. I.D.No. 18756

ATTORNEY IN CHARGE FOR
DEFENDANT

*Respectfully submitted,*

By: /s/ Janice A. Cassidy
**JANICE A. CASSIDY**
**LAW OFFICE OF JANICE A. CASSIDY**
State Bar No. 03979210
Fed. I.D. No. 17656

ATTORNEY IN CHARGE FOR
PLAINTIFF

By: _____
CRAIG H. VITTITOE
**ADAMS & GRAHAM, L.L.P.**
State Bar No. 20593900
Fed. I.D.No. 18756

ATTORNEY IN CHARGE FOR
DEFENDANT