7

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## SOUTHERN DIVISION

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | { | |
| | { | |
| vs. | { | CIVIL ACTION NO. B-01-055 |
| | { | |
| STATE FARM MUTUAL AUTOMOBILE | { | |
| INSURANCE COMPANY | { | |

## MOTION FOR REMAND

### TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW, **RITA SALINAS ELDERKIN,** Plaintiff in the within cause of action, and files this her Motion for Remand to the 107th Judicial District Court of Cameron County, Texas and in support would respectfully show the Court the following:

### *FACTS:*

1.     Plaintiff filed a cause of action on January 2, 2001 seeking benefits under the underinsured motorist provision of her liability insurance policy with Defendant as well as a claim for Defendant's breach of duty of good faith and fair dealing.  Plaintiff had been involved in an automobile accident on May 8, 1997 and the third party carrier tendered its policy limits of $20,000 on the eve of trial.   A copy of Plaintiff's Original Petition filed in the 107th Judicial District Court is attached hereto and made part hereof as Exhibit "A."

2.     Plaintiff's Original Petition states inter alia that she has "sustained *severe and permanent personal injuries . . .* which have caused her *great pain and suffering and disability and an impairment* to her earning ability, all of which has continued from

the date of accident and may and probably will continue into the future to her great financial detriment and loss." (Exhibit A paragraph VI, emphasis added).

3.    Plaintiff's Original Petition states inter alia that, "Plaintiff has experienced *great pain and suffering*. . . for which she seeks compensatory damages for *past, present and future pain and suffering."* (Exhibit A paragraph VII, emphasis added)

4.    Plaintiff's Original Petition states inter alia that, ". . . due to the nature of the injuries which she suffered and the *permanency* of those injuries, . . . she has suffered a loss of earnings to date. . . for which she seeks compensatory damages for past and present loss of earnings and future loss of earning capacity." (Exhibit A paragraph IX, emphasis added)

5.    Plaintiff's Original Petition states inter alia that she seeks "judgment against Defendant for *past, present and future medical expenses, past and present loss of earnings and earning capacity, future loss of earnings and earning capacity, past, present and future pain and suffering, punitive damages, and reasonable and necessary Attorney's fees. . ."* in addition to pre and post judgment interest.   (Exhibit A Ad Damnum Clause, emphasis added)

6.    During the pendency of Plaintiff's third party claim against the striking vehicle, Plaintiff kept Defendant informed of the *actual damages* incurred and provided documentation of Plaintiff's out of pocket expenses. See Exhibit "B" attached hereto and made part hereof.    As early as May 26, 1998, Plaintiff submitted to Defendant medical expenses of $9483.25 (sic) and estimated future medical expenses of approximately $103,000.00 and advised that as of that date Plaintiff had sustained a ten (10) month loss of income which would be quantified.   On October 26, 1999 Plaintiff again provided

2

medical expenses and included lost wage documentation and informed Defendant over one (1) year prior to the institution of suit that "It is obvious from the extent of my client and your insured's injuries and the amount of her medical expenses that this claim is *worth far in excess of the $40,000 total limits available from TIG and from State Farm.*"   (Exhibit B, emphasis added)   On March 3, 2000 Plaintiff again notified Defendant to tender its policy limits and again advised that "It is obvious that your insured's claim is worth *in excess of $40,000.00 given her medical expenses, loss of income and continuing pain, suffering and disability, nearly three (3) years post-accident.*" (Exhibit B, emphasis added)   Finally on November 27, 2000, Plaintiff again notified Defendant that, "You now have in your possession more than sufficient documentation to enable you to tender the policy limits of your insured's underinsured motorist benefits.   There is no question that *your insured's claim is worth far in excess of $40,000,* the aggregate of benefits paid by the third party carrier and the limits of her policy with your company." (Exhibit B, emphasis added)   Included with the November 27, 2000 letter to Defendant was a medical report of a Board Certified Orthopaedic Surgeon Jorge E. Tijmes, M. D. again substantiating Plaintiff's herniated cervical and lumbar discs as well as a Letter of Medical Necessity stating that "*I believe this patient is a candidate for cervical and lumbar surgery. . .*" and quantifying the lumbar surgical costs at $24,000-$26,000 and the cervical surgical costs at $25,200-$27,200. (Exhibit B, emphasis added)

## *ARGUMENT:*

## **I. AMOUNT IN CONTROVERSY JURISDICTION:**

3

CibPDF - www.fasisa.com

Plaintiff was injured as a result of an automobile accident that occurred on May 8, 1997.  As early as May 26, 1998 Defendant was aware that Plaintiff had suffered two (2) herniated discs and had actual present and future medical expenses in excess of the federal jurisdictional amount of $75,000.  As late as November 2000, Defendant was aware that Plaintiff was a surgical candidate with surgical costs of $49,200 to $53,200 in addition to a claim for lost wages of $21,000 and medical expense of $8639.22 (the previous higher amount was incorrect due to a clerical error).   The total claim for actual damages submitted to Defendant prior to the date of suit was $78,839.22 or $82,839.22, if you use the higher surgical figure.   Additionally when Plaintiff filed her Original Petition on January 2, 2001, she included a bad faith claim.

28 U.S.C. §1446 provides that removal from State to Federal Court shall be timely filed within thirty (30) days of receipt by the Defendant of the initial pleading setting forth the claim for relief.  "The statute places the burden on the petitioner to show that the case stated in the initial pleading was not removable then." Nicholas Richman et al v. Zimmer, Inc., 644 F. Supp. 540 at 541 (S.D.Fla. 1986).  The issue before this Court as it was in the Richman, supra. case is whether Defendant knew from the face of Plaintiff's Original Petition that there was diversity of citizenship and that the amount in controversy exceeded the minimum jurisdiction of the Court, namely, $75,000.00. Plaintiff contends that as in the Richman, supra. case Defendant knew its own citizenship and alleged place of business and, as in that case, it was apparent from the allegations of serious and permanent and past, present and future as well as the inclusion of the bad faith claim that the amount in controversy far exceeded the minimum jurisdiction of this Court.   Add to that the information that State Farm had in its possession for over two (2)

4

years prior to the instant suit and Defendant cannot make a "straight faced" argument that it did not learn until a later date the amounts that Plaintiff was seeking. The later discovery simply included settlement demands but the information already quantified and in Defendant's possession substantiated actual out of pocket damages, exclusive of any bad faith liability, in excess of $75,000.00.

"Even though the complaint contained no specific ad damnum clause, . . . a fair reading of the complaint would adequately place a defendant on notice of the substantial damages involved." Lee v.Altamil Corp., 457 F. Supp. 979 at 981 (1978). Accordingly, the defendant should have petitioned for the removal of the case within thirty days of its receipt of the complaint. ". . . a complaint which alleged physical and mental pain, physical handicap, impairment of working ability, injuries permanent or continuing in nature and medical expenses initiated the running of the thirty day period." even where no amount in controversy was stated. Charles E. Turner, Ind. and as Next Friend of Christopher Alexander Turner, a Minor v. Wilson Foods Corporation, 711 F. Supp. 624 at 626 (N.D. Ga. 1989).

## II. DIVERSITY JURISDICTION:

Although Defendant has alleged diversity based upon its incorporation in Illinois and has alleged principal place of business in Bloomington, Illinois, the burden of proving not only an address out of the forum state but that Defendant's principal place of business is not Texas rests with Defendant and Defendant ". . . must establish that [its] principal place of business is not Texas." Howery v. Allstate Ins. Co., 243 F.3d 912 at (5th Cir. 2001). Absent factual evidence of Defendant's principal place of business, mere

allegation that Defendant is incorporated out of the forum state will not establish complete diversity and case will be remanded. Howery, supra, at 921.

### CONCLUSION:

Defendant's failure to remove within thirty (30) days of the date of service and failure to establish defendant's principal place of business to ensure complete diversity defeat this Court's jurisdiction and remand is required.

WHEREFORE, Plaintiff prays that this case be remanded to the 107th Judicial District Court of Cameron County, Texas and that the costs of remand be taxed against Defendant.

Respectfully submitted,

JANICE A. CASSIDY, P.C.

By _Janice A. Cassidy_
JANICE A. CASSIDY
P. O. BOX 592
SAN BENITO, TX 78586
(956) 399-3327
(956) 399-0688 Facsimile
SBOT 03979210
Federal ID 17656
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was hand delivered this 14th day of May 2001 to:

Attorney Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551
(956) 428-2954

By _____
        JANICE A. CASSIDY

7

CutePDF - www.tsolca.com

COPY



FILED _____ O'CLOCK _____ M
AURORA DE LA GARZA DIST. CLERK

JAN 0 2 2001

RICK M. CORN
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

CAUSE NO. 2001-01-0003-A

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | { | IN THE DISTRICT COURT OF |
| vs. | { | CAMERON COUNTY, TEXAS |
| | { | |
| STATE FARM MUTUAL AUTOMOBILE | { | |
| INSURANCE COMPANY | { | 107th DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RITA SALINAS ELDERKIN, complaining of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and for cause would offer the following:

### I.

Discovery will be conducted under discovery control plan 2.

### II.

The Plaintiff, Rita Salinas Elderkin, is an individual who resides in Cameron County, Texas. The State Farm Mutual Automobile Insurance Company is a general casualty company organized under the laws of the State of Texas and having its principal place of business located at 505 South P Street, Harlingen, Cameron County, Texas. Citation may be served upon its registered agent, William K. King, Jr., at 8900 Amberglen Boulevard, Austin, Texas 78729.

### III

Venue is proper in Cameron County, Texas, in that the injuries and damages suffered by the Plaintiff arose in Cameron County, Texas.

### IV.

On or about May 8, 1997 at approximately 12:45 P.M., Plaintiff, Rita Salinas Elderkin, was operating her vehicle traveling in a southerly direction on 77 Sunshine



**EXHIBIT**

A

Strip in Harlingen, Cameron County, Texas when she was struck by a vehicle owned and operated by an underinsured individual, Ruth Vilchez Quinones, which was travelling West on Austin Street with such force as to cause Plaintiff's vehicle to spin out of control at the intersection of 77 Sunshine Strip in Harlingen, Cameron County, Texas as a direct result of which Plaintiff sustained severe injuries and damages as hereinafter set forth.

<div align="center">V.</div>

At all times herein mentioned, the underinsured individual, Ruth Vilchez Quinones, was negligent in that, among other things, she:

    (a) did operate her vehicle in a negligent manner under the circumstances;

    (b) did fail to yield the right-of-way;

    (c) did fail to observe state and local laws regarding the operation of motor vehicles;

    (d) did operate defendant vehicle at an excessive rate of speed under the circumstances; and

    (e) was generally negligent and careless with regard to the Plaintiff at the time and place aforementioned.

<div align="center">VI.</div>

As a direct result of the foregoing conduct of the underinsured individual, Plaintiff, Rita Salinas Elderkin, sustained severe and permanent personal injuries in and about her head, body and limbs, emotional tension and distress and severe shock to her nerves and nervous system and anxiety, all of which have caused her great pain and suffering, disability, and an impairment to her earning ability, all of which has continued from the date of accident and may and probably will continue into the future to her great financial detriment and loss.

<div align="center">VII.</div>

Plaintiff, Rita Salinas Elderkin, has experienced great pain and suffering and has been prevented from performing substantially all of the usual and customary daily

<div align="center">2</div>

activities which she previously performed and enjoyed prior to the date of this accident, all of which is expected to continue into the future to her great financial detriment and loss for which she seeks compensatory damages for past, present and future pain and suffering.

## VIII.

In addition, Plaintiff has been obliged to expend various sums of money for medical care, treatment and medicines in and about endeavoring to treat and cure herself of said injuries, all of which may and probably will continue into the future to her great financial detriment and loss for which she seeks compensatory damages for past, present and future medical expenses.

## IX.

Plaintiff, Rita Salinas Elderkin, continued to engage in employment immediately following the accident and worked with pain but was unable to continue with the duties required of her in her employment due to the nature of the injuries which she has suffered and the permanency of those injuries, as a direct result of which she has suffered a loss of earnings to date, all of which may continue into the future as a direct result of which she will incur a loss of earning capacity for which she seeks compensatory damages for past and present loss of earnings and future loss of earning capacity.

## X.

Further, the motor vehicle causing the Plaintiff's injuries and damages as described above was at all times material to this action an "underinsured motor vehicle" as that term is defined in the policy of insurance issued by Defendant to Plaintiff. A copy of the declaration of coverage page is attached hereto and made part hereof as Exhibit A. In this connection, Plaintiff will show that the sum of the limits on all applicable liability policies providing liability insurance for the ownership, maintenance, or use of such vehicle is insufficient to compensate for Plaintiff's actual damages. Specifically, the only available insurance coverage covering the underinsured individual was $20,000 which

3

was tendered to Plaintiff following authorization and permission from Defendant. Plaintiff has fully complied with all the terms of the insurance policy issued by Defendant to Plaintiff as a condition precedent to bringing this suit. Nevertheless, Defendant has failed and refused and still fails and refuses to pay Plaintiff any benefits under this policy as it is contractually required to do.

<div align="center">XI.</div>

As a result of Defendant's failure and refusal to pay to Plaintiff monies which it legally owes to her, Defendant has breached its duty of good faith and fair dealing and has engaged in bad faith acts which were intended to and did cause harm to its insured by causing her financial hardship which the Defendant knew would result if it persisted in its bad faith activities toward Plaintiff. As a result of Defendant's bad faith conduct, Plaintiff seeks punitive damages against Defendant in an amount which will discourage it from engaging in such bad faith activities towards its insureds in the future.

<div align="center">XII.</div>

As a result of Defendant's failure and refusal to comply with the terms of the policy issued to Plaintiff for which Plaintiff properly paid premiums to Defendant, Plaintiff has been required to retain the legal services of Janice A. Cassidy, an Attorney who is duly licensed to practice law in the State of Texas, and Plaintiff seeks reimbursement of reasonable and necessary legal fees paid to said Attorney as Judgment in her favor against Defendant or, alternatively, that Judgment be entered in favor of Attorney Janice A. Cassidy directly.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant for past, present and future medical expenses, past and present loss of earnings and loss of earning capacity, future loss of earnings and earning capacity, past, present and future pain and suffering, punitive damages, and reasonable and necessary Attorney's fees through trial and through Appeal, if any, as well as prejudgment interest, and post-judgment interest, all in an amount in excess of the minimum jurisdiction of this Court,

<div align="center">4</div>

# JANICE A. CASSIDY, P. C.

*Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

May 26, 1998

Rosie L. Salinas, Claims Adjuster
State Farm Mutual Automobile Insurance Companies
P. O. Box 531768
Harlingen, TX 78553

In re:   Your Insured and Claimant:   Rita B. Salinas a/k/a Elderkin
         Claim No. 53-C011-546         D/injury:      5/8/97

Dear Ms. Salinas:

Please be advised that settlement of the third party claim against TIG Insurance is currently being negotiated. As previously advised, demand has been made for the policy limits and a reply is anticipated shortly.

In the meantime, I enclose a compilation of special damages arising in this matter to date. Additionally, Ms. Elderkin has been unable to work since October 1997 and documentation of her lost wages will be provided.

Thanking you, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml
Encl.

EXHIBIT
B

SPECIAL DAMAGES RE RITA ELDERKIN v. RUTH QUINONES:
MAY 20, 1998                    D/accident:    5/8/97

**VALLEY BAPTIST MEDICAL CENTER**
    Out Patient Services    5/31/97               $     450.25
    Out Patient Services    6/3/97                   191.85*

**SAN BENITO MEDICAL ASSOCIATES**
    Out Patient Services    6/3/97                   104.00

**INDUSTRIAL MEDICAL ASSOCIATES – DR. ARNOLD MORRIS**
    Initial Visit:    7/25/97
    Follow up:    3
    Last visit:    3/13/98                   622.00

**RIO GRANDE VALLEY IMAGING CENTER, INC.**
    MRI CERVICAL SPINE    7/28/97          879.03
    MRI LUMBAR SPINE    7/31/97            879.03
    MRI CERVICAL SPINE    4/7/98            879.03
    MRI CERVICAL SPINE    4/7/98            879.03
    MRI LUMBAR SPINE    4/16/98            879.03

**DEE L. MARTINEZ, M. D.**
    MRI READING    7/28/97                250.00
    MRI READING    7/31/97                250.00
    MRI READING    4/7/98                 300.00
    MRI READING    4/16/98                300.00

**ALLIED REHAB. & THERAPY CLINIC**
    Initial visit:    3/13/98
    Follow up:    21
    Last visit:    4/29/98                2620.00

MEDICAL EXPENSES TO DATE:     $     9483.25

FUTURE MEDICAL EXPENSES (Per Dr. Morris):     $   100,000.00

FUTURE CHIROPRACTIC EXPENSES (Per Dr. Bendiks):     $     3,000.00

PROPERTY DAMAGE:     $     1495.56

# JANICE A. CASSIDY, P. C.
### *Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

October 26, 1999

Rosie L. Salinas, Claims Adjuster
State Farm Mutual Automobile Insurance Companies
P. O. Box 531768
Harlingen, TX 78553

In re:   Your Insured and Claimant:   Rita B. Salinas a/k/a Elderkin
         Claim No. 53-C011-546          D/injury:      5/8/97

Dear Ms. Salinas:

        Thank you for your recent inquiry concerning the status of the above matter.

        Please be advised that the claim against TIG is set for trial on Monday, January 31, 1999 in the 107th Judicial District Court of Cameron County, Texas.  Demand for the policy limits of $20,000 has been made but the limits have not been tendered.

        In the meantime, I enclose for your review a compilation of medical expenses and lost wages incurred in the above matter together with support documentation.

        It is obvious from the extent of my client and your insured's injuries and the amount of her medical expenses that this claim is worth far in excess of the $40,000 total limits available from TIG and from State Farm.   Accordingly, demand is made that you tender the $20,000 limits available under the applicable underinsured motorist provisions of your insured's policy within thirty (30) days of the date of this letter.

        Awaiting your reply, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml
encl.
Sent via facsimile 427-8216 and regular mail

SPECIAL DAMAGES RE RITA ELDERKIN v. RUTH QUINONES:
OCTOBER 26, 1999          D/accident:   5/8/97

**VALLEY BAPTIST MEDICAL CENTER**
    Out Patient Services   5/31/97            $      450.25
    Out Patient Services   6/3/97                         191.85*

**SAN BENITO MEDICAL ASSOCIATES**
    Out Patient Services   6/3/97                         104.00

**INDUSTRIAL MEDICAL ASSOCIATES – DR. ARNOLD MORRIS**
    Initial Visit:   7/25/97
    Follow up:       3
    Last visit:      3/13/98                               622.00

**RIO GRANDE VALLEY IMAGING CENTER, INC.**
    MRI CERVICAL SPINE   7/28/97                          879.03
    MRI LUMBAR SPINE     7/31/97                          879.03
    MRI CERVICAL SPINE   4/7/98                           879.03
    MRI LUMBAR SPINE     4/16/98                          879.03

**DEE L. MARTINEZ, M. D.**
    MRI READING       7/28/97                             250.00
    MRI READING       7/31/97                             250.00
    MRI READING       4/7/98                              300.00
    MRI READING       4/16/98                             300.00

**ALLIED REHAB. & THERAPY CLINIC**
    Initial visit:   3/13/98
    Follow up:       22
    Last visit:      5/13/98                               2655.00

---

      MEDICAL EXPENSES TO DATE:          $     8,639.22

FUTURE MEDICAL EXPENSES (Per Dr. Morris):    $   100,000.00

FUTURE CHIROPRACTIC EXPENSES (Per Dr. Bendiks):   $    3,000.00

LOST EARNINGS:   10/97-10/99 @ $150.00 per week for
            104 weeks                $    21,000.00**

PROPERTY DAMAGE:                             $     1495.56

*will supply records
** Plaintiff attempted to engage in gainful employment briefly during this period and
   amount of wages earned will be determined and deducted.

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 16 of 101

# VALLEY BAPTIST MEDICAL CENTER
HARLINGEN, TEXAS 78550

**EMERGENCY / OUTPATIENT RECORD**
**AMBULATORY SURGERY**

MEDICAL RECORDS

CHIEF COMPLAINT: Involved MVA early May - since then progressive pain start in back + circls into pelvis April 23/May 16 period started just 5 above on May 16th ~ was heavy + has never stopped Pain to legs

LAST TETANUS:

Allergies: NA

TEMP 97⁷ · PULSE 85 · RESP 8 · B.P 152/96

TRIAGE TIME 1250

TIME SEEN BY PHYSICIAN 1335

HISTORY AND PHYSICAL EXAM

000001

H & P DICTATED:

DIAGNOSTIC IMPRESSION: Acute back Pain

**Possible Drug Allergies:**

STAT ORDERS

RETURN OR SEE YOUR PHYSICIAN IMMEDIATELY IF YOUR CONDITION WORSENS

Select Dr Thomas - Hagans doctor

PRINTED INSTRUCTIONS GIVEN

NURSE SIGNATURE

PHYSICIAN SIGNATURE

RECEIVED

UNK 724.5 / 285.9

| ☐ ER |
| ☐ STAT-STAT 6 |
| ☐ CARI |
| ☐ DDM |
| ☐ ABDP |
| ☐ FEMP |
| ☐ AMYL |
| ☐ CBC |
| ☐ BUN |
| ☐ CREA |
| ☐ GLU |
| ☐ GLUS (STAT) |
| ☐ LYTES |
| ☐ PT PTT |
| ☐ ABG |
| ☐ DIG-DGN |
| ☐ DILAT PTN |
| ☐ THEO |
| ☐ T - X XM |
| # of units |
| ☐ Type & Screen - TS |
| ☐ Blood Group-ABO-RH |
| ☐ ETOH |
| ☐ SUBP |
| ☐ USAP |
| ☐ UA |
| ☐ UCUL |
| ☐ BL CUL |
| X |
| ☐ THROAT-TSC |
| ☐ EKG |
| ☐ PCXR |
| ☐ CXR |
| ☐ PC SPINE |
| ☐ CT SCAN |

☐ SEE NOW
☐ SEE IF NEEDED
☐ MAKE APPOINTMENT

LAST VISIT WITHIN 72 HRS

X OLD CHARTS

| ACCOUNT NUMBER | CC | REGISTRATION DATE, TIME, CLERK | TYPE SRV | ATTENDING PHYSICIAN | MR NUMBER |
| 971502570 | E | 31May97 13:03 ROCHA, | E ERM | | 00313102 |

PATIENT:
ELDERKIN, Rita
2922 ENCINO
HARLINGEN, TX 78550
(210) 428-4349    (210) 428-4349

EMPLOYER
DR RICK BASSETT
3217 CLIFFORD DRIVE
HARLINGEN, TX 7855 0
(210) 423-4233

DOB 7Jul52
AGE 44
SEX F
MS

GUARANTOR:
ELDERKIN    Rita
2922 ENCINO
HARLINGEN    TX 78550
(210) 428-4349

EMPLOYER
DR RICK BASSETT
3217 CLIFFORD DRIVE
HARLINGEN    TX 78550
(210) 423-4233

D
SS#

SELF PAY

GRP. POL. 08May97

DATE / PRIVATE PHYSICIAN 353
SRV   SPECK, GEORGE

E / D PHYSICIAN ON DUTY

ROOM & BED

TIME TO OBS

DATE / TIME RELEASED 1557

SEQ 928 (10-91)

## RELEASE FOR LEAVING HOSPITAL AGAINST ADVICE

**000002**

DATE _____ TIME _____ PM

This is to certify that I am leaving Valley Baptist Medical Center at my own insistence and against the advice of my attending physician and/or hospital authorities.  I have been informed of the risk(s) involved, and hereby release the attending physician, the hospital, its employees and officers from all responsibility for any ill effect which may result.

SIGNATURE: _____

Patient or Person Authorized to Consent for Patient          Relationship          Address

WITNESS: _____

Name          Relationship          Address          City          State

WITNESS: (Hospital Employee) _____

FECHA _____ HORA _____

Por este medio certifico que salgo del VALLEY BAPTIST MEDICAL CENTER por mi propia insistencia y contra los consejos del médico, al hospital, a los empleados y oficiales del hospital de todas las responsabilidades de cualquier mal efecto que resulte.

_____
Paciente o persona autorizada para consentir por el paciente.

_____
Parentesco de la persona autorizada para consentir por el pacient.

_____
Testigo          Dirección          Ciudad          Estado



MedRec#: 0031319 2
Stan Dt: 05/31/97
ELDERKIN Rita
Account#: 97150257 0

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas       000003
## CONDITIONS OF ADMISSION

The following matters are of special concern to patients and their families. Be sure you understand these matters when you indicate your agreement below. (If signed other than by the Patient, the undersigned certifies to be lawfully entitled to execute this form for and on behalf of the Patient as the Patient's act and deed.)

### 1. GENERAL DUTY NURSING

The Medical Center provides general duty nursing care in which nurses are called to a patient's bedside by a signal system. If the Patient or his/her family or representative desires additional care, this must be arranged by the aforementioned parties.

### 2. MEDICAL AND SURGICAL CONSENT

The patient, under the medical care of his/her attending physician(s) and/or emergency room physician, recognizes the Medical Center is not liable for any act or omission in following the instructions of said physicians. The undersigned consents to x-ray examinations, laboratory procedures, diagnostic procedures, administration of drugs, intravenous feedings, injections, emergency procedures, anesthesia, medical and surgical treatment, and other hospital services rendered under the general and special instructions of the physician and/or his associates or designees as may, in his/her professional judgement, be deemed necessary or beneficial to the patient. The undersigned recognizes that all doctors providing services to the patient, including but not limited to the dentist, emergency room physician, radiologist, pathologist, and anesthetist, are independent contractors. They are not employees of Valley Baptist Medical Center and therefore will bill the patient directly for professional services rendered.

Patients presenting to the ED (Emergency Department) are hereby advised the emergency room physicians are independent practitioners and not employees of the Medical Center. The Patient has the right to choose to be seen by the emergency room physician on duty or his/her own physician:  THE PATIENT CHOOSES THE FOLLOWING PHYSICIAN:

_____

In situations in which the patient elects to receive treatment from the emergency room physicians, it is acknowledged he/she will receive <u>emergency treatment only</u> and therefore will need to follow-up with his/her private physician.

### 3. TESTING FOR HIV / AIDS AND OTHER INFECTIOUS DISEASES

Texas Law authorizes a hospital or physician to require a patient be tested for possible exposure to the Human Immunodeficiency Virus (the virus associated with AIDS and/or other Infectious Disease) in the following situations:  (1) donation of blood, blood products, organs or tissues is contemplated; (2) a health care worker is accidentally exposed to patient's blood or body fluids such as through a needle stick; or (3) a medical or surgical procedure is to be performed which could expose healthcare

workers to the patient's blood or body fluids. The procedure is to inform the patient that he/she may be tested without further disclosure if any of these situations occurs during the patient's hospitalization.

### 4. STUDENTS AND INDEPENDENT PHYSICIAN PERSONNEL

It is my understanding the Medical Center promotes its mission of education and has affiliations with several educational institutions. It includes, but is not limited to training of nursing students, nurse anesthetists, medical students, interns, residents and specified professional personnel. The intent of this association is to allow students the opportunity to gain clinical experience. Further, it is my understanding that members of Valley Baptist Medical and Dental Staff may employ specified professional personnel who have been credentialed to assist in the patient's care. This activity is under the direct supervision and observation of the employing physician. The Medical Center is not responsible for any act or omission by the independent physicians and/or their personnel.

### 5. AGREEMENT

I, the authorized undersigned, hereby give the doctors, nurses, technicians and personnel of Valley Baptist Medical Center authority to proceed with diagnosis and treatment. In consideration of the services to be provided, I hereby release and agree to hold said hospital, doctors, nurses, technicians, and personnel of Valley Baptist Medical Center harmless from any and all consequences of treatment and diagnosis provided. I acknowledge that no guarantee has been made as to the effect of such examination, treatment, or diagnosis of my condition.

### 6. AGE OF CONSENT -
### Where Minors Are Involved, The Following Prevails:

(a) The consent of a parent or legal guardian is required if the patient is unmarried and has not yet attained his or her 18th birthday.

(b) If a patient under 18 years of age has contracted a valid marriage, regardless of subsequent divorce or annulment, the consent of a parent or legal guardian is not required.

### 7. CIRCUMSTANCES OF CONSENT

The undersigned certifies to understand and agree to the foregoing and to being the Patient or his/her representative duly authorized to execute the above and accept its terms personally and/or upon the Patient's behalf.

_____
Signature of Patient or Authorized Legal Representative
Firma de Paciente o Representante Legal Autorizado

Witness/Testigo

Date/Fecha

Relationship to Patient/Relación al Paciente

Date/Fecha

VBMC 1600-005-0395
White - Medical Records
Yellow - Patient

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas

000004

## CONDICIONES DE ADMISION

Lo siguiente es de suma importancia para los pacientes y sus familiares. Esté seguro de que entende bien o siguiente cuando usted indique su consentimiento abajo. (Si es firmado por otra persona además del paciente, el signatario certifica que está legitimamente titulado para ejecutar este formulario para y de parte del paciente como si fuera una acta o hecho del paciente.)

**1. Guardia General de Enfermería**

El Centro Médico proveé guardia general de cuidados de enfermería en la cual las enfermeras son llamadas al lado de la cama del paciente por un sistema de señas. Si el paciente o su familia o representante desea cuidados adicionales, esto tiene que ser areglado por los partidos mencionados.

**2. Consentimiento Médico y Quirúrgico**

El paciente, bajo el cuidado médico de su médico(s) atendiente(s) y/o el médico de urgencias, reconoce que el Centro Médico no es culpable por cualquier acta u omisión en seguir las instrucciones de dichos médicos. El signatario da consentimiento para examenes radiológicos, procedimientos de laboratorio, procedimientos diagnósticos, administración de medicamentos, alimento intravenoso, injecciones, procedimientos de urgencia, anestesia, tratamiento médico y quirúrgico, y otros servicios del hospital rendidos bajo instrucciones generales o especiales del médico y/o sus asociados o designados como sea necessario en el juicio profesional o para el beneficio del paciente. El signatario reconoce que los médicos que dan servicio al paciente, incluyendo pero no limitados al dentista, médico de urgencias, radiólogo, patólogo, y anestesista, son por contrato independiente. Ellos no son empleados por Valley Baptist Medical Center y entonces entregarán sus cuentas al paciente directamente por los servicios profesionales rendidos.

A esos pacientes que se presentan al ED (departamento de urgencias) se les informa que los médicos de la sala de urgencias son practicantes independientes y no son empleados del Centro Médico. El paciente tiene el derecho de ser atendido por el médico de guardia en la sala de urgencias o por su propio médico. EL PACIENTE ESCOJE AL SIGUIENTE MEDICO:

_____

En las situaciones en las cuales el paciente desea recibir tratamiento por los médicos de la sala de urgencias, se le da a reconocer de que el/ella recibirá unicamente tratamiento de urgencia y será necesario de que haga con sus médico particular una cita para recibir tratamientos adicionales.

**3. Consentimiento Para Examinar El SIDA/VIH Y Otras Enfermedades Infecciosas**

La ley de Tejas autoriza a un hospital o a un médico exigir que un paciente sea examinado para posible exposición al Virus Immunodeficiente Humano (el virus que está asociado con el SIDA y/o otras ciertas enfermedades infecciosas) en las siguientes condiciones: (1) si la donación de sangre, productos sanguíneos, organos o tejidos es contemplado; (2) si un trabajador de salud es expuesto a la sangre de un paciente o sus liquidos corporales, como puede ser por un punción deaguja; o

(3) si un procedimiento médico o quirúrgico se va allevar a cabo que pueda exponer a los trabajadores de salud a la sangre del paciente o los liquidos corporales. El procedimiento normal es informar al paciente que el/ella puede ser examinado sin más notificación si cualquiera de estas situaciones occure durante el internado del paciente.

**4. Estudiantes y Personal De Los Médicos Independientes**

Es mi entendimiento que el Centro Médico promueve su misión de educación y tiene affiliaciones con varias instituciones educacionales. Incluye, pero no está limitado al entrenamiento de estudiantes de enfermería, enfermera(o) anestesistas, estudiantes de medicina, internos, residentes y personal profesionales especificado. El intento de esta asociación es para lograr a los estudiantes la oportunidad a ganar experencia clinica. Además, es mi entendimiento que los miembros de plantilla Médica y Dental del Valley Baptist pueden emplear personal profesional especificado que estén con credenciales para asistir en el cuidado del paciente. Esta actividad está bajo la supervisión y observación de los médicos. El Centro Médico no es responsable por ningún acto u omisión de los médicos y/o su personal.

**5. Acuerdo**

Yo, el subscrito debidamente autorizado, por tal mismo doy a los médicos, enfermeras, tecnicos, y personal del Valley Baptist Medical Center autoridad de proceder con el diagnostico y tratamiento. En consideración de los servicios dados, yo por mi mismo libro y estoy de acuerdo de mantener a dicho hospital, médicos, enfermeras, tecnicos, y personal del Valley Baptist Medical Center excusables por cualquier y todas las consecuencias del tratamiento y diagnosis dado. Yo reconozco de que no se me han hecho ninguna garantía tocante al efecto de dicho examen, tratamiento, o diagnosis de mi condición.

**6. Edad Para Consentimiento:   Cuando menores están involucrados lo siguiente prevalece**

(a) El consentimiento de uno de sus padres o guardianos legales se requiere si el paciente no está casado y no ha cumplido los 18 años de edad.

(b) Si el paciente es menor de la edad de 18 años y ha sido validamente casado, aunque haya divorciado o anulado su matrimonio, el consentimiento de sus padres o guardianos legales no es necesario.

**7. Circunstancias De Consentimiento**

El subscrito certifica y entiende y está de acuerdo con lo antedicho y que es el Paciente o su representante debidamente autorizado de ejecutar lo antedicho y que acepta los terminos personalmente y/o por parte del Paciente.

Con mi firma en el dorso de este documento,

hago constar que he leido y he entiendo las condiciones antedichas para admisión.

VALLEY BAPTIST MEDICAL CENTER HARLINGEN,TX. 78550  MR# 00313102

NAME: ELDERKIN, RITA  AGE: 44  ROOM: ER   ACCOUNT# 971502570

EMERGENCY ROOM ASSESSMENT  ..DATE: 5/31)97  DR: STEPHENS

DATE OF BIRTH: July 7, 1952.                          000005

TIME SEEN BY EMERGENCY ROOM PHYSICIAN:  1335.

HISTORY: (SUBJECTIVE)
     CHIEF COMPLAINT:  Low-back pain.
     HISTORY OF PRESENT ILLNESS:  This 44-year-old presents to
     the emergency room complaining of pain in her low-back
     radiating into the pelvic region that has been present, she
     states, since an auto accident some three to four weeks ago.
     She has taken some Tylenol for the pain but it has not been
     relieved in the last two days. She believes it has gotten
     worse.  She has not had any dysuria, no hematuria.  She has
     normal bowel movements. No vomiting, no chills, no fever, no
     unusual vaginal discharge.  She had her menses on April 23,
     and again on May 16.
     REVIEW OF SYSTEMS:  Gone over with her.  Otherwise, does not
     reveal any additional positive findings.
     REMAINING REVIEW OF SYSTEMS NEGATIVE.
     PAST HISTORY:
     MEDICAL:  She claims to be in good health. She has had
     occasional sinus problems.
     ALLERGIES: NO KNOWN DRUG ALLERGIES.
     SOCIAL HISTORY:  She denies physical or chemical abuse.

PHYSICAL EXAMINATION:
     VITAL SIGNS:  As recorded.
     HEENT:  Membranes are pink.  Her pharynx is clear.
     NECK:  Supple. There are no meningeal signs.
     LUNGS:  Clear to auscultation.
     HEART:  Regular rhythm.
     ABDOMEN:  Soft, nontender, no abnormal masses.
     BACK:  Some lumbosacral soreness.
     EXTREMITIES:  Negative leg raising and good distal pulses.
     No joint deformity.
     NEUROLOGIC:  No sensory defects are found.  Deep tendon
     reflexes are equal.  Finger-nose coordination is good.  She
     does ambulate with good coordination and equal motor
     strength.

MEDICAL DECISION:
     REVIEW OF ADMISSION ASSESSMENT FORM COMPLETED.

VALLEY BAPTIST MEDICAL CENTER HARLINGEN,TX. 78550  MR# 00313102

NAME: ELDERKIN, RITA  AGE: 44  ROOM: ER  ACCOUNT# 971502570

EMERGENCY ROOM ASSESSMENT   DATE: 5-31-97  DR:  STEPHENS

---

REVIEW OF DIAGNOSTIC TESTS:  Emergency department    000006
physician's assessment of ECG, x-ray and laboratory data:
Pregnancy test is negative.  Urinalysis is negative. The
white count 5,100, hemoglobin 12.6.  Lumbar spine x-rays
appear normal.

DISCUSSION WITH FAMILY OR PHYSICIANS:  The patient has been
informed of the findings.  Database has been reviewed.  She is
given a prescription for Tolectin DS to take every 8 hours.  She
is advised to follow up with her own physician which she has
assured me that she will do.  She has been dismissed stable.

DIAGNOSTIC IMPRESSION:   Acute back pain.


HAROLD D. STEPHENS, M.D.

HDS:nph
97/5/31//5/31
i7g01262.ed

Case 1:01-cv-00055    Document 7    Filed in TXSD on 05/14/2001    Page 22 of 101

CHART

HARLINGEN, TEXAS 78550      **VALLEY BAPTIST MEDICAL CENTER**

| PATIENT | NAME | DATE OF BIRTH | AGE | SEX | CASE NUMBER | ORDER | X-RAY NUMBER |
|---|---|---|---|---|---|---|---|
| | ELDERKIN, Rita | 07/07/52 | 44 | F | 971502570 | 4 | 00313102 |

| ATTENDING PHYSICIAN | ADMIT DATE | ROOM/BED | DIAGNOSIS |
|---|---|---|---|
| STEPHENS, HAROLD D | | ERM | UNK |

| ORDER | PRIORITY | DATE TO BE DONE | ORDER DATE/TIME INITIALS/UNIT | | ORDERING PHYSICIAN | ACCESS |
|---|---|---|---|---|---|---|
| | 1 | 05/31/97 | 05/31/97 15:06 | RPERE ED | STEPHENS, HAROLD D | |

| PROCEDURES ORDERED | | | CPT CODE |
|---|---|---|---|
| 2101418  SPINE LUMBAR SERIES | | 000007 | 72100 |

| | SIDE |
|---|---|
| S/P MVA | N/A |

AP, LATERAL AND CONED DOWN VIEWS OF THE LUMBAR SPINE: 1526 HOURS

The vertebral bodies appear to be satisfactorily maintained in height with some minimal degenerative spurring. The SI joints are patent and disc spaces appear to be satisfactorily maintained.

IMPRESSION:

1)    Lumbar spine appears within normal limits.

June 1, 1997  9:47              GEORGE E. SKYE, II, M.D./ce

DATE
RECEIVED SIGNATURE

ATTACHED SIGNATURE

**DEPARTMENT OF RADIOLOGY**

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 23 of 101

VALI BAPTIST MEDICAL CENTER
DEPART. OF LABORATORY DICINE

NAME : ELDERKIN,RITA
REC#: 00313102
CASE#: 971502570

LOC: ER
DR : OKAFOR,ANDREW
    EMCARE INC.
    1717MAIN ST. STE. 52

DOB : 07/07/52    44Y    F
CODE: 560

000008

*********************** SPECIAL CHEMISTRIES ***********************

ATE:                   05/31
IME:                   1418                              NORMAL    UNIT:
OC:                     ER

-------------------------------------------------------------------------

ERUM PREGNANCY TEST        NEGATIVE

*********************** ROUTINE HEMATOLOGY ***********************

DATE:       05/31/97
TIME:        1418                           NORMAL    UNITS
LOC:          ER

-------------------------------------------------------------------------

| WBC | 5.1 | | 4.0-10.0 | TH/UL |
| RBC | 3.97 | | 3.56-5.00 | M/UL |
| HGB | 12.9 | | 11.2-14.8 | GM/DL |
| HCT | 37.6 | | 32.5-42.5 | % |
| MCV | 94.6 | | 82.3-98.9 | FL |
| MCH | 32.6 | | 27.4-33.5 | PG |
| MCHC | 34.4 | | 32.1-35.2 | GM/DL |
| PLT | 266 | | 160-400 | TH/UL |
| RDWCV | 12.4 | | 11.5-14.7 | |
| MPV | 7.6 L | | 9.1-12.6 | FL |
| DIFM | AUTO | | | |
| NEUT | 61.9 | | 49.4-76.5 | % |
| LYMPH | 27.8 | | 18.1-46.4 | % |
| MONOS | 8.3 H | | 0-7 | % |
| EOS | 0.9 | | 0-4 | % |
| BASO | 1.1 | | 0-2 | % |
| NEUT(AB) | 3.16 | | 1.90-6.82 | TH/UL |
| LYMP(AB) | 1.41 | | 1.06-3.26 | TH/UL |
| MONO(AB) | 0.42 H | | 0.00-0.28 | TH/UL |
| EOS(AB) | 0.05 | | 0.00-0.31 | TH/UL |
| BASO(AB) | 0.06 | | 0.00-0.08 | TH/UL |

ELDERKIN,RITA              CONTINUED                    PAGE 1
06/01/97 01:34                              FINAL MEDICAL RECORD

Case 1:01-cv-00055   Document 4   Filed in TXSD on 05/14/2001   Page 24 of 101

NAME : ELDERKIN,RITA
REC# : 00313102                LOC: ER                    DOB : 07/07/52      44Y      F
CASE#: 971502570               DR : OKAFOR,ANDREW          CODE: 560
                               EMCARE INC.
                               1717MAIN ST. STE. 52

# 000009

******************************** ROUTINE URINALYSIS ********************************

| | | |
|---|---|---|
| ATE: | 05/31/97 | |
| IME: | 1339 | NORMAL  UNITS |
| OC: | ER | |

---

| | | | |
|---|---|---|---|
| PECIMEN | CATHETERIZED URINE | | |
| OLOR | YELLOW | | |
| | (a) | | |
| LARITY | CLEAR | | |
| PECIFIC GRAVITY | 1.002L | 1.005-1.030 | |
| H | 7.0 | 5.0-7.5 | |
| PROTEIN | NEGATIVE | NEG | |
| LUCOSE | NEGATIVE | NEG | |
| ETONE | NEGATIVE | NEG | |
| ILIRUBIN | NEGATIVE | NEG | |
| LOOD | NEGATIVE | NEG | |
| ROBILINOGEN | 0.2 | <2.0 | EU/DL |
| ITRITE | NEGATIVE | NEG | |
| EUKOCYTE ESTERASE | NEGATIVE | NEG | |

---FOOTNOTES---
(a)     MICROSCOPIC NOT DONE BECAUSE URINE CHEMISTRIES WITHIN PREDETERMINED SET CRITERIA

ELDERKIN,RITA                      END OF REPORT                          PAGE 2
06/01/97 01:34                                              FINAL MEDICAL RECORD

_c Saw felt pain around to front - both leg_
_t. ® arm numb - _____

Allergies: ☐ NKA  ☐ See "Physician Medication Orders" (VBMC 1965-103)

☐ Patient requests EMD      ☐ Patient requests personal MD
☐ Personal MD requests EMD
_t arrived in ER with the following:_      ☐ IV #1 ____ ____
☐ None      ☐ Foley Cath      Site ____ Credit ____
☐ N/G Tube   ☐ Urine; Amt ____   ☐ IV #2 ____ ____
☐ Backboard  ☐ Dressing ____    Site ____ Credit ____
☐ Cervical Collar  ☐ CPR         ☐ IVPB ____
☐ ET Tube  BS R ___ L ___        ☐ Other ____

**PEDIATRICS ONLY**  000010

Pediatric Immunizations current?  ☐ Yes  ☐ No   If no, refer to Health Dept.
Had Disease:  ☐ Rubella  ☐ Polio  ☐ Diphtheria  ☐ Chicken Pox
☐ Tetanus  ☐ Mumps  ☐ Small Pox  ☐ Whooping Cough

**MEDICATIONS**  ☐ See "Physician Medication Orders" (VBMC 1965-103)
☐ Meds unknown by patient.   ☐ Patient unsure of medication names
Description by patient: ____

**REVIEW OF SYSTEMS** (check all that apply)      Breath Sounds
**Respiratory**   ☑ No Distress                  R  L
☐ Trach/Stoma   ☐ Smoker ____ pkgs/day       ☐ ☐ Clear
☐ Cough/Sputum Appearance ____                ☐ ☐ Crackles
☐ SOB  ☐ Slow ☐ Deep ☐ Shallow ☐ Labored ☐ Rapid  ☐ ☐ Wheezing
☐ Other ____                                  ☐ ☐ Rhonchi
**Cardiac:** Pulse: ☐ Regular ☐ Strong ☐ Rapid   ☐ ☐ Decreased
            ☐ Irregular ☐ Weak ☐ Pedal Edema   ☐ ☐ Absent
☐ Pedal Pulses  R ____ L ____  (+ −)
☐ Chest Pain / Location / Duration ____

**Neurological**
☑ Conscious  ☐ Unconscious  ☐ Confused  ☐ Slow to Answer
☑ Alert      ☐ Combative    ☐ Numbness  ☐ Neck Rigidity
☑ Oriented   ☐ Disoriented  ☐ Lethargic ☐ Tingling
☑ Memory Intact  ☐ Memory Impaired  ☐ Suspected ETOH/Drug Use
☑ Answers Appropriately  ☐ Other ____
Drainage: ____ Ear ____ Nose  Description ____
Speech: ☐ WNL  ☐ Silent  ☐ Slurred  ☐ Unable to Speak  ☐ Incoherent
   Primary Language ____
**Psychosocial**  ☑ Cooperative  ☐ Good Eye Contact  ☐ Fearful
         ☐ Uncooperative  ☐ Flat Affect  ☐ Crying
**Appearance**  ☑ Normal  ☐ Frail  ☐ Obese
**Hygiene**  ☑ Normal  ☐ Dirty
**Skin Condition**  ☑ Normal  ☐ Warm  ☐ Hot  ☐ Dry
         ☐ Cool  ☐ Cold  ☐ Moist
**Color**  ☐ Normal  ☐ Pale  ☐ Cyanotic  ☐ Flushed
         ☐ Ashen  ☐ Rash  ☐ Mottled  ☐ Jaundiced

**PAST MEDICAL HISTORY** ☑ Per Patient  ☐ No One Available
☐ Patient denies any past medical history.
☐ Per Significant Other (ID) ____
☐ TB  ☐ COPD  ☐ Cardiac  ☐ Seizures  ☐ Respiratory  ☐ Neurological
☐ MI  ☐ Kidney  ☐ Ulcers  ☐ Bleeding  ☐ Pacemaker  ☐ Antidepressant
☐ CVA  ☐ Cancer  ☐ Diabetes  ☐ Steroids  ☐ Back Injury  ☐ Hypertension
☐ Blood Transfusion  Other _MVA May 1997_

Blood Glucose: ☐ No  ☐ Yes  Frequency ____
Past Hospitalization / Surgeries? ____

Presently under TX for ____

_5/31/97 1250_  ____ RN
Date / Time    Initial / Signature

**Skin Integument**  ☐ WNL  ☐ Dry  ☐ Scaly  Initial ____
☐ Pressure Sore  ☐ Central Line ____  ☐ AV Graft
☐ Wound/Dressing (Location/Description) ____

☐ Other ____
**H.E.E.N.T.**  ☐ WNL  Initial: ____
☐ Blind  ☐ Vision Impaired  R ___ L ___
☐ Hearing Impaired  R ___ L ___  ☐ Difficulty Swallowing
☐ Other ____
**Musculoskeletal**  ☑ Moves Extremities  Initial ____
☐ Amputation/Location ____
☐ Pain/Location ____
☐ Joint Swelling/Location ____
☐ Other ____
VBMC 1610-039-0297

**Gastrointestinal**  ☐ WNL  ☐ Wt change  Initial ____
☐ Constipation  ☐ Diarrhea  ☐ Nausea/Vomiting  ☐ Feeding Tube
**Abdomen:**  ☐ Tender  ☐ Rigid  ☐ Distended  ☐ Gastrostomy Tube
☐ Other ____  Diet ____
☐ Abd Pain/Location ____
☐ Ostomy/Type ____
Alcohol Intake ____  Last BM ____
**Genitourinary**  ☐ WNL  Initial ____
☐ Frequency  ☐ Burning  ☐ Hematuria  ☐ Nephrostomy
☐ Incontinent  ☐ Retention  ☐ Urostomy  ☐ Foley/Suprapubic
VAG:  ☐ Bleeding/Description ____  LMP _April 23_
      ☐ Discharge/Description ____  _May - 16th_
☐ Other ____  _still gray_
_5/31/97_  ____ RN
Date / Time    Initial / Signature

# 1 UNIVERSAL

| Date/Time | NURSING DIAGNOSIS | INTERVENTION / OUTCOME 000011 |
|---|---|---|
| 5-31-97 1330 | | Placed in Bed 14 ō C/O being involved in MVA early May — sense then progressive pain — Starts in back & circles in to Pelvis — period started just p̄ above MVA on May 16 & was heavy & has never stopped — R. Hughes rn |
| 1335 | | Dr. Stephens in to evaluate — Labs ordered R. Hughes rn |
| 1340 | | female Catheter #FR inserted to ṁtain Urine — Urine obtained & sent to lab R. Hughes rn |
| 1500 | | resting quietly _____ |
| 1520 | | go sleep _____ |
| 1535 | | now sleep _____ |
| 1557 | | discharge, instructs pain ℞ pt no F/U Pro recta, Pursuse + thesulas ordered, neuralgis understand |

VBMC 1610-039-0297

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas
## ADMISSION ASSESSMENT

000012

| Date/Time | NURSING DIAGNOSIS | INTERVENTION / OUTCOME |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| VITAL SIGNS | TIME | TEMP | PULSE | RESP | B/P |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| V | M | (V)ALUABLES / (M)EDICATIONS |
|---|---|---|
| ___ | ___ | Kept with patient in ED |
| ___ | ___ | Sent to Unit with patient |
| ___ | ___ | Given to Security |
| ___ | ___ | Given to _____ |
| ___ | ___ | Given to _____ |

**PHYSICIAN SIGNATURE VERIFYING ORDERS FOR MEDICATIONS, PROCEDURES AND TREATMENTS** (if needed)

_____ MD  Voice Order MD _____ / Nurse

**☐ DISCHARGED**
- ☐ Alone
- ☐ Accompanied by Adult
- Phone _____
- ☐ AMA

**CONDITION**
- ☐ Improved
- ☐ Stable
- ☐ Unchanged

**☐ ADMITTED**
Accompanied by _____

**TRANSPORT METHOD**
- ☐ Ambulatory
- ☐ Wheelchair
- ☐ Stretcher
- ☐ Carried in Arms

**TRANSPORT EQUIPMENT**
- ☐ O₂
- ☐ Heart Monitor
- ☐ _____
- ☐ _____

VITAL SIGNS: (if indicated)  B/P 139/88  P 83  T ____  R 18  O₂ ____ %

Date 5/31/97  Time 1557  Nurse Signature/Credentials _____

# TO BE COMPLETED ON ADMISSION TO NURSING UNIT

**How Arrived:**
- ☐ Ambulatory  ☐ W/C  ☐ Arms
- ☐ Ambulance  ☐ Stretcher

**Admit From:**
- ☐ ED  ☐ MD Office
- ☐ RR  ☐ Other

**VITAL SIGNS:**
- T _____  B/P _____  Ht _____
- P _____  L _____  Weight _____ kg
- R _____  R _____  _____ lbs _____ oz

| V | M | (V)ALUABLES / (M)EDICATIONS |
|---|---|---|
| ___ | ___ | Kept with patient in ED |
| ___ | ___ | Sent to Unit with patient |
| ___ | ___ | Given to Security |
| ___ | ___ | Given to _____ |
| ___ | ___ | Given to _____ |

**SAFETY ASSESSMENT**  PPI Level on

Admission _____

History of Falls  ☐ No  ☐ Yes  _____

Date _____  Time _____  Nurse Signature/Credentials _____

# VALLEY BAPTIST MEDICAL CENTER
Harlingen, Texas

## ADMISSION ASSESSMENT

000013

**EDUCATION / DISCHARGE PLANNING ASSESSMENT:**

**Cultural:** Patient / Family:

Speaks: ☐ English ☐ Spanish Other ________
Reads: ☐ English ☐ Spanish Other ________
Writes: ☐ English ☐ Spanish Other ________
Primary Caregiver/Other to be instructed (*name/phone*) ________

**Psychosocial:** Marital Status: S M D W
Lives: ☐ Alone ☐ With Spouse ☐ With Children ☐ With Parents
# of Children ________ ☐ Other ________
If applicable: ☐ Father's Age ________ ☐ Mother's Age ________
Feeding: ☐ Self ☐ w/Assist
Performs ADL: ☐ Self ☐ w/Assist ☐ Unable
Utilities: ☐ Water ☐ Electric ☐ Kitchen Facilities
Special Education Needs: ☐ Requires Interpreter ________

Demonstrates: ☐ Readiness to Learn ☐ Resistance to Education
☐ Understanding of reason for hospitalization ________

Main concern about hospitalization ________

Cultural Needs: ☐ Religion/Denomination) ________
☐ Food ________

**Limitations:** Prosthesis ________
☐ Blind Ⓛ Ⓡ ☐ Glasses ☐ Contacts ☐ Hemianopsia
☐ Deaf Ⓛ Ⓡ ☐ Reads Lips ☐ Uses Sign Language
☐ Expressive Language Deficit ☐ Receptive Language Deficit
Affected Side: ☐ Right ☐ Left ☐ Neglect
Oriented to: ☐ Person ☐ Time ☐ Place ☐ Disoriented
Level of Understanding: ☐ Good ☐ Fair ☐ Poor
☐ Other ________
Attention Span: ☐ Adequate ☐ Inadequate
☐ Hearing Aid(s) Other ________
Dentures? Yes No Dentures Used to Eat? Yes No
☐ Difficulty chewing ☐ Difficulty swallowing

**SOCIAL SERVICE** ( Check all that apply)
☐ Nursing Home (Refer to SS) ☐ Homeless (Refer to SS)
☐ Patient lives alone and has no apparent family or significant others.
☐ Patient will be unable to return to former living situation.
☐ Patient demonstrates a degree of confusion and/or disorientation.
☐ Patient is unable to take medication as prescribed.
☐ Patient unable to perform self-help activities / has difficulty in mobility.
☐ History of non-compliance with health care plan.
☐ Patient may require special equipment or services after discharge.
☐ Readmission to ED/hospital within 15, 30 or 60 days.
☐ Potential for home infusion.
☐ Current Home Services: ☐ Day-Care ☐ Nurse ☐ Housekeeper
☐ Other ________
Do you anticipate changes in your living situation after discharge?
☐ Yes ☐ No Explain ________

**DIABETES ASSESSMENT**
☐ Newly diagnosed ☐ Gestational Diabetes
☐ Diabetes out of control ☐ Pediatric Diabetes

**ENTEROSTOMAL THERAPY**
☐ Skin Breakdown / Incontinence ☐ All Ostomies
☐ Pressure Sores
☐ Pt. admitted with wound; followed by Wound Care Center

**INFECTION CONTROL:**
☐ Readmission with infection (post-op wound, IV site, diarrhea, pneumonia, etc.)
☐ Communicable Disease: ○ TB or exposure to TB ○ Measles ○ Chicken pox ○ Blood-borne disease ○ Other ________

**PHYSICAL THERAPY / REHAB SERVICES**
☐ Recent/significant decline in ambulation.

**NUTRITIONAL RISK**
☐ Pressure Sores Stage III, IV
☐ CA - Esophageal, Gastric Colorectal
☐ Malnutrition ☐ Anorexia ☐ TPN / TF
☐ Readmission to hospital within 30 days
☐ Unexplained/Unintentional weight loss of >10 lbs within last month not related to diet, fluid, pulmonary DX, edema, diuresis or dialysis.

**OCCUPATIONAL THERAPY / REHAB SERVICES**
Patient follows simple commands &/or gestures with recent/significant decline in ability to:
☐ Use upper extremity(ies) functionally.
☐ Perform self-care skills (excluding bathing).

**RESPIRATORY THERAPY**
☐ All patients with asthma.

**SPEECH/LANGUAGE PATHOLOGY/REHAB SERVICES**
☐ On CVA/TIA patients, Pt fails nursing bedside dysphagia assessment & has difficulty taking medicines/liquids/foods.

**REFERRALS INITIATED:** ☐ NONE
☐ Diabetes ☐ Enterostomal Therapy
☐ Food Service ☐ Physical Therapy
☐ Infection Control ☐ Occupational Therapy
☐ Social Services ☐ Speech/Language Therapy
☐ Respiratory Therapy

| **PATIENT RIGHTS & RESPONSIBILITIES** | Yes | No |
|---|---|---|
| Directive to Physician? | ☐ | ☐ |
| Copy on Chart? | ☐ | ☐ |
| Durable Power of Attorney for Health Care? | ☐ | ☐ |
| Copy on Chart? | ☐ | ☐ |
| Pt. wishes Directive to Physician. | ☐ | ☐ |
| Pt. wishes Durable Power of Attorney for Health Care. | ☐ | ☐ |
| Pt. has Directive to Physician but it is not available. | ☐ | ☐ |
| Name of Person to bring? ________ | | |
| Pt. wishes to create directive to apply until unavailable directive is delivered. Contact Guest Relations/House Supervisor. | ☐ | ☐ |
| Organ Donor Card prepared? | ☐ | ☐ |
| VBMC Information Book provided? | ☐ | ☐ |

Date ________ Time ________

Assessed By: ________ RN

ClibPDF - www.fastio.com

VALLEY BAPTIST MEDICAL CENTER
2101 PEASE STREET --- HARLINGEN, TEXAS 78550  --  PHONE: (512) 421-1860

DISCHARGE INSTRUCTIONS FOR << ELDERKIN, RITA >>

000014

Our doctors and staff appreciate your choosing us for your emergency medical
care needs.  Read these aftercare instructions carefully.  Please call us if
you have any questions about your medical problem. We are here to serve you.

The VBMC Outpatient Pharmacy is open from 8:00AM until 7:00PM  each weekday
and from 8:00AM until 12:00PM pm Saturdays to fill your initial perscription
which may have been written by your physician in  the  Emergency Department.
The Outpatient Pharmacy is located on the  first  floor  of the Professional
Office  Building beside the hospital  at 2121 Pease Street.   Because we are
unable to include the cost of your prescription  on the Emergency Department
bill,  you  will be asked to pay for  the  presription  at  the  time  it is
dispensed.   Of  course  you are  free to receive your home medications from
whichever source you choose.

IMMUNIZATIONS
Cameron County Health Department provides immunization clinics regularly.
You may call 423-3516 to arrange follow up immunizations.

--------------------------------------------------------------------------------
BACK INJURY:
Your exam shows that your back pain is caused by a strain of the ligaments
and muscles that support the spine. This is a very common injury. Back
strains cause pain, stiffness, and trouble moving because of muscle spasms.
They often take several weeks to heal. Treatment for back injuries includes:
        * Bed rest - Stay in bed as much as possible for the next 3 days. Use
          a firm mattress. Lie on your side with your knees slightly bent. If
          you lie on your back, put a pillow under your knees.
        * No bending or lifting - Don't bend over or lift heavy objects until
          you are completely better. Learn to lift by bending your knees and
          using your leg muscles to help. Keep the load close to your body.
        * Sitting - Do not sit or drive for long periods until you are much
          better. Get up and move around often to avoid stiffness and pain.
        * Medicine - Medicine to reduce pain and inflammation is very useful
          Muscle-relaxing drugs are also prescribed sometimes.
        * Therapy - Put ice packs on your back every few hours for the first
          few days after your injury.   Heat may also be helpful in relieving
          pain and spasm.  Traction, massage, and special exercises may also be
          prescribed.

You should be examined again if your back pain is not better in one week. If
you have pain that radiates from your back into your legs, or unusual weak-
ness or numbness, this may be a sign of lumbar disc disease. Please call your
doctor or the emergency room if you have any of these symptoms.
--------------------------------------------------------------------------------
ADDITIONAL INSTRUCTIONS:
  FOLLOW UP WITH YOUR DOCTOR
  RETURN IF WORSE
--------------------------------------------------------------------------------

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 30 of 101

000015

RESCRIPTIONS:
Fill all the prescriptions ordered by your doctor and take them as directed.
* If you have been given an antibiotic, be sure to take all of it.
* Keep your drugs out of the reach of children, in a cool, dry, dark place.
* Don't give your medicine to other people or use it for other illnesses.
* Call us right away if you have problems with drug side-effects or allergy.
Bring your medicines with you any time you go to emergency for treatment.

----------------------------------------------------------------------

ANTI-INFLAMMATORY PAIN MEDICINE:
Your doctor has prescribed a medicine to relieve both pain and inflammation
from your injury or illness. Examples are: Anaprox, Ansaid, Dolobid, Feldene,
Orudis, Indocin, Motrin, Naprosyn, Relafen, Lodine, Tolectin, and Toradal.
They are used to treat many conditions including injuries (sprains, strains,
bruises), tendonitis, bursitis, gout attacks, arthritis, and menstrual cramps.
These medicines can upset your stomach, but if you take them with a full glass
of water or milk, or with meals, this side effect can be lessened.

Anti-inflammatory medicines are not completely safe during pregnancy or in
people who are allergic to aspirin. The most common side effects include:
heartburn, nausea, drowsiness, headache. Be sure you know how you react to
your medicine before you drive a car or operate dangerous equipment. Avoid
aspirin and alcohol while on treatment to reduce stomach irritation. Please
contact your doctor or return here right away if you develop the following
symptoms:
        * Allergy reaction (itching, rash, hives, fever, swelling in the mouth,
          breathing difficulty, wheezing, chest tightness, or fainting).
        * Severe stomach pain, vomiting, black or bloody stools.
        * Severe headache, blurred vision, confusion, mental depression.

----------------------------------------------------------------------

FOLLOW-UP CARE:
Your physician today has been DR. HAROLD STEPHENS
For follow-up care you have been referred to the following doctor or clinic:
        GEORGE W. SPECK                         Phone: 428-0886
        2121 PEASE ST.  2B HGN.
Please make an appointment for further treatment in _____ days. Be sure to
tell your referral doctor or clinic that we have sent you, and bring your
medicines and instructions to the office. If you had x-rays, an EKG, or lab
tests today, they have been reviewed by your doctor. We will contact you at
once if other important findings are noted after further review by our staff.
If you do not continue to improve or if your condition worsens, please call
your doctor or the emergency department right away so you can be examined.

X-RAYS
If you have been advised to follow up with an orthopedist please call their
office to schedule an appointment. Prior to the visit you may pick up your
x-rays in the Radiology Department at VBMC.

I acknowledge receipt of these instructions. I understand that my condition
may require more care and will arrange for further treatment as recommended.


_____            _____
   Staff Signature                      Patient or Representative Signature
            Saturday, May 31, 1997 - 03:49 PM

CUtePDF • www.fscho.com

Eluckkin Kita
97 1502570
0031310 2

# VALLEY BAPTIST MEDICAL CENTE

## HARLINGEN, TEXAS

## EMERGENCY DEPARTMENT
## FOLLOW-UP ON DIAGNOSTIC STUDIES

| RADIOLOGY | RN SCREEN (MD to Evaluate) | | MD REVIEW (Needs Follow-up) | | COMMENTS |
|---|---|---|---|---|---|
| LS Spine | ☐ Yes  6-√ | ☑ No  /an | ☐ Yes | ☐ No | 000016 |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |

**LABORATORY**

| | RN SCREEN | | MD REVIEW | | |
|---|---|---|---|---|---|
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |

**EKG**

| | RN SCREEN | | MD REVIEW | | |
|---|---|---|---|---|---|
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |  |
|  | Date | Initial | Date | Initial |  |

Date _____ ACTION:

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas

## WAIVER FOR VALUABLES / RENUNCIA DE RECLAMACION DE ARTICULOS DE VALOR: 000017

I understand Valley Baptist Medical Center is not responsible for personal effects such as purses, dentures, including bridges, partial plates, artificial or any removable teeth, etc., property or other valuables including rings, watches or other jewelry, money, unless same has been checked into the Medical Center's safe and receipt issued. Property checked into the safe will not be surrendered without receipt.

Yo entiendo que el Centro Médico no es responsable por efectos personales como bolsas, dentaduras, incluyendo puentes, placas parciales, artificiales, o cualquier dientes quitables, etc., propriedad u otros articulos de valor incluyendo anillos, relojes, u otro joyería, dinero, si lo mismo no ha sido metido en la caja fuerte del Centro Médico y un recibo intregado al dueño. Articulos puestos en la caja fuerte no se devolverán sin presentación del recibo.

## CONSENT TO RELEASE OF INFORMATION / PERMISO PARA LA ENTREGA DE INFORMACION:

The Medical Center is authorized to release copies of any or all the patient's medical records including AIDS/HIV test results and diagnosis, drug/alcohol abuse, and/or psychiatric diagnosis and treatment records to the patient's physicians, including those physicians the patient selects for follow-up care following discharge from Valley Baptist Medical Center. Additionally, the hospital is authorized without further action by or on behalf of the patient to disclose all or any part of the patient's record to any person or corporation (including but not limited to: hospital or medical service companies, insurance companies, workers compensation carriers, welfare agencies, and/or patient's employer) who is or may be liable under a contract to: (a) the Medical Center, (b) the patient, (c) family member, or (d) patient's employer, for all or part of the Medical Center's charges for services. The Medical Center charges the requestor for release of information services.

El Centro Médico está autorizado para dar copias de cualquier parte o todo el archivo médico del paciente, incluyendo los resultados de la prueba y el diagnosis del SIDA/VIH, el diagnosis de abuso de drogas/alcohol, y/o el diagnosis psiquiátrico y los archivos de tratamiento a los médicos del paciente, incluyendo a los médicos que el paciente selecione para seguir su tratamiento después de ser dado de alta del Valley Baptist Medical Center. Además, el hospital está autorizado sin más acción de o por parte del paciente de dar a conocer todo o culaquier parte del archivo médico del paciente a cualquier persona o corporación (incluyendo pero no limitado a: hospitales o compañias de servicios médicos, compañias de seguros, compañias de compensación para trabajadores, agencias de asistencia social, y/o el empresario del paciente) que está o estará comprometido bajo un contrato: (a) al Centro Médico, (b) al paciente, (c) a un familiar o (d) al empresario del paciente por parte o todas las cuentas de servicios del Centro Médico. El Centro Médico cobrará al pedidor por los servicios de preparación de informes médicos.

## AUTHORIZATION TO PAY INSURANCE BENEFITS / AUTORIZACION PARA EL PAGO DE SEGUROS:

I certify that the information given by me in applying for payment under Title 18 and/or Title 19 of the Social Security Act is correct. I hereby assign and authorize payment to the named physician and/or hospital, of benefits otherwise payable to me but not to exceed the physician's and/or hospital's regular charges for this period of hospitalization. I understand I am financially responsible to the physician and/or hospital for charges not covered by this authorization. I request that payment of authorized benefits be made on my behalf directly to Valley Baptist Medical Center. I hereby authorize Valley Baptist Medical Center to release my social security number for medical information purposes.

Yo certifico que la información que he dado en hacer aplicación para pago bajo "Title 18" y/o "Title 19" del Acto de Seguridad Social es correcto. Por lo presente, cedo y autorizo el pago de beneficios-directamente al médico nombrado y/o al hospital que serían pagables a mí pero que no estén en exceso de los cargos normales del médico y/o del hospital por este periodo de hospitalización. Me hago responsable por pagar los cargos del médico y/o del hospital que no estén cubiertos por este autorización. Pido que por mi parte que se haga el pago de los beneficios autorizados directamente a Valley Baptist Medical Center. Por lo presente, autorizo la divulgación de mi número de seguridad social para fines de la identificar mis datos médicos.

Social Security # _____   Medicare # _____

Medicaid # _____   Group # _____   Cert.# _____

Signature of Patient / Firma de Paciente: _Rita Eldertin_   Date / Fecha: 5/31/97   Time / Hora: 13:03 ☐ A.M. ☐ P.M.

Authorized Legal Representative / Representante Legal Autorizado   Relationship / Relación   Date / Fecha   Time / Hora ☐ A.M. ☐ P.M.

Witness / Testigo   Address / Dirección   City / Cuidad: VBMC HARLINGEN TX   State / Estado

VBMC 1600-007-0592

White - Medical Records; Copies - Business Office

**VALLEY BAPTIST MEDICAL CENTER**
2101 PEASE STREET  --  HARLINGEN, TEXAS 78550  --  PHONE: (512) 421-1860

DISCHARGE INSTRUCTIONS FOR << RITA ELDERKIN >>

Our doctors and staff appreciate your choosing us for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about your medical problem. We are here to serve you.

The VBMC Outpatient Pharmacy is open from 8:00AM until 7:00PM each weekday and from 8:00AM until 12:00PM pm Saturdays to fill your initial perscription which may have been written by your physician in the Emergency Department. The Outpatient Pharmacy is located on the first floor of the Professional Office Building beside the hospital at 2121 Pease Street. Because we are unable to include the cost of your prescription on the Emergency Department bill, you will be asked to pay for the presription at the time it is dispensed. Of course you are free to receive your home medications from whichever source you choose.

IMMUNIZATIONS
Cameron County Health Department provides immunization clinics regularly. You may call 423-3516 to arrange follow up immunizations.

-------------------------------------------------------------------------
CONTUSIONS:
You have a deep bruise (contusion). Contusions are areas of tenderness and swelling in the soft tissues. They are the result of trauma and bleeding in the injured area. Minor trauma will give you a painless bruise; more severe contusions may stay painful and swollen for a few weeks. Treatment includes:
        * Rest the injured area until the pain and swelling are better.
        * Apply ice packs every few hours for 2-3 days, then moist heat.
        * Elevate the injury to reduce swelling.
        * Compression bandages also help reduce swelling and motion.

A hematoma may form in large contusions; this is a collection of blood in the deep tissues. Hematomas are usually reabsorbed by the body naturally, but sometimes they need to be drained. Please see your doctor or go to the emergency room right away if your contusion shows signs of infection (increased redness, swelling, pain), of if the area becomes numb, cold, blue, or much more painful.
-------------------------------------------------------------------------
SPLINT CARE:
Your doctor has applied a splint to rest and protect your injury. Splints can be made of plaster, fiberglass, or metal; they are used to treat fractures, sprains, tendonitis, and and other injuries. Please keep your injury elevated to reduce swelling and pressure under your splint. If an elastic bandage has been used hold the splint, it can be loosened for increased swelling or pain.

Try to keep your splint clean and dry. They can be used for weeks if needed to treat serious sprains, or minor fractures. Do not put objects under your splint to scratch yourself. Call your doctor right away if you have:
        * Increased pain or pressure around the injury.
        * Numbness, tingling, or painful, cool toes or fingers.

Call your doctor for follow up care as recommended, especially if your splint becomes too soft or broken before you are healed.
-------------------------------------------------------------------------

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 34 of 101

SLING INSTRUCTIONS:
    You have been given a sling to rest your arm and help heal your injury. Your
    sling should be adjusted so it is completely comfortable, and your forearm
    rests parallel with the floor, or is bent slightly up. Do not take your arm
    out of the sling unless your doctor approves or your injury is completely
    painless.
    ------------------------------------------------------------------------
COLD THERAPY:
    Your doctor advises cold therapy for your injury.  This is the best initial
    treatment for sprains, muscle strains, and bruises (contusions).  Cold therapy
    helps reduce pain, swelling, bleeding into the tissues, and muscle spasm from
    injuries.  Pain relief from cold applications is due to a "counter-irritant"
    effect; at first the pain increases with the cold pack, then it becomes numb.

    The best way to apply cold treatments is with a plastic bag full of crushed
    ice, or a frozen gel pack.  (Chemical cold packs are not recommended because
    they keep their cool for just a few minutes).  Place the cold pack over the
    injury for 30 minutes; repeat the treatment every 2-3 hours for 2-3 days.
    Use a dry towel or washcloth between the cold pack and your skin to avoid
    injury to the skin.  An elastic bandage can be applied over the ice pack to
    create compression; this is very effective in cooling injured tissues.

    Please do not leave the pack on for too long; it can cause frostbite. If you
    have circulation problems or a skin disease, you should not use ice packs
    because of the increased risk of causing frostbite injury.
    ------------------------------------------------------------------------
PRESCRIPTIONS:
    Fill all the prescriptions ordered by your doctor and take them as directed.
      * If you have been given an antibiotic, be sure to take all of it.
      * Keep your drugs out of the reach of children, in a cool, dry, dark place.
      * Don't give your medicine to other people or use it for other illnesses.
      * Call us right away if you have problems with drug side-effects or allergy.
    Bring your medicines with you any time you go to emergency for treatment.
    ------------------------------------------------------------------------
IBUPROFEN:
    Your doctor has prescribed ibuprofen for you.  Examples of this drug include:
    Advil, Midol 200, Medipren, Motrin, Nuprin, and Rufen. Ibuprofen helps reduce
    pain and inflammation from injuries (sprains, strains, bruises) or illnesses
    (arthritis, bursitis, tendonitis, menstrual cramps).  This medicine is most
    effective when it is taken on an empty stomach, but if it causes you stomach
    upset, you should take it with meals, milk, or antacids. Ibuprofen suspension
    (Children's Advil, PediaProfen) can be used for fever and pain in children.

    Ibuprofen is not safe to take if you are pregnant or if you have an allergy
    to aspirin.  The most common side effects of treatment are:  heartburn,
    nausea, drowsiness, headache.  Be sure you know how you react to your
    medicine before you drive a car or operate dangerous equipment.  Avoid
    aspirin while taking Ibuprofen to reduce stomach irritation.  Please call
    your doctor or return here right away if you have any of the following
    symptoms:
              * Allergy reaction (itching, rash, hives, fever, breathing problems).
              * Severe stomach pain, vomiting, black or bloody stools.
              * Severe headache, blurred vision, confusion, mental depression.
    ------------------------------------------------------------------------

FOLLOW-UP CARE:
Your physician today has been DR. JULIA NATHAN
For follow-up care you have been referred to the following doctor or clinic:
        SAN BENITO MEDICAL ASSOC.
        351. N. SAM HOUSTON, SAN BENITO        Phone: 399-2443
Please make an appointment for further treatment in _____ days. Be sure to
tell your referral doctor or clinic that we have sent you, and bring your
medicines and instructions to the office. If you had x-rays, an EKG, or lab
tests today, they have been reviewed by your doctor. We will contact you at
once if other important findings are noted after further review by our staff.
If you do not continue to improve or if your condition worsens, please call
your doctor or the emergency department right away so you can be examined.

X-RAYS
If you have been advised to follow up with an orthopedist please call their
office to schedule an appointment. Prior to the visit you may pick up your
x-rays in the Radiology Department at VBMC.

I acknowledge receipt of these instructions. I understand that my condition
may require more care and will arrange for further treatment as recommended.

_____        _____
         Staff Signature                 Patient or Representative Signature
         Wednesday, June 04, 1997 - 03:41 AM

Case 1:05-cv-00... Document 7   Filed in TXSD on 06/14/200...  Page 36 of 101

## Form 1 

*[handwritten]* Rita Elderkin 03 6 pain
*[handwritten]* To your doctor

REFERRED TO

□ CXR
□ PC SPINE
□ CT SCAN

☑ SEE NOW
□ SEE IF NEEDED
□ MAKE AN APPOINTMENT

PRINTED INSTRUCTIONS GIVEN □    NURSE SIGNATURE

RECEIVED AND UNDERSTOOD INSTRUCTIONS
X *Rita Elderkin*

MEANS OF ARRIVAL    LAST VISIT WITHIN 72 HRS.    □ OLD CHARTS

DX
UNK

| ACCT | REGISTRATION DATE, TIME, CLERK | TYPE | SRV | ATTENDING PHYSICIAN | MR NUMBER |
|---|---|---|---|---|---|
|  | 31May97 13:03 ROCHA, | E | ERM | *Speck* | 00313102 |

**PATIENT**
ELDERKIN, Rita
2922 ENCINO
HARLINGEN, TX 78550
(210)428-4349    (210)428-4349

EMPLOYER
DR RICK BASSETT
3217 CLIFFORD DRIVE
HARLINGEN, TX 7855 0
(210)423-4233

DOB 7Jul52
AGE 44
SEX F
M S

V:
L:
I:

**GUARANTOR**
ELDERKIN    Rita
2922 ENCINO
HARLINGEN    TX 78550
(210)428-4349

EMPLOYER
DR RICK BASSETT
3217 CLIFFORD DRIVE
HARLINGEN    TX 78550
(210)423-4233

D
SS#

**INS.** SELF PAY

GRP. POL.    CONTRACT    INSURED    RELATION

| ADM RTE & SRV | PRIVATE PHYSICIAN 353 | E/D PHYSICIAN ON DUTY | ROOM & BED | TIME TO OBS | DATE/TIME RELEASED |
|---|---|---|---|---|---|
|  | SPECK, GEORGE |  |  |  | 1557 |

SEQ 928 (1094)

---

## Form 2 (bottom)

RETURN OR SEE YOUR PHYSICIAN IMMEDIATELY IF YOUR CONDITION WORSENS

*[handwritten]* elevate, ice. Splint for comfort
ibuprofen 200mg 1-3 every 6 hr for pain
follow up at SBMA Friday or Monday for
re exam

□ EKG
□ PCXR
□ CXR
□ PC SPINE
□ CT SCAN

REFERRED TO

□ SEE NOW
□ SEE IF NEEDED
□ MAKE AN APPOINTMENT

PRINTED INSTRUCTIONS GIVEN □    NURSE SIGNATURE

RECEIVED AND UNDERSTOOD INSTRUCTIONS
X *Catherine Elderkin*

MEANS OF ARRIVAL    LAST VISIT WITHIN 72 HRS    □ OLD CHARTS

DX
UNK

| ACCOUNT | REGISTRATION DATE, TIME, CLERK | TYPE | SRV | ATTENDING PHYSICIAN | MR NUMBER |
|---|---|---|---|---|---|
|  | 3Jun97 23:53 DE LA G | E | ERM |  | 00159805 |

**PATIENT**
ELDERKIN, Rita
2922 ENCINO
HARLINGEN, TX 78550
(210)425-9624    (210)428-4349

EMPLOYER
HARLINGEN DAY CARE

DOB 7Jul52
AGE 44
SEX F
M S

V:
L:
I:

**GUARANTOR**
ELDERKIN    Rita
2922 ENCINO
HARLINGEN    TX 78550
(210)428-4349

EMPLOYER
HARLINGEN DAY CARE

M
SS#

**INS.** SELF PAY

GRP. POL.    CONTRACT    INSURED    RELATION

| ADM RTE & SRV | PRIVATE PHYSICIAN 353 | E/D PHYSICIAN ON DUTY | ROOM & BED | TIME TO OBS | DATE/TIME RELEASED |
|---|---|---|---|---|---|
|  | SPECK, GEORGE |  |  |  | 035U |

SEQ 928 (1094)

CAMPDF • www.texio.com

VALLEY BAPTIST MEDICAL CENTER         PAGE   1 OF   2
2101 PEASE STREET   P.O. DRAWER 2588
HARLINGEN, TEXAS 78550
                                                    DATE:
                                                    09/26/97

PATIENT NAME: ELDERKIN, RITA                MED REC NO: 00313102

SERVICE DATE(S): FROM 05/31/97 TO 06/01/97     ACCOUNT NO: 971502570


    ELDERKIN, RITA                       GUARANTOR NO: 000425280
    2922 ENCINO
    HARLINGEN     TX    78550                F/C: COM INS 1


| DATE | DESCRIPTION | | CHARGE # | CPT | QUAN | AMOUNT |
|------|-------------|--|----------|-----|------|--------|
| 0531 | URINALYSIS (CHEMISTRIES) | G645050 | 0280008 | 81003 | 1 | 38.50 |
| 0531 | VENIPUNCTURE | | 1110006 | G0001 | 1 | 6.50 |
| 0531 | PREGNANCY TEST SERUM | | 0325159 | 84702 | 1 | 33.75 |
| 0531 | CBC W/DIFF | | 0603010 | 85025 | 1 | 30.25 |
| 0531 | SPINE LUMBAR SERIES | E4H8500 | 2101418 | 72100 | 1 | 224.25 |
| 0531 | ER LEVEL I (0-2 HRS) | B000263 | 7810013 | 99201 | 1 | 117.00 |


                              TOTAL CHARGES          450.25
                              PAYMENTS/ADJUSTMENTS     0.00

                              BALANCE                450.25

        BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER

VALLEY BAPTIST MEDICAL CENTER          PAGE   1 OF   2
2101 PEASE STREET   P.O. DRAWER 2588
HARLINGEN, TEXAS 78550

DATE:
10/02/97

PATIENT NAME: ELDERKIN, RITA                 MED REC NO: 00159805

SERVICE DATE(S): FROM 06/03/97 TO 06/04/97        ACCOUNT NO: 971512512


ELDERKIN, RITA                              GUARANTOR NO: 000425280
2922 ENCINO
HARLINGEN    TX   78550                          F/C: SELF

| DATE | DESCRIPTION | | CHARGE # | CPT | QUAN | AMOUNT |
|------|-------------|---|----------|-----|------|--------|
| 0604 | MOTRIN 600MG TAB | | 3015229 | | 1 | 0.65 |
| 0603 | ARM SLING YOUTH MED | | 5400692 | | 1 | 9.10 |
| 0603 | ICE BAG DISPOSABLE | | 5449202 | | 1 | 10.20 |
| 0603 | SPLINT PLASTER OCL 4" | | 7523723 | | 1 | 4.60 |
| 0604 | HAND L-R | E2C8500 | 2100659 | 73130 | 1 | 83.50 |
| 0603 | STOCKINETTE BIAS 4" | | 3764479 | Q0086 | 1 | 8.80 |
| 0603 | ER LEVEL 0 | B000262 | 7800014 | 99201 | 1 | 75.00 |

TOTAL CHARGES               191.85
PAYMENTS/ADJUSTMENTS          0.00

BALANCE                     191.85

BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER

NP

# SAN BENITO MEDICAL ASSOCIATES

351 N. Sam Houston
399-2443
San Benito, Texas 78586

7/19/50

## PROGRESS NOTES

| DATE | PATIENT NAME | | | PAGE |
|---|---|---|---|---|
| JUN 03 1997 | Rita [illegible] | | | 1 |
| TEMP: 98.6 | B.P.: 134/84 | WEIGHT: 129 1/2 | HGT: | HEAD SIZE | OTHER: |

MVA - 5-8-97 Tylenol

c/o soreness to low back & abd

No Allergies

| DATE | TEMP. | B.P. | WEIGHT | HEIGHT | HEAD SIZE |
|---|---|---|---|---|---|
| | | | | | |

[illegible]

PE

[illegible]

— ER ... May 31

| DATE | TEMP. | B.P. | WEIGHT | HEIGHT | HEAD SIZE |
|---|---|---|---|---|---|
| | | | | | |

| DATE | TEMP. | B.P. | WEIGHT | HEIGHT | HEAD SIZE |
|---|---|---|---|---|---|
| | | | | | |

ClibPDF - www.fastio.com

# SAN BENITO MEDICAL ASSOCIATES, INC.

351 N. Sam Houston • San Benito, TX 78586 • (512) 399-2443

6-23-97                    19_____

RITA ELDERKIN

7-19-52

FOR PROFESSIONAL SERVICES

6-3-97        NEW PATIENT COMPREHENSIVE        $104.00

$ _____

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 41 of 101

 **Industrial Medical Associates**

1100 W. Highway 77    San Benito, TX 78586    (210) 399-0239

July 25, 1997

RE: Rita Elderkin
D/Injury: 5-8-97

## CHIEF COMPLAINT:

Rita Elderkin was seen by me in an initial visit on July 25, 1997, for injuries she sustained in a motor vehicle accident on May 8, 1997.

## ALLERGIES/MEDICATIONS CURRENTLY BEING TAKEN:

The patient has no known drug allergies and is currently taking Tylenol.

## FAMILY HISTORY:

The patient's family medical history is negative for any of the following: heart disease, cancer, diabetes, tuberculosis, hypertension, kidney or liver disease.

## PAST MEDICAL HISTORY:

The patient's past medical history is significant for a past C-section.

## SOCIAL HISTORY:

This female patient does not smoke and consumes ETOH on occasion.

## HISTORY OF INJURY:

The patient presents with the acute onset of cervical pain with suprascapular radiation, abdominal pain and lumbar pain with bilateral hip radiation secondary to a motor vehicle accident which occurred on May 8, 1997. She was seen after the accident at Valley Baptist ER   She continues to have complaints of cervical and lumbar pain with radiation.

P.O. Box 173484   Arlington, TX  76003



# Industrial Medical Associates

1100 W. Highway 77   San Benito, TX 78586   (210) 399-0239

RE: Rita Elderkin
PAGE TWO

## PHYSICAL EXAMINATION:

Pupils are equal and reactive to light. Extraocular movements are intact. External auditory canals are clear. Nose and throat examination is negative. Cervical examination revealed trapezial spasm to palpation with decreased rotation. There is no thyroid or lymph node enlargement and no bruits over the carotid. Heart rhythm is regular with no murmurs. Chest expands symmetrically. Abdomen is soft with no organomegaly or masses. Lumbar examination revealed decreased flexion and spasm on palpation. DTR's are normal.

## IMPRESSION:

1   Cervical radiculopathy
2.   Lumbar radiculopathy
3   Bilateral inguinal pain

## TREATMENT PLAN(S):

I have placed the patient on a conservative treatment plan. She will be scheduled for MRI examinations of the cervical and lumbar spines. I have asked the patient to follow up in two weeks.

Sincerely,

A.J. Morris, M.D.
DICTATED BUT NOT PROOFREAD

AJM:dp

P.O. Box 173484   Arlington, TX 76003

 **Industrial Medical Associates**

1100 W. Highway 77    San Benito, TX 78586    (210) 399-0239

August 15, 1997

RE: Rita Elderkin
D/Injury: 5-8-97

## INTERIM HISTORY:

Rita Elderkin was seen by me in follow up on August 15, 1997. The patient had subjective complaints today of continued cervical and lumbar pain.

Objective findings:
Physical examination of the patient revealed cervical tenderness to palpation. There were spasms also noted on examination. Lumbar examination revealed tenderness and spasms to palpation. MRI of the lumbar spine revealed a large 5mm left lateral disc herniation at L3/L4 with L3 left neurocompression and dessication of L4/L5. Cervical MRI revealed at C4/C5 large 5mm discal herniation with spinal cord contact and C3/C4 spondylosis.

## TREATMENT AND PLAN:

This patient's future medical costs for repair and lifetime treatment of the demonstrated cervical and lumbar HNP may exceed $100,000. I will otherwise continue the patient on a plan of conservative treatment at this time.

Sincerely,

A.J. Morris, M.D.
DICTATED BUT NOT PROOFREAD

AJM:dp

P.O. Box 173484    Arlington, TX  76003

 **Industrial Medical Associates**

1100 W. Highway 77    San Benito, TX  78586    (210) 399-0239

October 24, 1997

RE: Rita Elderkin
D/Injury: 5-8-97

## INTERIM HISTORY:

Rita Elderkin was seen by me in follow up on October 24, 1997.  The patient had subjective complaints today of continued cervical and lumbar pain.

Objective findings:
Physical examination of the patient revealed cervical tenderness to palpation.  There were spasms also noted on examination.  Lumbar examination revealed tenderness and spasms to palpation.  There is also pelvic pain noted on examination.  The patient is scheduled for surgical removal of tumors (this is unrelated to injuries of the MVA).

## TREATMENT AND PLAN:

I counseled the patient regarding pelvic and lumbar pain.  I will otherwise continue the patient on a plan of conservative treatment at this time.

Sincerely,

A.J. Morris, M.D.
DICTATED BUT NOT PROOFREAD

AJM:dp

 **Industrial Medical Associates**

1100 W. Highway 77     San Benito, TX  78586     (210) 399-0239

March 13, 1998

RE: Rita Elderkin
D/Injury: 5-97

## INTERIM HISTORY:

Rita Elderkin was seen by me in follow up on March 13, 1998.  The patient had subjective complaints today of continued cervical and lumbar pain.

Objective findings:
Physical examination of the patient revealed cervical tenderness to palpation.  There were spasms also noted on examination.  There is increased pain with rotation.  Lumbar examination revealed tenderness and spasms to palpation.  There is pain radiation into the S1 areas and is increased by activities.  The patient has not had a course of therapy.  MRI of the cervical spine shows a large 5mm disc herniation at C4/5 with canal stenosis.  MRI of the lumbar spine shows a 5mm lateral disc herniation at L3/4 with neuroforaminal encroachment on the L3 nerve root.

## TREATMENT AND PLAN:

The patient will be scheduled for physical therapy and seen again in one month for follow up.  I will otherwise continue the patient on a plan of conservative treatment at this time.

Sincerely,

A.J. Morris, M.D.
DICTATED BUT NOT PROOFREAD

AJM:dp

Case 4:01-cv-00055 Document 7 Filed in TXSD on 05/14/2001 Page 46 of 101

APPROVED OMB-09   08

JANICE CASSIDY
550 NORTH SAM HOUSTON BL.
P.O. BOX 592
SAN BENITO TX 78586

# HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA #) | (SSN or ID) | (SSN) | X (ID) | | |

**3 PATIENT'S BIRTH DATE** MM 07 DD 19 YY 52 SEX M F

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN   RITA

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN   RITA

5 PATIENT'S ADDRESS (No., Street)
2922 ENCINO

6 PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7 INSURED'S ADDRESS (No., Street)
2922 ENCINO

CITY HARLINGEN   STATE TX

8 PATIENT STATUS
Single   Married   Other
Employed   Full-Time Student   Part-Time Student

CITY HARLINGEN   STATE TX

ZIP CODE 78550   TELEPHONE (Include Area Code) ( )

ZIP CODE 78550   TELEPHONE (INCLUDE AREA CODE) ( )

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO:

11 INSURED'S POLICY GROUP OR FECA NUMBER

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   NO

a INSURED'S DATE OF BIRTH MM 07 DD 19 YY 52 SEX M F

b OTHER INSURED'S DATE OF BIRTH DD YY SEX M F

b AUTO ACCIDENT?   YES   NO   PLACE (State)

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?   YES   NO

c INSURANCE PLAN NAME OR PROGRAM NAME
JANICE CASSIDY

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   NO   If yes, return to and complete item a and d

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File**   DATE 07/25/97

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
07 25 97

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE 07 25 97

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
ARNOLD J MORRIS

17a. I.D. NUMBER OF REFERRING PHYSICIAN
752171417

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20 OUTSIDE LAB?   YES   NO   $ CHARGES   n/a

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723.4   3. 724.4
2.   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24 A DATES OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 25 97 | 07 25 97 | 11 | 6 | 99205 | | 1,3 | 280.00 | 1.0 | | | | |

25. FEDERAL TAX I.D. NUMBER 752171417   SSN EIN

26. PATIENT'S ACCOUNT NO 23096-97070002

27. ACCEPT ASSIGNMENT? (For govt claims, see back)   YES   NO

28. TOTAL CHARGE $ 280.00

29. AMOUNT PAID $

30. BALANCE DUE $ 280.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ARNOLD J MORRIS M.D. QK
*A.J. Morris M.D.*
SIGNED   DATE 07/25/97

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
INDUSTRIAL MEDICAL ASSOC.
2419 GRAVEL RD
FT. WORTH TX 76118

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (817) 595-0477
ARNOLD J MORRIS M.D.
P.O. BOX 185153
FORT WORTH TX 76118
PIN# MDE43047   GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

**PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RB 1500

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 47 of 101

JANICE CASSIDY APPROVED OMB 0
550 NORTH SAM HOUSTON BL.
P.O. BOX 592
SAN BENITO TX 78586

CARRIER

# HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☒ (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN          RITA

3. PATIENT'S BIRTH DATE   07 18 32   SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN          RITA

5. PATIENT'S ADDRESS (No., Street)
2922 ENCINO

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
2922 ENCINO

CITY
HARLINGEN                STATE TX

8. PATIENT STATUS
Single ☐   Married ☐   Other ☐

CITY
HARLINGEN                STATE TX

ZIP CODE
78550          TELEPHONE (Include Area Code)
(   )

Employed ☐   Full-Time Student ☐   Part-Time Student ☐

ZIP CODE
78550          TELEPHONE (INCLUDE AREA CODE)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES   ☐ NO

a. INSURED'S DATE OF BIRTH
07 18 32   SEX M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY     SEX M ☐ F ☐

b. AUTO ACCIDENT?
☐ YES   ☐ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☒ YES   ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
JANICE CASSIDY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES   ☐ NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below   Signature on File

SIGNED          DATE   08/15/97

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
Signature on File

SIGNED

14. DATE OF CURRENT   07 25 97   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE   07 25 97

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY   FROM          TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
ARNOLD J MORRIS

17a. I.D. NUMBER OF REFERRING PHYSICIAN
752171417

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY   FROM          TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
☐ YES   ☐ NO      $ CHARGES   .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723.4        3.
2. 724.4        4.

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 08 | 15 | 97 | 08 | 15 | 97 | 11 | 6 | 99215 | 1, 3 | 114.00 | 1.0 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
752171417          ☒

26. PATIENT'S ACCOUNT NO.
23088-97080088

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES   ☐ NO

28. TOTAL CHARGE
$ 114.00

29. AMOUNT PAID
$      .00

30. BALANCE DUE
$ 114.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AJ Morris MD/JR
SIGNED          DATE 08/15/97

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
INDUSTRIAL MEDICAL ASSOC.
2419 GRAVEL RD
FT. WORTH TX 76118

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ARNOLD J MORRIS M.D.
P.O. BOX 185153
FORT WORTH TX 76118
PIN# MDF 4307          GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88          PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500          FORM RRB 1500

CMSPDF - www.texia.com

cv-00055 Document 7 Filed in TXSD on 05/14/2001 Page 48 of 101

JANICE CASSIDY
550 NORTH SAM HOUSTON BL.
P.O. BOX 592
SAN BENITO TX 78586

CARRIER

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| ELDERKIN RITA | 07 19 52 | M [ ] F [X] | ELDERKIN RITA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 2922 ENCINO | Self [X] Spouse [ ] Child [ ] Other [ ] | 2922 ENCINO |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| HARLINGEN | TX | Single [ ] Married [ ] Other [ ] | HARLINGEN | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78550 | ( ) | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | 78550 | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [ ] NO [ ] | 07 19 52 | M [ ] F [X] |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M [ ] F [ ] | YES [ ] NO [ ] | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] NO [ ] | JANICE CASSIDY |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] NO [ ] If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File** DATE 11/03/97

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 07 25 97 | 07 25 97 | FROM TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| ARNOLD J MORRIS | 752171417 | FROM TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES [ ] NO [ ] | .00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO |
|---|---|---|
| 1. 723.4 | 3. 724.4 | |
| 2. | 4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 10 24 97 | 10 24 97 | 11 6 | | 99215 | 1,3 | 114.00 | 1.0 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 752171417 | [X] | 23003-9711000M | YES [X] NO [ ] | $ 114.00 | $ .00 | $ 114.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| ARNOLD J MORRIS M.D. SIGNED [signature] DATE 11/03/97 | INDUSTRIAL MEDICAL ASSOC. 2419 GRAVEL RD FT. WORTH TX 76118 | ARNOLD J MORRIS M.D. P.O. BOX 185153 FORT WORTH TX 76118 PIN# MDF4307 GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

**PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

APPROVED OMB-0938-0008

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

PLEASE
DO NOT
STAPLE
IN THIS
AREA

JANICE CASSIDY
550 NORTH SAM HOUSTON BL.
P.O. BOX 592
SAN BENITO TX 78586

APPROVED OMB-0938-0008

CARRIER

PICA     **HEALTH INSURANCE CLAIM FORM**     PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| ELDERKIN     RITA | MM 07 DD 01 YY 52 | M [ ] F [X] | ELDERKIN     RITA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 2922 ENCINO | Self [X] Spouse [ ] Child [ ] Other [ ] | 2922 ENCINO |
| CITY   HARLINGEN   STATE TX | 8. PATIENT STATUS | CITY   HARLINGEN   STATE TX |
| ZIP CODE   78550   TELEPHONE (Include Area Code) ( ) | Single [ ] Married [X] Other [ ] | ZIP CODE   78550   TELEPHONE (INCLUDE AREA CODE) ( ) |
| | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | N/A |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [ ] | a. INSURED'S DATE OF BIRTH MM 07 DD 01 YY 52   SEX M [ ] F [X] |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M [ ] F [ ] | b. AUTO ACCIDENT?   PLACE (State) YES [ ] NO [ ] | b. EMPLOYER'S NAME OR SCHOOL NAME N/A |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [ ] | c. INSURANCE PLAN NAME OR PROGRAM NAME JANICE CASSIDY |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ] If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED Signature on File    DATE 03/13/98 | SIGNED Signature on File |

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY   TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE ARNOLD J MORRIS | 17a. I.D. NUMBER OF REFERRING PHYSICIAN 752171417 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY   TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES [ ] NO [ ]   $ CHARGES .00 |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. └ 723.4     3. └
2. └     4. └

| 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|
| 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 13 98 03 13 98 | 11 | 6 | 99215 | 1 | 114.00 | 1.0 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X] 752171417 | 26. PATIENT'S ACCOUNT NO. 2308-980300H | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [ ] NO [ ] | 28. TOTAL CHARGE $ 114.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof. SIGNED [signature] M.D.   DATE 03/13/9 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) MEDICAL ASSOC. 241 GRAVEL RD FT. WORTH TX 76118 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # ARNOLD J MORRIS M.D. P.O. BOX 185153 FORT WORTH TX 76118 MDF4307 PIN#   GRP# |
|---|---|---|

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88     **PLEASE PRINT OR TYPE**     FORM HCFA-1500 (12-90) FORM OWCP-1500   FORM RRB-1500



Rio Grande Valley
Imaging & Diagnostic Center

Case 1:01-cv-00055   Document 7   Filed in TXSD on 04/20/2001   Page 1 of 3

PATIENT:              ELDERKIN, RITA
CHART #:              0655
DATE:                 7/28/97
REFERRING PHYSICIAN:  MORRIS, A.J. M.D.

## MRI CERVICAL SPINE

### CLINICAL HISTORY

Neck pain following a motor vehicle collision.

### IMAGING PARAMETERS

An MRI examination of the cervical spine was performed in the sagittal and axial planes
with images acquired using the spin echo and gradient echo technique. T1 weighted
sagittal images were acquired with additional gradient echo T2* sagittal and axial images.
There is no prior study available for comparison at the time of interpretation.

### FINDINGS

There is loss of the normal cervical lordosis with moderate degenerative spondylosis at C3-
C4 with posterolateral vertebral body osteophyte formation coming in contact with the lateral
portions of the cervical spinal cord. The other intervertebral discs are preserved in height
and signal intensity. There is no evidence of cerebellar tonsillar ectopia or abnormal signal
within the spinal cord or brain stem. The other soft tissues and osseous structures included
on this examination are unremarkable.

At C2-C3, there is no evidence of disc bulge or herniation. The neuroforamina are patent
bilaterally, no central canal stenosis is present and the posterior elements are intact.

At C3-C4, there is prominent posterolateral vertebral body osteophyte formation which
comes in contact with anterolateral portions of the cervical spinal cord. The osteophyte
formation which comes in contact with the anterolateral portions of the cervical spinal cord.
The osteophyte formation results in mild central spinal canal narrowing. The facet joints
articulate normally and the posterior elements are intact.

1100 W. Highway 77 • San Benito Texas 78586
(210) 399-0239 • 1 (800) 460-4721 • Fax (210) 399-1442



Rio Grande Valley
Imaging & Diagnostic Center

ELDERKIN, RITA
MRI OF THE CERVICAL SPINE
PAGE 2

At C4-C5, there is a large 5mm posterior central disc herniation with disc material coming in contact with the cervical spinal cord. This may result in early symptoms of a cervical myelopathy and clinical correlation is recommended.

At C5-C6, there is no evidence of disc bulge or herniation. The neuroforamina are patent bilaterally, no central canal stenosis is present, and the posterior elements are intact.

At C6-C7, there is no evidence of disc bulge or herniation. The neuroforamina are patent bilaterally, no central canal stenosis is present, and the posterior elements are intact.

At C7-T1, there is no evidence of disc bulge or herniation. The neuroforamina are patent bilaterally, no central canal stenosis is present and the posterior elements are intact.

**IMPRESSION**

1.  LARGE 5MM POSTERIOR CENTRAL DISC HERNIATION AT C4-C5 WITH DISC MATERIAL COMING IN CONTACT WITH THE VENTRAL ASPECTS OF THE CERVICAL SPINAL CORD RESULTING IN MILD CENTRAL SPINAL CANAL STENOSIS AS DESCRIBED ABOVE.

2.  MODERATE DEGENERATIVE SPONDYLOSIS AT C3-C4 WITH PROMINENT POSTEROLATERAL VERTEBRAL BODY OSTEOPHYTE FORMATION WHICH COMES IN CONTACT WITH THE ANTEROLATERAL PORTIONS OF THE CERVICAL SPINAL CORD

3.  THERE IS LOSS OF THE NORMAL CERVICAL LORDOSIS LIKELY RELATED TO PARASPINOUS MUSCLE SPASM.

Thank you for referring this patient.

DEE L. MARTINEZ, M.D., DABR
BOARD CERTIFIED RADIOLOGIST



Rio Grande Valley
Imaging & Diagnostic Center

PATIENT:              ELDERKIN, RITA
CHART #:              0655
DATE:                 7/31/97
REFERRING PHYSICIAN:  MORRIS, A.J. M.D.

## MRI OF THE LUMBAR SPINE:

### CLINICAL HISTORY

Lumbar back pain.

### IMAGING PARAMETERS:

An MRI examination of the lumbar spine was performed in the sagittal and axial planes with images acquired using the spin echo technique. T1, proton density and T2 weighted sagittal images were acquired with additional T1 weighted axial images from the level of L3 caudally through S1. There is no prior study available for comparison at the time of interpretation and the last fully segmented disc interspace is assumed to be L5-S1.

### FINDINGS

The vertebral bodies reveal no evidence of fracture, malalignment, or abnormal marrow signal. There is loss of disc space height and signal intensity at L4-L5. The other intervertebral discs are preserved in height and signal intensity. The conus medullaris terminates normally at T12. The other soft tissues and osseous structures included on this examination are unremarkable

Sagittal and axial images reveal the following:

At L1-L2, there is no evidence of a significant disc bulge or herniation. The neuroforamina are patent bilaterally, the posterior elements are intact and no central canal stenosis is present.

At L2-L3, there is no evidence of a significant disc bulge or herniation. The neuroforamina are patent bilaterally, the posterior elements are intact and no central canal stenosis is present.



Rio Grande Valley
Imaging & Diagnostic Center

ELDERKIN, RITA
MRI OF THE LUMBAR SPINE
PAGE 2

At L3-L4, there is a large 5mm left lateral/foraminal disc herniation with disc material markedly encroaching upon the inferior aspect of the neuroforamen, coming in contact with exiting left L3 nerve root  In addition, there is a mild 2mm right lateral/foraminal disc protrusion. The facet joints articulate normally and the posterior elements are intact.

At L4-L5, there is no evidence of a significant disc bulge or herniation.  The neuroforamina are patent bilaterally, the posterior elements are intact and no central canal stenosis is present.

At L5-S1, there is no evidence of a significant disc bulge or herniation.  The neuroforamina are patent bilaterally, the posterior elements are intact and no central canal stenosis is present.

The portions of the sacroiliac joint included on this examination are unremarkable.

IMPRESSION

1.     LARGE 5MM LEFT LATERAL/FORAMINAL DISC HERNIATION AT L3-L4 WITH DISC MATERIAL MARKEDLY ENCROACHING UPON THE INFERIOR ASPECT OF THE NEUROFORAMEN, COMING IN CONTACT WITH THE INFERIOR PORTION OF THE EXITING LEFT L3 NERVE ROOT. IN ADDITION, THERE IS A MILD 2MM RIGHT LATERAL/FORAMINAL DISC PROTRUSION  AT THIS LEVEL.

2.     DISC DESICCATION AND DEGENERATION AT L4-L5.

Thank you for referring this patient.

*Dee L. Martinez, MD*

DEE L. MARTINEZ, M.D., DABR
BOARD CERTIFIED RADIOLOGIST

DLM:km



**Radiologist**

D L Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

PATIENT:                ELDERKIN, RITA
CHART #:                0655
DATE:                   4/7/98
REFERRING PHYSICIAN     BENDIKS, JEAN-SCOTT D.C.

## MRI CERVICAL SPINE

### CLINICAL HISTORY

Cervicalgia with myofascitis and radiculopathy.

### IMAGING PARAMETERS

T1 weighted sagittal images were acquired with T1 and gradient echo sagittal images with T1 weighted axial images.  Comparison is made to a prior study performed here on 7/28/97.

### FINDINGS

There is loss of the normal cervical lordosis with moderate degenerative spondylosis at C3-C4.  There is no acute fracture or other area of abnormal marrow signal.  The intervertebral discs are preserved in height and signal intensity  There is no evidence of cerebellar tonsillar ectopia or abnormal signal within the spinal cord or brain stem.  The other soft tissues and osseous structures included on this examination are unremarkable.

At C3-C4, there is posterolateral vertebral body osteophyte formation which comes in contact with the anterior and lateral portions of the cervical spinal cord.  The facet joints articulate normally and the posterior elements are intact.

At C4-C5, there is a large 5mm posterior central disc herniation with disc material coming in contact with the ventral aspect of the cervical spinal cord.  The facet joints articulate normally and the posterior elements are intact.

At C5-C6, C6-C7 and C7-T1, there is no disc bulge or herniation.  The neuroforamina are patent and the posterior elements are intact.

CAAPDF - www.texiss.com



**Radiologist**

D L Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

ELDERKIN, RITA
MRI OF THE CERVICAL SPINE
PAGE 2

<u>IMPRESSION</u>

1.  LARGE 5MM POSTERIOR CENTRAL DISC HERNIATION AT C4-C5 WITH DISC
    MATERIAL COMING IN CONTACT WITH THE VENTRAL ASPECT OF THE
    CERVICAL SPINAL CORD.

2.  MODERATE   DEGENERATIVE   SPONDYLOSIS   AT   C3-C4   WITH
    CIRCUMFERENTIAL VERTEBRAL BODY OSTEOPHYTE FORMATION WHICH
    CONTACTS AND EFFACES THE THECAL SAC.

3.  THERE IS LOSS OF THE NORMAL CERVICAL LORDOSIS LIKELY RELATED TO
    PARASPINOUS MUSCLE SPASM.

4.  THERE HAS BEEN NO SIGNIFICANT CHANGE IN THE MRI APPEARANCE OF
    THE CERVICAL SPINE FROM 7/28/97.

Thank you for referring this patient.

DEE L. MARTINEZ, M.D., DABR
BOARD CERTIFIED RADIOLOGIST



**Radiologist**

D L Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

PATIENT:              ELDERKIN, RITA
CHART #:              0655
DATE:                 4/16/98
REFERRING PHYSICIAN:  DR. JEAN-SCOTT BENDIKS

## MRI OF THE LUMBAR SPINE:

### CLINICAL HISTORY

Low back pain with radiculopathy.  Joint dysfunction.

### IMAGING PARAMETERS

T1, proton density and T2 weighted sagittal images were acquired with T1 weighted axial images from L2 through S1.

Comparison is made to a prior study performed here on 7/31/97.

### FINDINGS

There is loss of the normal lumbar lordosis with no vertebral body fracture or area of abnormal marrow signal.  There is loss of disc signal at L4-L5.  The other intervertebral discs are preserved in height and signal intensity.  The conus medullaris terminates normally at T12.  The other soft tissues and osseous structures included on this examination are unremarkable

At L3-L4, there are mild 2mm bilateral foraminal disc protrusions with disc material extending into the epidural fat without effacing the exiting nerve roots.

At L4-L5, there is a mild 2mm posterior central disc protrusion with disc material contacting and mildly effacing the thecal sac without resulting in central spinal canal stenosis.  The facet joints articulate normally and the posterior elements are intact.

There are small Schmorl's node deformities seen along the inferior vertebral body end plate at L4 and the superior vertebral body end plate at L2.



**Radiologist**

D L Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

ELDERKIN, RITA
MRI OF THE LUMBAR SPINE
PAGE 2

<u>IMPRESSION</u>

1.   MILD 2MM POSTERIOR CENTRAL DISC PROTRUSION AT L4-L5.

2.   MILD 2MM BILATERAL FORAMINAL DISC PROTRUSIONS AT L3-L4.

3.   SMALL SCHMORL'S NODE DEFORMITY ALONG THE INFERIOR VERTEBRAL
     BODY END PLATE AT L4 AND THE SUPERIOR VERTEBRAL BODY END PLATE
     L1.

4.   THERE IS LOSS OF THE NORMAL LUMBAR LORDOSIS LIKELY RELATED TO
     PARASPINOUS MUSCLE SPASM.

5.   DISC DESICCATION AND DEGENERATION AT L4-L5.

6.   THERE HAS BEEN NO SIGNIFICANT CHANGE IN THE MRI APPEARANCE OF
     THE LUMBAR SPINE FOR COMPARISON DONE HERE ON 7/31/97.

Thank you for referring this patient.

*Dee L. Martinez, MD*

DEE L. MARTINEZ, M.D., DABR
BOARD CERTIFIED RADIOLOGIST

DLM:km

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 58 of 101

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CASSIDY, JANICE
ATTORNEY AT LAW
P.O.BOX 592
SAN BENITO TX 78586

APPROVED OMB 0938-0008

CARRIER

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1 MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | 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 |

2 PATIENT'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN          RITA

3 PATIENT'S BIRTH DATE    SEX
MM 07 DD 19 YY 52   M [ ] F [X]

4 INSURED'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN          RITA

5 PATIENT'S ADDRESS (No., Street)
2922 ENCINO DRIVE

6 PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7 INSURED'S ADDRESS (No., Street)
2922 ENCINO DRIVE

CITY
HARLINGEN          STATE TX

8 PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

CITY
HARLINGEN          STATE TX

ZIP CODE
78550

TELEPHONE (Include Area Code)
(956) 428-4349

ZIP CODE
78550

TELEPHONE (INCLUDE AREA CODE)
(956) 428-4349

9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10 IS PATIENT'S CONDITION RELATED TO

11 INSURED'S POLICY GROUP OR FECA NUMBER
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

a OTHER INSURED'S POLICY OR GROUP NUMBER

a EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]  NO [X]

a INSURED'S DATE OF BIRTH    SEX
MM 07 DD 19 YY 52   M [ ] F [X]

b OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY   M [ ] F [ ]

b AUTO ACCIDENT?        PLACE (State)
YES [X]  NO [ ]

b EMPLOYER'S NAME OR SCHOOL NAME

c EMPLOYER'S NAME OR SCHOOL NAME

c OTHER ACCIDENT?
YES [ ]  NO [X]

c INSURANCE PLAN NAME OR PROGRAM NAME
CASSIDY, JANICE

d INSURANCE PLAN NAME OR PROGRAM NAME

10d RESERVED FOR LOCAL USE

d IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [ ]  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature on File          DATE   09/02/97

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature on File

14 DATE OF CURRENT:    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM 05 DD 08 YY 97

15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
MM 05 DD 08 YY 97

16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
ARNOLD J MORRIS

17a I.D NUMBER OF REFERRING PHYSICIAN

18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19 RESERVED FOR LOCAL USE

20 OUTSIDE LAB?    $ CHARGES
YES [ ]  NO [X]          .00

21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 724.4      3. 723.4
2.            4.

22 MEDICAID RESUBMISSION CODE      ORIGINAL REF NO.

23 PRIOR AUTHORIZATION NUMBER

| 24 A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 28 97 | 07 28 97 | O | 4 | 72141  27 | 1,3 | 879.03 | 1.0 | | N | | |
| 07 31 97 | 07 31 97 | O | 4 | 72148  27 | 1 | 879.03 | 1.0 | | N | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25 FEDERAL TAX I.D. NUMBER    SSN EIN
74-2753202          [X]

26 PATIENT'S ACCOUNT NO.
20655-97090002

27 ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28 TOTAL CHARGE
$ 1758.06

29 AMOUNT PAID
$ .00

30 BALANCE DUE
$ 1758.06

31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
RIO GRANDE VALLEY IM
RGDr IMMD

SIGNED          DATE 09/02/97

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RIO GRANDE VALLEY IMG.CNT
1130 W.77 SUNSHINE STRIP
SAN BENITO TX 78586

33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   (817) 496-0024
RIO GRANDE VALLEY IMG.CENTER
P.O. BOX 173484
ARLINGTON TX 76003-3484

PIN# 010          GRP# 010

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CASSIDY, JANICE
ATTORNEY AT LAW
P.O. BOX 592
SAN BENITO TX 78586

APPROVED OMB-0938 0008

CARRIER

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN RITA

3. PATIENT'S BIRTH DATE  07 19 52  SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ELDERKIN RITA

5. PATIENT'S ADDRESS (No., Street)
2922 ENCINO DRIVE
CITY HARLINGEN STATE TX
ZIP CODE 78550  TELEPHONE (Include Area Code) (956) 428-4349

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

8. PATIENT STATUS
Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

7. INSURED'S ADDRESS (No., Street)
2922 ENCINO DRIVE
CITY HARLINGEN STATE TX
ZIP CODE 78550  TELEPHONE (INCLUDE AREA CODE) (956) 428-4349

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX M [ ] F [ ]

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X]
b. AUTO ACCIDENT? YES [ ] NO [X] PLACE (State)
c. OTHER ACCIDENT? YES [ ] NO [X]

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
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
a. INSURED'S DATE OF BIRTH  07 19 52  SEX M [ ] F [X]
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME
CASSIDY JANICE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ]  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED Signature on File  DATE 05/01/98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  05 08 97

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  05 08 97

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
ARNOLD J MORRIS

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [ ]  $ CHARGES .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723.1   3. 729.1
2. 724.4   4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 07 98 04 07 98 | 99 | 4 | 72141 27 | 1,3,2 | 879 03 | 1.0 | | N | | |
| 04 07 98 04 07 98 | 99 | 4 | 72141 27 | 1,3,2 | 879 03 | 1.0 | | N | | |
| 04 16 98 04 16 98 | 99 | 4 | 72148 27 | 1,3,2 | 879 03 | 1.0 | | N | | |

25. FEDERAL TAX I.D. NUMBER  74-2753202  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.  20655-98050003

27. ACCEPT ASSIGNMENT? YES [X] NO [ ]

28. TOTAL CHARGE $ 2637 09

29. AMOUNT PAID $ 00

30. BALANCE DUE $ 2637 09

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
RIO GRANDE VALLEY IM
SIGNED RGWIIMD  DATE 05/01/98

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
RIO GRANDE VALLEY IMG.CNT
1130 W.77 SUNSHINE STRIP
SAN BENITO TX 78586

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (817) 496-0024
RIO GRANDE VALLEY IMG.CENTER
P.O. BOX 173484
ARLINGTON TX 76003-3484
PIN#  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  PLEASE PRINT OR TYPE
FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

# DEE L. MARTINEZ, M.D.

3638 CRIPPLE CREEK DRIVE
DALLAS, TEXAS 75224-3720
(214) 331-9250 PHONE
(214) 331-9251 FAX

| BILL TO | PHYSICIAN INFO |
|---|---|
| JANICE A. CASSIDY, P.C.<br>ATTORNEY AT LAW<br>P.O. BOX 592<br>SAN BENITO, TEXAS 78586 | MORRIS, A.J. M.D.<br><br>PATIENT: ELDERKIN, RITA |

| DATE | INVOICE NO. | PATIENT NO. | REP | PATIENT |
|---|---|---|---|---|
| 7/31/97 | RGV0655 | RGV0655 | KMM | ELDERKIN, R. |

| DATE OF SERVICE | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/28/97 | CERVICAL | PROFESSIONAL READING<br>MRI CERVICAL SPINE | 250.00 |
| 7/31/97 | LUMBAR | PROFESSIONAL READING<br>MRI LUMBAR SPINE | 250.00 |
| 4/7/98 | CERVICAL | PROFESSIONAL READING<br>MRI CERVICAL SPINE | 300.00 |
| 4/16/98 | LUMBAR | PROFESSIONAL READING<br>MRI LUMBAR SPINE | 300.00 |

Thank you for your business.

| **Total** | $1,100.00 |
|---|---|



Bachelor of Science
Doctorate of Chiropractic
C.C.R.D. Certified
Chiropractic Rehabilitation Doctor

Certified Spinal Disability Impairment Rating
Member Texas Chiropractic Association
Member Rio Grande Valley Chiropractic Association
Licensed Texas and Louisiana Chiropractic Board

**Dr. Luis E. Peña, BS,DC,CCRD**

| PHARR | RIO GRANDE CITY | WESLACO | HARLINGEN | MISSION | EDINBURG | BROWNSVILLE | REYNOSA |
|---|---|---|---|---|---|---|---|
| 206 W. Ferguson (FM 495) | 106 N. Britton Ave. | 1501 E. Pike | 994 S. 77 Sunshine Strip | 802 Bryan Rd | 218 W. Cano | 30 North Park Plaza | Calle Pedro J. Mendez #2080 |
| Pharr, TX 78577 | Rio Grande City, TX 78582 | Weslaco, TX 78596 | Harlingen, TX 78550 | Mission, TX 78572 | Edinburg, TX 78539 | Brownsville, TX 78521 | Col. Del Prado CD, Reynosa, Tamps. |
| (956) 781-0999 | (956) 487-4470. | (956) 969-3788 | (956) 412-8870 . | (956) 519-8484 | (956) 380-0064 | (956) 546-9600 | 22-92-60 |

## PRELIMINARY MEDICAL REPORT

**PATIENT'S NAME:** Elderkin, Rita

**ADDRESS:** 2922 Encino Drive          Harlingen, Tx  78550

**EMPLOYER & ADDRESS:** Housewife

**S.S#** 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   **SEX M __ F X** **D.O.B.:** 07-19-52   **AGE:** 45

**DATE OF ONSET:** 05-08-97 **DATE PRESENTED AT THE OFFICE:** 03-13-98

**DESCRIPTION OF INJURY:** Auto Accident: The patient stated she was the driver of her vehicle when it was rear-ended.

**DESCRIPTION OF COMPLAINTS:** Upon evaluation, the patient complained of pain to her neck and low back.

**X-RAYS:** An MRI of the cervical spine done on 7-28-97: Large 5mm posterior central disc herniation at C4-C5, spondylosis at C3-C4 with prominent body osteophyte formation. An MRI of the lumbar spine was done on 7-31-97: Large 5mm left lateral/foraminal disc herniation at L3-L4 coming in contact with the inferior portion of the exiting left L3 nerve root and disc desiccation & degeneration at L4-L5.

**TREATMENTS:** Electrical stimulation and massage to the cervical, and lumbar. Diathermy to the cervical and hot pack to the lumbar spine. Kinetic activities were also prescribed.

**DIAGNOSIS:** 723.1 Cervicalgia,
              729.1 Myofascitis/Myalgia Syndrome
              724.4 Lumbar Radiculopathy
              739.9 Segmental Joint Dysfunction

**PROGNOSIS:** Guarded

## PRELIMINARY EXAMINATION

**AREA OF COMPLAINT:** Cervical and lumbar spine.

**GENERAL INFORMATION:** Ms. Elderkin is a 45 year old female, 5 feet 0 inches tall and weights 139 pounds. Blood pressure was normal, reading 140 over 60.

**MUSCLE TIGHTNESS/SPASMS/HARDENING:** There was chronic palpable moderate to severe muscle spasms to the posterior cervical and lumbar paraspinal musculature. There was marked moderate to severe pain and tenderness upon pressure to the posterior cervical and lumbar paraspinal musculature, bilaterally.

**NEUROLOGICAL TEST:** Positive headaches. The sensory exam was positive to the lower extremities: Left & right mild paresthesia and normal to the upper extremities. The motor function was normal to the upper and lower extremities.

**ORTHOPEDIC TESTS:** CERVICAL: The following tests were found to be positive and painful, bilaterally: Axial Compression Test, Hyperflexion and Hyperextension Compression Test and Soto-Hall Test. Positive cervical joint dysfunction. Positive myofascitis. LUMBAR: The following tests were found to be positive and painful, bilaterally: Lasegue Test, Kemp's Sign and Ely's Sign. Increased symptoms on extension. Positive farfan Torque Test. Positive lumbar myofascitis. Positive lumbar joint dysfunction. SHOULDER: Positive Shoulder Depressor Test with pain, bilaterally.

DATE: 03-16-98     SIGNATURE: _____

SS# 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   ID# 74-2676565   ID#601810   ID#2-457-2160760-001



Bachelor of Science
Doctorate of Chiropractic
C.C.R.D. Certified
Chiropractic Rehabilitation Doctor

**ALLIED REHAB**

Certified Spinal Disability Impairment Rating
Member Texas Chiropractic Association
Member Rio Grande Valley Chiropractic Association
Licensed Texas and Louisiana Chiropractic Board

**Dr. Luis E. Peña, BS,DC,CCRD**

| PHARR | RIO GRANDE CITY | WESLACO | HARLINGEN | MISSION | EDINBURG | BROWNSVILLE | REYNOSA |
|---|---|---|---|---|---|---|---|
| 206 W. Ferguson (FM 495) | 108 N. Britton Ave. | 1501 E. Pike | 994 S. 77 Sunshine Strip | 802 Bryan Rd. | 218 W. Cano | 1260 W.Price Rd. | Calle Pedro J. Mendez #2080 |
| Pharr, TX 78577 | Rio Grande City, TX 78582 | Weslaco, TX 78596 | Harlingen, TX 78550 | Mission, TX 78572 | Edinburg, TX 78539 | Brownsville, TX 78520 | Col. Del Prado CD. Reynosa, Tamps. |
| (956) 781-0999 | (956) 487-4470 | (956) 969-3788 | (956) 412-8870 | (956) 519-8484 | (956) 380-0064 | (956) 546-9600 | 22-92-60 |

May 19, 1998

RECEIVED MAY 20 1998

Janice Cassidy, Attorney at Law
550 North Sam Houston Blvd.
San Benito, Texas  78586

RE:    PATIENT(S):  ELDERKIN, Rita
       D/O/I:  05-08-97
       S.S.#:  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

Attached please find the following items that are in connection
with the above patient(s):

(  ) MEDICAL REPORT DATED: _____

(  ) COPY OF AUTHORIZATION OF BENEFITS; SIGNED BY THE PATIENT.

(  ) BILLINGS (HCFA-1500 INSURANCE FORM) FOR TREATMENTS
     FROM: _____  TO: _____

(XX) NARRATIVE REPORT DATED:  05-18-98

(XX) TOTAL MEDICAL EXPENSES (ITEMIZED STATEMENT).

(XX) THERAPY NOTES

( ) PLEASE SEND LETTER OF PROTECTION.

(XX) REMITTANCES PAYABLE TO:  ALLIED REHAB. & THERAPY CLINIC
                              994 SOUTH 77 SUNSHINE STRIP
                              HARLINGEN, TX  78550

Should you have any questions regarding the above information,
please call our office at (956) 412-8870.

Very truly yours,

Rosario Muniz
Clinic Supervisor

ENCLOSURE(S)



Bachelor of Science
Doctorate of Chiropractic
C.C.R.D. Certified
Chiropractic Rehabilitation Doctor

**ALLIED REHAB**

Certified Spinal Disability Impairment Rating
Member Texas Chiropractic Association
Member Rio Grande Valley Chiropractic Association
Licensed Texas and Louisiana Chiropractic Board

### Dr. Luis E. Peña, BS,DC,CCRD

PHARR
205 W. Ferguson (FM 495)
Pharr, TX 78577
(956) 781-0999

RIO GRANDE CITY
106 N. Britton Ave.
Rio Grande City, TX 78582
(956) 487-4470

WESLACO
1501 E. Pike
Weslaco, TX 78596
(956) 969-3788

HARLINGEN
994 S. 77 Sunshine Strip
Harlingen, TX 78550
(956) 412-8870

MISSION
802 Bryan Rd.
Mission, TX 78572
(956) 519-8484

EDINBURG
218 W. Cano
Edinburg, TX 78539
(956) 380-0064

BROWNSVILLE
1260 W.Price Rd.
Brownsville, TX 78520
(956) 546-9600

REYNOSA
Calle Pedro J. Mendez #2080
Col. Del Prado CD. Reynosa, Tamps
22-92-50

## NARRATIVE REPORT

May 18, 1998

REPORT ON: Ms. Rita Elderkin
    S.S.#: 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
    D/O/I: March 13, 1998

HISTORY OF ACCIDENT/INJURY:
    Ms. Elderkin was seen in this office on May 8, 1997 for a re-examination and treatment of injuries she incurred from an auto accident on March 13, 1998. The patient stated that she was the driver of her vehicle when it was rear-ended. Upon impact, her body was thrown forward & backwards also to the right & left side. Immediately after the accident, she felt very scared and had neck & low back pain.

    Ms. Elderkin described constant severe pain in the neck, having a burning quality, equal on both sides. She reported constant severe pain in the lower back, having a burning quality, equal on both sides. The patient also related difficulty in standing, sitting, lying down, moderate walking, moderate riding in an auto, moderate bending as well as difficulty in excessive twisting and turning, difficulty with moderate lifting, difficulty with rising to walk after sitting and difficulty with coughing and sneezing.

    Ms. Elderkin indicated that she was experiencing pain radiating to both her shoulders, both her arms, both her hips, both her legs and that the pain was worse in the morning and in the evening.

            COMPLAINTS:    NECK PAIN & SORENESS
                          HEADACHES
                          LOW BACK PAIN & SORENESS

PHYSICAL EXAMINATION:
    Ms. Elderkin is a 45 year old female, 5 feet tall and weighs 139 pounds. The patient ambulated well without assistance. Blood pressure was normal, reading 140 over 60.

Case 1:01-cv-00055    Document 7    Filed in TXSD on 05/14/2001    Page 65 of 101

OBJECTIVE FINDINGS:
The following Orthopedic tests were performed and found to be positive: Axial Compression test bilaterally.  Local pain indicates ligament damage.  Hyperflexion compression test.  This would suggest possible ligament damage or nerve root compression.  Hyperextension compression test.    Possible  ligament  damage  or  nerve  root compression  is  suggested  with  a  positive  finding.    Shoulder depressor test bilaterally.  This is indicative of adhesions of the dural sleeves, spinal nerve roots, or the adjacent structures of .the joint capsule of the shoulder.  Soto-Hall test.  Such localized pain suggests subluxation, exostoses, disc lesion, sprain, strain or vertebral failure.  Kemp's test bilaterally.  This indicates a nerve root compression syndrome.  Lasegue test.  This finding would indicate sciatica, associated with nerve root inflammation or compression.   Ely's  sign  bilaterally.    The  positive  finding indicates femoral nerve, or radicular, inflammation.    CERVICAL: Positive  headaches.   Positive  cervical  joint  dysfunction  and myofascitis.  LUMBAR:  Increased symptoms on extension.  Positive Farfan  Torque  Test.  Positive  myofascitis  and  lumbar  joint dysfunction.   The  sensory  exam  was  positive  to  the  lower extremities: Left & right mild paresthesia.

The Orthopedic tests listed below were performed and found to be negative: Motor function to the upper and lower extremities. Sensory exam to the upper extremities.

There were chronic palpable moderate to severe muscle spasms of the posterior cervical musculature on both sides.  The lumbar paraspinal  musculature exhibited chronic palpable moderate to severe muscle spasms.  There was marked moderate to severe pain and tenderness upon pressure to the posterior cervical musculature bilaterally.   The  lumbar  paraspinal  musculature  also  revealed marked moderate to severe pain and tenderness upon pressure.

DIAGNOSIS:      723.1 CERVICALGIA
                729.1 MYOFASCITIS/MYALGIA SYNDROME
                724.4 LUMBAR RADICULOPATHY
                739.9 SEGMENTAL JOINT DYSFUNCTION

TREATMENT:
Office Visit consisting of any or all of the following: Consultation, Brief Exam, Range of Motion, Palpation, Manipulation, and Evaluation.

CVAPDF - www.fasisa.com

Case 1:01-cv-00055  Document 7  Filed in TXSD on 05/14/2001  Page 66 of 101

Electrical Stimulation applied at the cervical and lumbar spine for the purpose of specific nerve stimulation, decrease acute muscle spasms, and offer pain control by stimulating pain relieving endorphens.

Massage to relax muscles and increase circulation.

Diathermy applied at the cervical spine for the purpose of mobilizing edematous fluid and enhance the local vascular bed for faster tissue repair and pain control.

Moist Heat was applied to the lumbar spine to increase circulation.

KINETIC ACTIVITIES:
Passive Range of Motion Exercise of the cervical area to increase range of motion and to reduce fixations due to adhesions or scar formation of the injured area.

Active Resistance Movement of the cervical and lumbar spine to allow for the strengthening of weakened muscle tissue and ligamentous tissue as a result of injury to the suboccipital and paraspinal muscles.

MRI RADIOLOGY REPORT:
On June 28, 1997, the patient had an MRI of the cervical spine done at Rio Grande Valley Imaging in Harlingen. There is a large 5mm posterior central disc herniation at C4-C5 coming in contact with the ventral aspects of the cervical spinal cord resulting in mild central spinal canal stenosis. There is moderate degenerative spondylosis at C3-C4 with prominent posterolateral vertebral body osteophyte formation. There is also loss of the normal cervical lordosis likely related to paraspinous muscle spasm.

On June 31, 1997, the patient had an MRI of the lumbar spine done at Rio Grande Valley Imaging in San Benito. There is a large 5mm left lateral/foraminal disc herniation at L3/L4 coming in contact with the inferior portion of the existing left L3 nerve root. There is also disc desiccation and degeneration at L4-L5.

On April 7, 1998, the patient had another MRI of the cervical spine done. There is mild to moderate 2-3mm posterior annular disc bulge at C4-C5 contacting and mildly effacing the thecal sac without resulting in central spinal canal stenosis.

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 67 of 101

On April 16, 1998, another MRI of the lumbar spine was done. There is a mild 2mm posterior central disc protrusion at L4-L5. A mild 2mm bilateral foraminal disc protrusion at L3-L4. Small schmorl's node deformity along the inferior vertebral body end plate at L4 and the superior vertebral body endplate L1. There is loss of the normal lumbar lordosis likely related to paraspinous muscle spasm. Disc desiccation and degeneration at L4-L5. There has been no significant change in the MRI appearance of the lumbar spine for comparison done here on June 31, 997.

OTHER STUDIES AND/OR REFERRALS:
    Ms. Elderkin was referred to our clinic for chiropractic and therapeutic care by Dr. Morris of the Rio Grande Valley Imaging Clinic.

PRESCRIPTIONS:
    Therapeutic Home Exercises were prescribed, and are designed to strengthen and to increase the endurance of the specific muscles in the cervical and lumbar spine that have become weakened or injured.

PROGNOSIS:
    Ms. Elderkin still has muscle pain. This originates from lack of oxygen (ischemia) to the muscle. Sustained contractions can accumulate work-waste products within the muscle while simulta-neously constricting its intrinsic blood supply. These accumulated end-products of muscular contraction are irritating and play a part on the painful condition she is now in. This can last indefinitely. Fibrous tissue appears capable of maintaining an inflammation, originally traumatic. This is particularly apt to happen after injury to a tendon or ligament, the scar that forms remaining painful whenever tension is put upon it, perhaps for decades. It seems that the reaction at the injured fibers continue, not only during healing but for an indefinite period afterwards.

    My clinical evaluation of Ms. Elderkin's condition was that her condition had become permanent and stationary. I discussed this with Ms. Elderkin and she was in basic agreement. I informed Ms. Elderkin that her subjective complaints are attributed to the healing residuals of the fibrosis of repair of injured muscle and ligamentous tissue, that they are permanent affects from the injury and that she would have to learn to live with the discomfort. It

CNLPDF - www.fxsoa.com

is likely in the future that she will probably be a candidate for chronic pain management through an anesthesiologist. Future surgery is also likely.

Presently Future Chiropractic & Therapeutic Care is recommended three times a week for four weeks followed by twice a week for four weeks at $150.00 per visit.

Should you have any questions regarding this report, please feel free to call my office.

Very truly yours,

Dr. Jean-Scott Bendiks, D.C.


JSB/rm


                  CURRENT BALANCE:    $2,655.00
ESTIMATED FUTURE CHIROPRACTIC COST:    3,000.00

# ALLIED REHABILITATION & THERAPY CLINIC

**DR. LUIS E. PEÑA**
B.S., D.C., C.C.R.D.

NAME: ELDERKIN, RITA

AGE: 45   # 3121

DATE: 03-13-98   ONSET: 05-08-97

CITY: HARLINGEN   TYPE: LIA: JANICE CASSIDY

OCCUPATION: HOUSEWIFE

CHECK AREA OF PAIN

AREA A:HEADACHE B:NECK C:MIDBACK D:LOW BACK
STAT 1:WORSE 2:SL WORSE 3:SAME 4:SL BETTER 5:BETTER
DIAG EMG ROM ST DM MT EKG SP DG=C T L

TX. PLAN 1. _____

MRI/DATE 1. _____ 2. _____

DIAG/DATE 1. _____ 2. _____

NOTE: _____

| # | DATE | TX. | AREA | STAT | DR | CA | NOTES |
|---|------|-----|------|------|----|----|-------|
| 1 | 3-13-98 | 1BHP | BD | 3 | | | |
| 2 | 3-16-98 | 1BHP | BD | 2 | | | |
| 3 | 3-17-98 | 1BHP | BD | 3 | | | |
| 4 | 3-18-98 | 1BHP | BD | 3 | | | |
| 5 | 3-19-98 | 1BHPKA | BD | 3 | | | |
| 6 | 3-20-98 | 1BHP.KR | BD | 3 | | | |
| 7 | 3-23-98 | 1BHPKA | BD | 3 | | | |
| 8 | 3-24-98 | 1BHPKA | BD | 3 | | | |
| 9 | 3-30-98 | 1BHPKA | BD | 3 | | | |
| 10 | 3-30-98 | 1BHPKA | BD | 3 | | | |
| 11 | 3-31-98 | 1BHPKA | BD | 3 | | | |
| 12 | 4-3-98 | 1BHPKA | D | 3 | | | |

THESE NOTES ARE SEMI-CODED FOR OUR CONVENIENCE.
FOR REFERENCE CODES CONSULT PRINTED SECTIONS ON
FRONT AND BACK OF PATIENT CARD WHICH SHOWS
ABBREVIATIONS.

DR. JEAN-SCOTT BENDIKS, D.C.

PCM   PASSIVE CERVICAL MOVEMENT
ACE   ACTIVE CERVICAL EXERCISE
BE    BACK EXERCISE
PLM   PASSIVE LUMBAR MOVEMENT
TR    TREADMILL
LLE   LATERAL LEG EXERCISE
LP    LEG PRESS
SHP   SHOULDER PRESS
SHE   SHOULDER EXERCISES
WE    WRIST EXERCISES
BIC   BICYCLE

PHYSICAL THERAPY

OV    OFFICE VISIT
MM    MANUAL MANIPULATION
MS    MUSCLE STIMULATION
ES    ELECTRICAL STIMULATION
DIA   DIATHERMY
US    ULTRASOUND
WP    WHIRLPOOL
HT    HYDROTHERAPY
SP    SPINALATOR
TRC   TRACTION
ACP   ACCUPUNCTURE

| # | DATE | |
|---|---|---|
| 1. | | MRIs scheduled for *illegible* |
| 2. | | + spine *illegible* |
| 3. | 3-17-98 | Notes pain was so bad last nite, it |
| 4. | | woke her up. |
| 5. | | Review case c̄ pt Neck new |
| 6. | | MRI C & L        Post MRI |
| 7. | | possible consult c̄ ortho |
| 8. | 3/20/98 | back. Mild headaches that ↑ when her |
| 9. | | neck pain ↑ |
| 10. | 3-23-98 | shoulder take Med for *illegible* |
| 11. | | + Cream - SI |
| 12. | 3-24-98 | this morning and had Med to |
| 13. | | Med upper back & neck pains |
| 14. | | (c̄) paresi *illegible* |
| 15. | | + S & R        c̄ Cervical Comp |
| 16. | 3-26-98 | to Med pain to Neck & Low back *illegible* |
| 17. | | DTL 2 LE   c̄ *illegible* |
| 18. | | MRI - C-SPINE  4/7/98 - 9:15 |
| 19. | 3/31/98 | Low Back - RD |
| 20. | 3-31 | pain to Neck & Low back - SI |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |

# ALLIED REHABILITATION & THERAPY CLINIC

**DR. LUIS E. PEÑA**
B.S., D.C., C.C.R.D.

NAME: __ELDERKIN RITA__

AGE: __45__   # __3121__

DATE: __03-13-98__   ONSET __05-08-97__

CITY: __Harlingen,__   TYPE: __LIA:JANICE CASSIDY__

CHECK AREA OF PAIN

OCCUPATION: __HOUSEWIFE__

AREA A:HEADACHE B:NECK C:MIDBACK D:LOW BACK
STAT 1:WORSE 2:SL WORSE 3:SAME 4:SL BETTER 5:BETTER
DIAG EMG ROM ST DM MT EKG SP DG=C T L

TX. PLAN   I. _____ 2. _____
MRI/DATE   I. __04-07-98: C-SPINE: (-) LOSS OF C-LORDOSIS)__
DIAG/DATE  I. __2-3 mm D/C bulge 4/5__
NOTE: _____

| # | DATE | TX. | AREA | STAT | DR | CA | NOTES |
|---|------|-----|------|------|-----|-----|-------|
| 1 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-6-98 1B HP KA BD | | 3 | | R | 14 % pain to Midback & LB |
| 2 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-7-98 1B HP  BD | | 3 | KA | AR | Pt c/o pain to neck & back |
| 3 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-9-98 1B HP KA BD | | 3 | | R | 14 % soreness to neck & LB |
| 4 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-13-98 1B HP KA BD | | 3 | | R | 14 % soreness to pain to |
| 5 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-14-98 1B HP KA BD | | 3 | KA | R | 14 % soreness & pain to |
| 6 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-16-98 1B HP KA BD | | 3 | | R | Pt c/o aching back nk |
| 7 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-20-98 1B HP KA BD | | 3 | | R | 14 % pain to neck & LB & |
| 8 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-21-98 1B HP KA BD | | 3 | | R | 14 states that she is doing |
| 9 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-23-98 1B HP KA BD | | 3 CA | R | | Pt states to day she |
| 10 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 4-27-98 1B HP KA BD | | 3 | KA | R | 14 has soreness to LB/back & |
| 11 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | 5-13-98 OV | | | KA | R | Wants to take c Dr Banker only |
| 12 | PT OV MM MS ES DIA US WP HT SP TRC | KA PCM ACE BE PLB TR LE LP SHP SHE WE BIC | | | | | |
|   | | | | | | | /IREX/REXRAY/DIAG/ |

| PCM | PASSIVE CERVICAL MOVEMENT | OV | OFFICE VISIT |
|-----|---------------------------|-----|--------------|
| ACE | ACTIVE CERVICAL EXERCISE | MM | MANUAL MANIPULATION |
| BE | BACK EXERCISE | MS | MUSCLE STIMULATION |
| PLM | PASSIVE LUMBAR MOVEMENT | ES | ELECTRICAL STIMULATION |
| TR | TREADMILL | DIA | DIATHERMY |
| LLE | LATERAL LEG EXERCISE | US | ULTRASOUND |
| LP | LEG PRESS | WP | WHIRLPOOL |
| SHP | SHOULDER PRESS | HT | HYDROTHERAPY |
| SHE | SHOULDER EXERCISES | SP | SPINALATOR |
| WE | WRIST EXERCISES | TRC | TRACTION |
| BIC | BICYCLE | ACP | ACCUPUNCTURE |

| # | DATE | |
|---|------|---|
| 1. | 4-7-99 | a little shaken from MReI. |
| 2. | | rad T Si Bone L.W.I. |
| 3. | 4-14-98 | to neck & low Back |
| 4. | 4-14-98 | Low Back & neck Lt |
| 5. | | review MRI Cspine |
| 6. | 4-21-98 | did not |
| 7. | | |
| 8. | 4-21-98 | slightly better some soreness to |
| 9. | | low Back + neck Lt |
| 10. | 4-28-98 | has low to no pain - Lt |
| 11. | 4-29-98 | neck area dt |
| 12. | 5-13-98 | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |

Downloaded by d729bd — Document 7 — filed in TXSD on 06/14/2001 — Page 73 of 101

| Entry | Date | Location-Diagnosis | Procedure | Document | Prov | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**(1210000) ELDERKIN, RITA   (956) 428-4349**
No Last Payment
043098 Balance Forward

| Entry | Date | Location-Diagnosis | Procedure | Document | Prov | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 2600.00 |
| TEST | 031398 | 11-723.1,/29.1,/24.4, | 99204 | 980313 | 1 | 105.00 | |
| TEST | 031398 | 11-723.1,/29.1,/24.4, | 97014 | 980313 | 1 | 15.00 | |
| TEST | 031398 | 11-723.1,/29.1,/39.9 | 97124 | 980313 | 1 | 25.00 | |
| TEST | 031398 | 11-723.1,/29.1 | 97024 | 980313 | 1 | 20.00 | |
| TEST | 031398 | 11-724.4,/39.9 | 97010 | 980313 | 1 | 15.00 | 160.00 |
| TEST | 031698 | 11-723.1,/29.1,/24.4, | 97014 | 980316 | 1 | 15.00 | |
| TEST | 031698 | 11-723.1,/29.1,/39.9 | 97124 | 980316 | 1 | 25.00 | |
| TEST | 031698 | 11-723.1,/29.1 | 97024 | 980316 | 1 | 20.00 | |
| TEST | 031698 | 11-739.9,724.4 | 97010 | 980316 | 1 | 15.00 | .00 |
| TEST | 031798 | 11-723.1,/29.1,/24.4, | 97014 | 980317 | 1 | 15.00 | |
| TEST | 031798 | 11-723.1,/29.1,/39.9 | 97124 | 980317 | 1 | 25.00 | |
| TEST | 031798 | 11-723.1,/29.1 | 97024 | 980317 | 1 | 20.00 | |
| TEST | 031798 | 11-739.9,724.4 | 97010 | 980317 | 1 | 15.00 | 75.00 |
| TEST | 031898 | 11-723.1,/29.1,/24.4, | 97014 | 980318 | 1 | 15.00 | |
| TEST | 031898 | 11-723.1,/29.1,/39.9 | 97124 | 980318 | 1 | 25.00 | |
| TEST | 031898 | 11-723.1,/29.1 | 97024 | 980318 | 1 | 20.00 | |
| TEST | 031898 | 11-739.9,724.4 | 97010 | 980318 | 1 | 15.00 | |
| TEST | 031898 | 11-723.1,729.1 | 97110 | 980318 | 1 | 40.00 | 115.00 |
| TEST | 031998 | 11-723.1,729.1,/24.4, | 97014 | 980319 | 1 | 15.00 | |
| TEST | 031998 | 11-723.1,/29.1,/39.9 | 97124 | 980319 | 1 | 25.00 | |
| TEST | 031998 | 11-723.1,/29.1 | 97024 | 980319 | 1 | 20.00 | |
| TEST | 031998 | 11-/39.9,724.4 | 97010 | 980319 | 1 | 15.00 | |
| TEST | 031998 | 11-723.1,/29.1 | 97110 | 980319 | 1 | 40.00 | 117.00 |
| TEST | 032098 | 11-723.1,729.1,/24.4, | 97014 | 980320 | 1 | 15.00 | |
| TEST | 032098 | 11-723.1,729.1,/39.9 | 97124 | 980320 | 1 | 25.00 | |
| TEST | 032098 | 11-723.1,/29.1 | 97024 | 980320 | 1 | 20.00 | |
| TEST | 032098 | 11-739.9,724.4 | 97010 | 980320 | 1 | 15.00 | |
| TEST | 032098 | 11-723.1,/29.1 | 97110 | 980320 | 1 | 40.00 | 115.00 |
| TEST | 032398 | 11-723.1,729.1,/24.4, | 97014 | 930323 | 1 | 15.00 | |
| TEST | 032398 | 11-723.1,/29.1,/39.9 | 97124 | 980323 | 1 | 25.00 | |
| TEST | 032398 | 11-723.1,/29.1 | 97024 | 980323 | 1 | 20.00 | |
| TEST | 032398 | 11-724.4,/39.9 | 97010 | 980323 | 1 | 15.00 | |
| TEST | 032398 | 11-723.1,/29.1 | 97110 | 980323 | 1 | 40.00 | 115.00 |
| TEST | 032498 | 11-723.1,729.1,/24.4, | 99213 | 980324 | 1 | 35.00 | |
| TEST | 032498 | 11-723.1,/29.1,/24.4, | 97014 | 980324 | 1 | 15.00 | |
| TEST | 032498 | 11-723.1,/29.1,739.9 | 97124 | 980324 | 1 | 25.00 | |
| TEST | 032498 | 11-723.1,/29.1 | 97024 | 980324 | 1 | 20.00 | |
| TEST | 032498 | 11-724.4,/39.9 | 97010 | 980324 | 1 | 15.00 | |
| TEST | 032498 | 11-723.1,729.1 | 97110 | 980324 | 1 | 40.00 | 160.00 |
| TEST | 032698 | 11-723.1,/29.1,724.4, | 97014 | 980326 | 1 | 15.00 | |
| TEST | 032698 | 11-723.1,/29.1,/24.4, | 97124 | 980326 | 1 | 25.00 | |
| TEST | 032698 | 11-723.1,729.1 | 97024 | 980326 | 1 | 20.00 | |
| TEST | 032698 | 11-724.4,739.9 | 97010 | 980326 | 1 | 15.00 | |
| TEST | 032698 | 11-723.1,/29.1,/24.4, | 97110 | 980326 | 1 | 40.00 | 115.00 |
| TEST | 033098 | 11-723.1,/29.1,/24.4, | 97014 | 980330 | 1 | 15.00 | |

***CONTINUED***

Microsoft Internet Library | Steel | 75/68 de1x1x2000 - Page 74 of 101

| ntry | Date | Location-Diagnosis | Procedure | Document | Prov | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

(210000) ELDERKIN, RITA  (956) 428-4349          (CONTINUED)

| ntry | Date | Location-Diagnosis | Procedure | Document | Prov | Amount | Balance |
|---|---|---|---|---|---|---|---|
| IST | 033098 | 11-723.1,729.1,724.4, | 9/124 | 980330 | 1 | 25.00 | |
| IST | 033098 | 11-723.1,729.1 | 97024 | 980330 | 1 | 20.00 | |
| IST | 033098 | 11-724.4,739.9 | 97010 | 980330 | 1 | 15.00 | |
| IST | 033098 | 11-723.1,729.1,724.4, | 97110 | 980330 | 1 | 40.00 | 115.00 |
| IST | 033198 | 11-723.1,729.1,724.4, | 9/014 | 980331 | 1 | 15.00 | |
| IST | 033198 | 11-723.1,729.1,724.4, | 97124 | 980331 | 1 | 25.00 | |
| IST | 033198 | 11-723.1,729.1 | 9/024 | 980331 | 1 | 20.00 | |
| IST | 033198 | 11-724.4,739.9 | 97010 | 980331 | 1 | 15.00 | |
| IST | 033198 | 11-723.1,729.1,724.4, | 97110 | 980331 | 1 | 40.00 | 115.00 |
| IST | 040298 | 11-723.1,729.1,724.4, | 97014 | 980402 | 1 | 15.00 | |
| IST | 040298 | 11-723.1,729.1,724.4, | 9/124 | 980402 | 1 | 25.00 | |
| IST | 040298 | 11-723.1,729.1 | 9/024 | 980402 | 1 | 20.00 | |
| IST | 040298 | 11-724.4,739.9 | 9/010 | 980402 | 1 | 15.00 | |
| IST | 040298 | 11-723.1,729.1,724.4, | 97110 | 980402 | 1 | 40.00 | 115.00 |
| IST | 040698 | 11-723.1,729.1,724.4, | 97014 | 980406 | 1 | 15.00 | |
| IST | 040698 | 11-723.1,729.1,724.4, | 97124 | 980406 | 1 | 25.00 | |
| IST | 040698 | 11-723.1,729.1 | 97024 | 980406 | 1 | 20.00 | |
| IST | 040698 | 11-724.4,739.9 | 9/010 | 980406 | 1 | 15.00 | |
| IST | 040698 | 11-724.4,739.9 | 9/110 | 980406 | 1 | 40.00 | 115.00 |
| IST | 040798 | 11-723.1,729.1,724.4, | 97014 | 980407 | 1 | 15.00 | |
| IST | 040798 | 11-723.1,729.1,724.4, | 97124 | 980407 | 1 | 25.00 | |
| IST | 040798 | 11-723.1,729.1 | 9/024 | 980407 | 1 | 20.00 | |
| IST | 040798 | 11-724.4,739.9 | 97010 | 980407 | 1 | 15.00 | |
| IST | 040798 | 11-723.1,729.1,724.4, | 97110 | 980407 | 1 | 40.00 | 115.00 |
| IST | 040998 | 11-723.1,729.1,724.4, | 97014 | 980409 | 1 | 15.00 | |
| IST | 040998 | 11-723.1,729.1,724.4, | 9/124 | 980409 | 1 | 25.00 | |
| IST | 040998 | 11-723.1,729.1 | 9/024 | 980409 | 1 | 20.00 | |
| IST | 040998 | 11-724.4,739.9 | 97010 | 980409 | 1 | 15.00 | |
| IST | 040998 | 11-723.1,729.1,724.4, | 97110 | 980409 | 1 | 40.00 | 115.00 |
| IST | 041398 | 11-723.1,729.1,724.4, | 97014 | 980413 | 1 | 15.00 | |
| IST | 041398 | 11-723.1,729.1,724.4, | 9/124 | 980413 | 1 | 25.00 | |
| IST | 041398 | 11-723.1,729.1 | 97024 | 980413 | 1 | 20.00 | |
| IST | 041398 | 11-724.4,739.9 | 97010 | 980413 | 1 | 15.00 | |
| IST | 041398 | 11-723.1,729.1,724.4, | 9/110 | 980413 | 1 | 40.00 | 115.00 |
| IST | 041498 | 11-723.1,729.1,724.4, | 99213 | 980414 | 1 | 35.00 | |
| IST | 041498 | 11-723.1,729.1,724.4, | 9/014 | 980414 | 1 | 15.00 | |
| IST | 041498 | 11-723.1,729.1,724.4, | 97124 | 980414 | 1 | 25.00 | |
| IST | 041498 | 11-723.1,729.1 | 9/024 | 980414 | 1 | 20.00 | |
| IST | 041498 | 11-724.4,739.9 | 97010 | 980414 | 1 | 15.00 | |
| IST | 041498 | 11-723.1,729.1,724.4, | 9/110 | 980414 | 1 | 40.00 | 150.00 |
| IST | 041698 | 11-723.1,729.1,724.4, | 9/014 | 980416 | 1 | 15.00 | |
| IST | 041698 | 11-723.1,729.1,724.4, | 97124 | 980416 | 1 | 25.00 | |
| IST | 041698 | 11-723.1,729.1 | 9/024 | 980416 | 1 | 20.00 | |
| IST | 041698 | 11-724.4,739.9 | 97010 | 980416 | 1 | 15.00 | |
| IST | 041698 | 11-723.1,729.1,724.4, | 97110 | 980416 | 1 | 40.00 | 115.00 |
| IST | 042098 | 11-723.1,729.1,724.4, | 97014 | 980420 | 1 | 15.00 | |
| IST | 042098 | 11-723.1,729.1,724.4, | 9/124 | 980420 | 1 | 25.00 | |
| IST | 042098 | 11-723.1,729.1 | 9/024 | 980420 | 1 | 20.00 | |

***CONTINUED***

ALL IED CREDIT REPORTING

Patient Account Ledger
05-19-98

| Entry | Date | Location-Diagnosis | Procedure | Document | Prov | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | (210000) ELDERKIN, RITA (956) 428-4349 | | (CONTINUED) | | | |
| HIST | 042098 | 11-/24.4,/39.9 | 97010 | 980420 | 1 | 15.00 | |
| HIST | 042098 | 11-723.1,/29.1,/24.4, | 9/110 | 980420 | 1 | 40.00 | 115.00 |
| HIST | 042198 | 11-723.1,729.1,/24.4, | 9/014 | 980421 | 1 | 15.00 | |
| HIST | 042198 | 11-723.1,729.1,/24.4, | 9/124 | 980421 | 1 | 25.00 | |
| HIST | 042198 | 11-723.1,/29.1 | 9/024 | 980421 | 1 | 20.00 | |
| HIST | 042198 | 11-/24.4,/39.9 | 97010 | 980421 | 1 | 15.00 | |
| HIST | 042198 | 11-723.1,729.1,/24.4, | 9/110 | 980421 | 1 | 40.00 | 115.00 |
| HIST | 042998 | 11-723.1,729.1,/24.4, | 9/014 | 980429 | 1 | 15.00 | |
| HIST | 042998 | 11-723.1,729.1,/24.4, | 9/124 | 980429 | 1 | 25.00 | |
| HIST | 042998 | 11-723.1,/29.1 | 97024 | 980429 | 1 | 20.00 | |
| HIST | 042998 | 11-/24.4,/39.9 | 9/010 | 980429 | 1 | 15.00 | |
| HIST | 042998 | 11-723.1,729.1,/24.4, | 9/110 | 980429 | 1 | 40.00 | 115.00 |
| HIST | 042398 | 11-723.1,729.1,/24.4, | 99213 | 980423 | 1 | 35.00 | |
| HIST | 042398 | 11-723.1,729.1,/24.4, | 97014 | 980423 | 1 | 15.00 | |
| HIST | 042398 | 11-723.1,729.1,724.4, | 97124 | 980423 | 1 | 25.00 | |
| HIST | 042398 | 11-723.1,729.1 | 9/024 | 980423 | 1 | 20.00 | |
| HIST | 042398 | 11-/24.4,739.9 | 97010 | 980423 | 1 | 15.00 | |
| HIST | 042398 | 11-723.1,729.1,/24.4, | 9/110 | 980423 | 1 | 40.00 | 150.00 |

```
                    ** HISTORY TOTAL **    2620.00
```

| | 051498 | 11-/23.1,/29.1./24.4, | 99211 | 980514 | 1 | 35.00 | 35.00 |

```
                                            35.00    2655.00
      Patient Totals
                                            --------- ----------
      Family Total                                    2655.00


                                          ---------- --- ----
      Totals of Ledger                       35.00   2655.00
                                          ========== ==========
```

# HEALTH INSURANCE CLAIM FORM

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER ☒ (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
ELDERKIN, RITA

**2 PATIENT'S DATE OF BIRTH**
07  19  52

**3 INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

**4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
2922 ENCINO DRIVE
HARLINGEN, TX   785 USA
(956) 428-4349

TELEPHONE NO.

**5 PATIENT'S SEX**
MALE ☐   FEMALE ☒

**6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7 PATIENT'S RELATIONSHIP TO INSURED**
SELF ☐   SPOUSE ☐   CHILD ☐   OTHER ☒

**8 INSURED'S GROUP NO (OR GROUP NAME OR FECA CLAIM NO.)**

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN ☐

**9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**

**10. WAS CONDITION RELATED TO**

A. PATIENT'S EMPLOYMENT
YES ☐   NO ☒

B. ACCIDENT
AUTO ☒   OTHER ☐

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**

TELEPHONE NO.

**11 a.**   CHAMPUS SPONSOR'S
STATUS   ACTIVE DUTY ☐   RETIRED ☐   DECEASED ☐   BRANCH OF SERVICE

**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW**
SIGNED   Signature On File   DATE 03-16-98

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW**
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

**14. DATE OF:**
05-08-97   ◄   ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

**15. DATE FIRST CONSULTED YOU FOR THIS CONDITION**
03-13-98

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**
05-08-97

**16 a. IF EMERGENCY CHECK HERE**

**17 DATE PATIENT ABLE TO RETURN TO WORK**
N/A

**18. DATES OF TOTAL DISABILITY**
FROM  N/A   THROUGH  N/A

DATES OF PARTIAL DISABILITY
FROM  N/A   THROUGH  N/A

**19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)**

**20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED  N/A   DISCHARGED  N/A

**21. NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)**
ALLIED REHAB. & THERAPY CLINIC

**22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
YES ☐   NO ☒   CHARGES

**23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE**

1  723.1 CERVICALGIA
2  729.1 MYOFASCIITIS/MYALGIA SYNDROME
3  724.4 LUMBAR RADICULITIS/RADICULALGIA
4  739.9 SEGMENTAL DYSFUNCTION

B
EPSDT   YES ☐   NO ☒
FAMILY PLANNING   YES ☐   NO ☒

PRIOR AUTHORIZATION NO.

| 24 A DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 03-13-98 | | 11 | 99204 | COMPREHENSIVE EXAM | 1234 | 105 00 | 1 | | |
| 03-13-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | | | |
| 03-13-98 | | 11 | 97124 | MASSAGE | 124 | 25 00 | 1 | | |
| 03-13-98 | | 11 | 97024 | DIATHERMY | 12 | 20 00 | 1 | | |
| 03-13-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | 1 | | |

**25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)**
Signature On File   03-16-98

**26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
YES ☐   NO ☐

**27. TOTAL CHARGE**
180 00

**28. AMOUNT PAID**
0 00

**29. BALANCE DUE**
180 00

**30. YOUR SOCIAL SECURITY NO**
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

**31 PHYSICIAN'S, SUPPLIERS AND OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX /8586   601201
(956) 412-8870   4366373
ID NO. 457-2160/60-001   LICH 449

**32 YOUR PATIENT'S ACCOUNT NO**
0210000

**33 YOUR EMPLOYER ID NO**
74-26/6565

REMARKS:

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 · Medical Arts Press  1-800-328-2179

# HEALTH INSURANCE CLAIM FORM

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| ☐ MEDICARE (MEDICARE NO.) | ☐ MEDICAID (MEDICAID NO.) | ☐ CHAMPUS (SPONSOR'S SSN) | ☐ CHAMPVA (VA FILE NO.) | ☐ FECA BLACK LUNG (SSN) | ☒ OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
ELDERKIN, RITA

**2. PATIENT'S DATE OF BIRTH**
07 | 19 | 52

**3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

**4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
2922 ENCINO DRIVE
HARLINGEN, TX 785 USA
(956) 428-4349
TELEPHONE NO.

**5. PATIENT'S SEX**
MALE ☐   FEMALE ☒

**6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7. PATIENT'S RELATIONSHIP TO INSURED**
SELF ☐  SPOUSE ☐  CHILD ☐  OTHER ☒

**8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)**

☐ INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

**9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**

**10. WAS CONDITION RELATED TO**

**A. PATIENT'S EMPLOYMENT**
YES ☐   NO ☒

**B. ACCIDENT**
AUTO ☒   OTHER ☐

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**

TELEPHONE NO

**11 a.**   CHAMPUS SPONSOR'S
STATUS  ☐ ACTIVE DUTY  ☐ DECEASED  BRANCH OF SERVICE
        ☐ RETIRED

**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)**
I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW

SIGNED Signature On File   DATE 03-23-98

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW**
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

**14. DATE OF**
05-08-97

**ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)**

**15. DATE FIRST CONSULTED YOU FOR THIS CONDITION**
03-13-98

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**
05-08-97

**16 a IF EMERGENCY CHECK HERE**

**17. DATE PATIENT ABLE TO RETURN TO WORK**
N/A

**18. DATES OF TOTAL DISABILITY**
FROM N/A   THROUGH N/A

**DATES OF PARTIAL DISABILITY**
FROM N/A   THROUGH N/A

**19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)**

**20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED N/A   DISCHARGED N/A

**21 NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)**
ALLIED REHAB. & THERAPY CLINIC

**22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
YES ☐   NO ☒   CHARGES

**23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE**

1./723.1 CERVICALGIA
2./729.1 MYOFASCITIS/MYALGIA SYNDROME
3./724.4 LUMBAR RADICULITIS/RADICULALGIA
4./739.9 SEGMENTAL DYSFUNCTION

**B**
EPSDT        YES ☐  NO ☒
FAMILY PLANNING  YES ☐  NO ☒

PRIOR AUTHORIZATION NO.

| 24 DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN — PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 03-16-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | . | |
| 03-16-98 | | 11 | 97124 | MASSAGE | 124 | 25.00 | 1 | | |
| 03-16-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-16-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 43 | 15.00 | 1 | | |
| 03-17-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 03-17-98 | | 11 | 97124 | MASSAGE | 124 | 25.00 | 1 | | |
| 03-17-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-17-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 43 | 15.00 | 1 | | |
| 03-18-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 03-18-98 | | 11 | 97124 | MASSAGE | 124 | 25.00 | 1 | | |
| 03-18-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-18-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 43 | 15.00 | 1 | | |

**25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)**
Signature On File   03-23-98

**26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
YES ☒   NO ☐

**27. TOTAL CHARGE**
225.00

**28. AMOUNT PAID**
0.00

**29. BALANCE DUE**
225.00

**30. YOUR SOCIAL SECURITY NO.**
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

**31. PHYSICIAN'S, SUPPLIERS OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX 78586   601205
(956) 412-8870      4366373

**32. YOUR PATIENT'S ACCOUNT NO.**
31210000

**33 YOUR EMPLOYER ID NO.**
74-2676565

2D 457-2160760-001   LIC# 4498

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press  1-800-328-2179

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

# HEALTH INSURANCE CLAIM FORM

**(CHECK APPLICABLE PROGRAM BLOCK BELOW)**

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER X (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

| 1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) | 2. PATIENT'S DATE OF BIRTH | 3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) |
|---|---|---|
| ELDERKIN, RITA | 07 \| 19 \| 52 | |

**4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**

2922 ENCINO DRIVE
HARLINGEN, TX  785 USA
(956) 428-4349
TELEPHONE NO.

**5. PATIENT'S SEX**
MALE [ ]   FEMALE [X]

**6. INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7. PATIENT'S RELATIONSHIP TO INSURED**
SELF [ ]   SPOUSE [ ]   CHILD [ ]   OTHER [X]

**8 INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)**

[ ] INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

| 9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER) | 10. WAS CONDITION RELATED TO | 11 INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|---|
| | A. PATIENT'S EMPLOYMENT   YES [ ]  NO [X] | |
| | | TELEPHONE NO. |
| | B. ACCIDENT   AUTO [X]  OTHER [ ] | 11 a.   CHAMPUS SPONSOR'S |
| | | STATUS   ACTIVE DUTY RETIRED [ ]  DECEASED [ ]  BRANCH OF SERVICE |

**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW**

SIGNED Signature On File   DATE 03-23-98

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW**

Signature On File

SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

| 14 DATE OF: | ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. DATE FIRST CONSULTED YOU FOR THIS CONDITION | 16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES | 16 a. IF EMERGENCY CHECK HERE |
|---|---|---|---|---|
| 05-08-97 | | 03-13-98 | 05-08-97 | |

| 17. DATE PATIENT ABLE TO RETURN TO WORK | 18. DATES OF TOTAL DISABILITY | | DATES OF PARTIAL DISABILITY | |
|---|---|---|---|---|
| N/A | FROM N/A | THROUGH N/A | FROM N/A | THROUGH N/A |

| 19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY) | 20 FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES |
|---|---|
| | ADMITTED N/A   DISCHARGED N/A |

| 21 NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE) | 22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE? |
|---|---|
| ALLIED REHAB. & THERAPY CLINIC | YES [ ]  NO [X]  CHARGES |

**23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE**

1. /23.1 CERVICALGIA
2. /29.1 MYOFASCITIS/MYALGIA SYNDROME
3. /24.4 LUMBAR RADICULITIS/RADICULALGIA
4. /39.9 SEGMENTAL DYSFUNCTION

B

EPSDT   YES [ ]  NO [X]
FAMILY PLANNING   YES [ ]  NO [X]

PRIOR AUTHORIZATION NO.

| 24 DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN — PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 03-18-98 | | 11 | 97110 | KINETIC ACTIVITIES | 12 | 40.00 | 1 | | |
| 03-19-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 03-19-98 | | 11 | 97124 | MASSAGE | 124 | 25.00 | 1 | | |
| 03-19-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-19-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 43 | 15.00 | 1 | | |
| 03-19-98 | | 11 | 97110 | KINETIC ACTIVITIES | 12 | 40.00 | 1 | | |
| 03-20-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 03-20-98 | | 11 | 97124 | MASSAGE | 124 | 25.00 | 1 | | |
| 03-20-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-20-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 43 | 15.00 | 1 | | |
| 03-20-98 | | 11 | 97110 | KINETIC ACTIVITIES | 12 | 40.00 | 1 | | |

| 25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF) | 26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK) | 27. TOTAL CHARGE | 28. AMOUNT PAID | 29 BALANCE DUE |
|---|---|---|---|---|
| _Signature On File_   03-23-98 | YES [X]  NO [ ] | 270.00 | 0.00 | 270.00 |

| 30. YOUR SOCIAL SECURITY NO | 31. PHYSICIAN'S, SUPPLIERS AND OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. |
|---|---|
| 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 | ALLIED REHAB & THERAPY CLIN C |

| 32 YOUR PATIENT'S ACCOUNT NO | 33. YOUR EMPLOYER ID NO | 992 S. 77 SUNSHINE STRIP HARLINGEN, TX 78586   601 |
|---|---|---|
| 1210000 | 74-2676565 | (956) 412-8870   436573 |
| | | 457-2160760-001   LIC# 4478 |

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK

REMARKS:

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press  1-800-328-2179

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

# HEALTH INSURANCE CLAIM FORM
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER (CERTIFICATE SSN) [X] |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
ELDERKIN, RITA

2. PATIENT'S DATE OF BIRTH  07 | 19 | 52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
2922 ENCINO DRIVE
HARLINGEN, TX  785 USA
(956) 428-4349
TELEPHONE NO.

5. PATIENT'S SEX   MALE [ ]  FEMALE [X]

6. INSURED'S ID NO.
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

7. PATIENT'S RELATIONSHIP TO INSURED
SELF [ ] SPOUSE [ ] CHILD [ ] OTHER [X]

8. INSURED'S GROUP NO.

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE

10. WAS CONDITION RELATED TO
A. PATIENT'S EMPLOYMENT  YES [ ] NO [X]
B. ACCIDENT  AUTO [X]  OTHER [ ]

11. INSURED'S ADDRESS
TELEPHONE NO.
11 a. CHAMPUS SPONSOR'S
STATUS  ACTIVE DUTY [ ] RETIRED  DECEASED [ ]  BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature On File   DATE 03-30-98

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS
Signature On File

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF: ILLNESS/INJURY/PREGNANCY  05-08-97
15. DATE FIRST CONSULTED  03-13-98
16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS  05-08-97
16a. IF EMERGENCY [ ]

17. DATE PATIENT ABLE TO RETURN TO WORK  N/A
18. DATES OF TOTAL DISABILITY  FROM N/A  THROUGH N/A
DATES OF PARTIAL DISABILITY  FROM N/A  THROUGH N/A

19. NAME OF REFERRING PHYSICIAN

20. FOR SERVICES RELATED TO HOSPITALIZATION  ADMITTED N/A  DISCHARGED N/A

21. NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED
ALLIED REHAB. & THERAPY CLINIC

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?  YES [ ] NO [X]  CHARGES

23. A DIAGNOSIS
1. 723.1 CERVICALGIA
2. 729.1 MYOFASCIITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

EPSDT  YES [ ] NO [X]
FAMILY PLANNING  YES [ ] NO [X]
PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM-TO | B PLACE | C PROCEDURE CODE | (EXPLAIN) | D DIAGNOSIS CODE | E CHARGES | F DAYS/UNITS | G T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|
| 03-23-98 | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 03-23-98 | 11 | 97124 | MASSAGE | 124 | 25.00 | 1 | | |
| 03-23-98 | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-23-98 | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15.00 | 1 | | |
| 03-23-98 | 11 | 97110 | KINETIC ACTIVITIES | 12 | 40.00 | 1 | | |
| 03-24-98 | 11 | 99213 | OFFICE VISIT | 1234 | 35.00 | 1 | | |
| 03-24-98 | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 03-24-98 | 11 | 97124 | MASSAGE | 124 | 25.00 | 1 | | |
| 03-24-98 | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-24-98 | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15.00 | 1 | | |
| 03-24-98 | 11 | 97110 | KINETIC ACTIVITIES | 12 | 40.00 | 1 | | |
| 03-26-98 | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER
Signature On File   03-30-98

26. ACCEPT ASSIGNMENT  YES [X] NO [ ]
27. TOTAL CHARGE  280.00
28. AMOUNT PAID  0.00
29. BALANCE DUE  280.00

30. YOUR SOCIAL SECURITY NO.  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

31. PHYSICIAN'S NAME, ADDRESS, ZIP
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX 78586  601205
(956) 412-8870  4366373
457-2160760-001  LICH 4498

32. YOUR PATIENT'S ACCOUNT NO  A210000
33. YOUR EMPLOYER ID NO.  74-2676565

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press 1-800-328-2179

# HEALTH INSURANCE CLAIM FORM

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB No. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER [X] (CERTIFICATE SSN) |

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
ELDERKIN, RITA

2. PATIENT'S DATE OF BIRTH  07 19 52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
2922 ENCINO DRIVE
HARLINGEN, TX  785 USA
(956) 428-4349
TELEPHONE NO.

5. PATIENT'S SEX  MALE [ ]  FEMALE [X]

6. INSURED'S ID NO.  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

7. PATIENT'S RELATIONSHIP TO INSURED  SELF [ ] SPOUSE [ ] CHILD [ ] OTHER [X]

8. INSURED'S GROUP NO.
INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN [ ]

9. OTHER HEALTH INSURANCE COVERAGE

10. WAS CONDITION RELATED TO
A. PATIENT'S EMPLOYMENT  YES [ ]  NO [X]
B. ACCIDENT  AUTO [X]  OTHER [ ]

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
TELEPHONE NO.
11a. CHAMPUS SPONSOR'S
STATUS  ACTIVE DUTY/RETIRED [ ] DECEASED [ ]  BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature On File  DATE 03-30-98

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS...
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF: 05-08-97  ILLNESS (FIRST SYMPTOM) OR INJURY

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION  03-13-98

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS  05-08-97

16a. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK  N/A

18. DATES OF TOTAL DISABILITY  FROM N/A  THROUGH N/A
DATES OF PARTIAL DISABILITY  FROM N/A  THROUGH N/A

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

20. FOR SERVICES RELATED TO HOSPITALIZATION
ADMITTED N/A  DISCHARGED N/A

21. NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED
ALLIED REHAB. & THERAPY CLINIC

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ]  NO [X]  CHARGES

23. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 723.1 CERVICALGIA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

EPSDT  YES [ ] NO [X]
FAMILY PLANNING  YES [ ] NO [X]
PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM  TO | B PLACE OF SERVICE | C PROCEDURE CODE | (EXPLAIN UNUSUAL SERVICES) | D DIAGNOSIS CODE | E CHARGES | DAYS OR UNITS | G T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|
| 03-26-98 | 11 | 97124 | MASSAGE | 1234 | 25.00 | 1 | | |
| 03-26-98 | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-26-98 | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15.00 | 1 | | |
| 03-26-98 | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40.00 | 1 | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER
Signature On File  03-30-98

26. ACCEPT ASSIGNMENT  YES [X]  NO [ ]

27. TOTAL CHARGE  100.00

28. AMOUNT PAID  0.00

29. BALANCE DUE  100.00

30. YOUR SOCIAL SECURITY NO.  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

31. PHYSICIAN'S, SUPPLIERS NAME, ADDRESS, ZIP
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX 78586  601205
(956) 412-8870  43663/3
I.D. 457-2160760-001  LIC# 4498

32. YOUR PATIENT'S ACCOUNT NO.  01-10000

33. YOUR EMPLOYER ID NO  74-26/6565

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press 1-800-328-2179

# HEALTH INSURANCE CLAIM FORM
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | [X] OTHER (CERTIFICATE SSN) |

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
ELDERKIN, RITA

2. PATIENT'S DATE OF BIRTH  07 | 19 | 52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
2922 ENCINO DRIVE
HARLINGEN, TX  785 USA
(956) 428-4349
TELEPHONE NO.

5. PATIENT'S SEX   MALE   [X] FEMALE

6. INSURED'S ID NO.  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

7. PATIENT'S RELATIONSHIP TO INSURED   SELF  SPOUSE  CHILD  OTHER [X]

8. INSURED'S GROUP NO.

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE

10. WAS CONDITION RELATED TO
a. PATIENT'S EMPLOYMENT  YES  NO [X]
b. ACCIDENT  AUTO [X]  OTHER

11. INSURED'S ADDRESS
TELEPHONE NO

11 a. CHAMPUS SPONSOR'S STATUS  ACTIVE DUTY/RETIRED  DECEASED  BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature On File   DATE 04-07-98

13. I AUTHORIZE PAYMENT
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF: 05-08-97

15. DATE FIRST CONSULTED  03-13-98

16. IF PATIENT HAS HAD SAME  05-08-97

16 a. IF EMERGENCY

17. DATE PATIENT ABLE TO RETURN TO WORK  N/A   FROM N/A  THROUGH N/A
DATES OF PARTIAL DISABILITY  FROM N/A  THROUGH N/A

19. NAME OF REFERRING PHYSICIAN

20. FOR SERVICES RELATED TO HOSPITALIZATION  ADMITTED N/A  DISCHARGED N/A

21. NAME & ADDRESS OF FACILITY
ALLIED REHAB. & THERAPY CLINIC

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?  YES  NO [X]  CHARGES

23. DIAGNOSIS
1. 723.1 CERVICALGIA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

EPSDT  YES  NO [X]
FAMILY PLANNING  YES  NO [X]
PRIOR AUTHORIZATION NO.

| DATE OF SERVICE FROM | TO | PLACE OF SERVICE | PROCEDURE CODE | DESCRIPTION | DIAGNOSIS CODE | CHARGES | DAYS OR UNITS | TOS | LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 03-30-98 | | 11 | 97014 | ELECTRICAL STIMULATION | 1234 | 15.00 | 1 | | |
| 03-30-98 | | 11 | 97124 | MASSAGE | 1234 | 25.00 | 1 | | |
| 03-30-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-30-98 | | 11 | 97010 | HOT/COLD PACK TREATMENT | 34 | 15.00 | 1 | | |
| 03-30-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40.00 | 1 | | |
| 03-31-98 | | 11 | 97014 | ELECTRICAL STIMULATION | 1234 | 15.00 | 1 | | |
| 03-31-98 | | 11 | 97124 | MASSAGE | 1234 | 25.00 | 1 | | |
| 03-31-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 03-31-98 | | 11 | 97010 | HOT/COLD PACK TREATMENT | 34 | 15.00 | 1 | | |
| 03-31-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40.00 | 1 | | |
| 04-02-98 | | 11 | 97014 | ELECTRICAL STIMULATION | 1234 | 15.00 | 1 | | |
| 04-02-98 | | 11 | 97124 | MASSAGE | 1234 | 25.00 | 1 | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER

26. ACCEPT ASSIGNMENT  YES [X]  NO

27. TOTAL CHARGE 270.00

28. AMOUNT PAID 0.00

29. BALANCE DUE 270.00

Signature On File   04-07-98

30. YOUR SOCIAL SECURITY NO  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

31. PHYSICIAN'S, SUPPLIERS
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX  78586  6012050
(956) 412-8870   4366373
457-2160760-001   LIC# 4498

32. YOUR PATIENT'S ACCOUNT NO  31210000

33. YOUR EMPLOYER ID NO  74-2676565

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press  1-800-328-2179

# HEALTH INSURANCE CLAIM FORM

FORM APPROVED
OMB NO. 0938-0008

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER [X] (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
ELDERKIN, RITA

**2. PATIENT'S DATE OF BIRTH**
07 19 52

**3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

**4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
2922 ENCINO DRIVE
HARLINGEN, TX   785 USA
(956) 428-4349
TELEPHONE NO.

**5. PATIENT'S SEX**
MALE [ ]   FEMALE [X]

**6. INSURED'S ID NO (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7. PATIENT'S RELATIONSHIP TO INSURED**
SELF [ ]   SPOUSE [ ]   CHILD [ ]   OTHER [X]

**8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)**

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

**9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**

**10. WAS CONDITION RELATED TO:**

**A. PATIENT'S EMPLOYMENT**
YES [ ]   NO [X]

**B. ACCIDENT**
AUTO [X]   OTHER [ ]

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**

TELEPHONE NO

**11 a. CHAMPUS SPONSOR'S**
STATUS   ACTIVE DUTY RETIRED [ ]   DECEASED [ ]   BRANCH OF SERVICE

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)**
I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW

SIGNED   Signature On File   DATE 04-07-98

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW**
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

**14. DATE OF:**
05-08-97

**ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)**

**15. DATE FIRST CONSULTED YOU FOR THIS CONDITION**
03-13-98

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**
05-08-97

**16 a. IF EMERGENCY CHECK HERE [ ]**

**17. DATE PATIENT ABLE TO RETURN TO WORK**
N/A

**18. DATES OF TOTAL DISABILITY**
FROM N/A   THROUGH N/A

DATES OF PARTIAL DISABILITY
FROM N/A   THROUGH N/A

**19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. Public Health Agency)**

**20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED N/A   DISCHARGED N/A

**21. NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)**
ALLIED REHAB. & THERAPY CLINIC

**22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
YES [ ]   NO [X]   CHARGES

**23. A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE**

1. 723.1 CERVICALGIA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

**B.**
EPSDT   YES [ ]   NO [X]
FAMILY PLANNING   YES [ ]   NO [X]

PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN. PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 04-02-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 04-02-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15.00 | 1 | | |
| 04-02-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40.00 | 1 | | |

**25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)**
Signature On File   04-07-98

**26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
YES [X]   NO [ ]

**27. TOTAL CHARGE**
75.00

**28. AMOUNT PAID**
0.00

**29. BALANCE DUE**
75.00

**30. YOUR SOCIAL SECURITY NO.**
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

**31. PHYSICIAN'S, SUPPLIERS AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX  78586   601205B
(956) 412-8870   4366373
D. 457-2160760-001   LIC# 4498

**32. YOUR PATIENT'S ACCOUNT NO.**
31210000

**33. YOUR EMPLOYER ID NO**
74-2676565

REMARKS

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press  1-800-328-2179

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

# HEALTH INSURANCE CLAIM FORM

FORM APPROVED
OMB NO. 0938-0008

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

| ☐ MEDICARE (MEDICARE NO.) | ☐ MEDICAID (MEDICAID NO.) | ☐ CHAMPUS (SPONSOR'S SSN) | ☐ CHAMPVA (VA FILE NO.) | ☐ FECA BLACK LUNG (SSN) | ☒ OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

| 1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) | 2 PATIENT'S DATE OF BIRTH | 1a INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) |
|---|---|---|
| ELDERKIN, RITA | 07  19  52 | |

| 4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE) | 5 PATIENT'S SEX | 6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS) |
|---|---|---|
| 2922 ENCINO DRIVE HARLINGEN, TX  785 USA (956) 428-4349 | MALE ☐  FEMALE ☒ | 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 |

TELEPHONE NO.

| 7 PATIENT'S RELATIONSHIP TO INSURED | 8 INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.) |
|---|---|
| SELF ☐  SPOUSE ☐  CHILD ☐  OTHER ☐ | ☐ INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN |

| 9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER) | 10 WAS CONDITION RELATED TO | 11 INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|---|
| | A PATIENT'S EMPLOYMENT  YES ☐  NO ☒ | TELEPHONE NO. |
| | B ACCIDENT  AUTO ☒  OTHER ☐ | 11a CHAMPUS SPONSOR'S |

11a STATUS  ☐ ACTIVE DUTY RETIRED  ☐ DECEASED    BRANCH OF SERVICE

| 12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW | 13 I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW |
|---|---|
| SIGNED  Signature On File   DATE 04-14-98 | Signature On File  SIGNED (INSURED OR AUTHORIZED PERSON) |

## PHYSICIAN OR SUPPLIER INFORMATION

| 14 DATE OF: ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15 DATE FIRST CONSULTED YOU FOR THIS CONDITION | 16 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES | 16a IF EMERGENCY CHECK HERE |
|---|---|---|---|
| 05-08-97 ◄ | 03-13-98 | 05-08-97 | |

| 17 DATE PATIENT ABLE TO RETURN TO WORK | 18 DATES OF TOTAL DISABILITY | DATES OF PARTIAL DISABILITY |
|---|---|---|
| N/A | FROM N/A  THROUGH N/A | FROM N/A  THROUGH N/A |

| 19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY) | 20 FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES |
|---|---|
| | ADMITTED N/A  DISCHARGED N/A |

| 21 NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE) | 22 WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE? |
|---|---|
| ALLIED REHAB. & THERAPY CLINIC | YES ☐  NO ☒  CHARGES |

23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE    B

1. 723.1 CERVICALGIA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

| EPSDT | YES ☐ | NO ☒ |
|---|---|---|
| FAMILY PLANNING | YES ☐ | NO ☒ |

PRIOR AUTHORIZATION NO.

| 24 DATE OF SERVICE FROM | TO | B PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 04-06-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | | | |
| 04-06-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | | | |
| 04-06-98 | | 11 | 97024 | DIATHERMY | 12 | 20 00 | | | |
| 04-06-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | | | |
| 04-06-98 | | 11 | 97110 | KINETIC ACTIVITIES | 34 | 40 00 | | | |
| 04-07-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | | | |
| 04-07-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | | | |
| 04-07-98 | | 11 | 97024 | DIATHERMY | 12 | 20 00 | | | |
| 04-07-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | | | |
| 04-07-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40 00 | | | |
| 04-09-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | | | |
| 04-09-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | | | |

| 25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF) | 26 ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK) | 27 TOTAL CHARGE | 28 AMOUNT PAID | 29 BALANCE DUE |
|---|---|---|---|---|
| | YES ☒  NO ☐ | 270 00 | 0.00 | 270.0 |

30 YOUR SOCIAL SECURITY NO.

Signature On File   04-14-98   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

| 32 YOUR PATIENT'S ACCOUNT NO. | 33 YOUR EMPLOYER ID NO |
|---|---|
| 31210000 | 74-2676565 |

| 31 PHYSICIAN'S, SUPPLIERS AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. |
|---|
| ALLIED REHAB & THERAPY CLINIC 992 S. 77 SUNSHINE STRIP HARLINGEN, TX  78586   601205 (956) 412-8870        4366373 10 457-2160760-001   LIC# 4498 |

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 · Medical Arts Press 1-800-328-2179

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

# HEALTH INSURANCE CLAIM FORM
### (CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| ☐ MEDICARE (MEDICARE NO.) | ☐ MEDICAID (MEDICAID NO.) | ☐ CHAMPUS (SPONSOR'S SSN) | ☐ CHAMPVA (VA FILE NO.) | ☐ FECA BLACK LUNG (SSN) | ☒ OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
ELDERKIN, RITA

**2 PATIENT'S DATE OF BIRTH**
0/ | 19 | 52

**3 INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

**4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
2922 ENCINO DRIVE
HARLINGEN, TX  /85 USA
(956) 428-4349
TELEPHONE NO

**5 PATIENT'S SEX**
☐ MALE   ☒ FEMALE

**6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7 PATIENT'S RELATIONSHIP TO INSURED**
☐ SELF   ☐ SPOUSE   ☐ CHILD   ☒ OTHER

**8 INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)**
☐ INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

**9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**

**10 WAS CONDITION RELATED TO**

A PATIENT'S EMPLOYMENT
☐ YES   ☒ NO

B. ACCIDENT
☐ AUTO   ☐ OTHER

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**

TELEPHONE NO.

**11 a.   CHAMPUS SPONSOR'S**
STATUS   ☐ ACTIVE DUTY   ☐ RETIRED   ☐ DECEASED   BRANCH OF SERVICE

**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)**
I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW

SIGNED  Signature On File   DATE 04-14-98

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW**
Signature On File

SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

**14. DATE OF:**
05-08-97
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

**15. DATE FIRST CONSULTED YOU FOR THIS CONDITION**
03-13-98

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**
05-08-97

**16 a. IF EMERGENCY CHECK HERE**
☐

**17. DATE PATIENT ABLE TO RETURN TO WORK**
N/A

**18. DATES OF TOTAL DISABILITY**
FROM N/A   THROUGH N/A

DATES OF PARTIAL DISABILITY
FROM N/A   THROUGH N/A

**19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)**

**20 FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED N/A   DISCHARGED N/A

**21 NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)**
ALLIED REHAB. & THERAPY CLINIC

**22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
☐ YES   ☒ NO   CHARGES

**23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY RELATE DIAGNOSIS TO COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE**   B
1 723.1 CERVICALGIA
2 729.1 MYOFASCIITIS/MYALGIA SYNDROME
3 724.4 LUMBAR RADICULITIS/RADICULALGIA
4 739.9 SEGMENTAL DYSFUNCTION

EPSDT   ☐ YES   ☒ NO
FAMILY PLANNING   ☐ YES   ☒ NO

PRIOR AUTHORIZATION NO.

| 24 DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 04-09-98 | | 11 | 97024 | DIATHERMY | 12 | 20 00 | 1 | | |
| 04-09-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | 1 | | |
| 04-09-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40 00 | 1 | | |

**25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)**
Signature On File   04-14-98

**26 ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
☒ YES   ☐ NO

**30 YOUR SOCIAL SECURITY NO**
45/-21-60/6

**27 TOTAL CHARGE**
/5100

**28 AMOUNT PAID**
0.00

**29 BALANCE DUE**
/5.00

**31. PHYSICIAN'S, SUPPLIERS OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
ALLIED REHAB & THERAPY CLINIC
992 S. // SUNSHINE STRIP
HARLINGEN, TX  78586   60120
(956) 412-8870   4366273

**32 YOUR PATIENT'S ACCOUNT NO.**
31210000

**33 YOUR EMPLOYER ID NO**
/4-26/6565

ID. 2. 45/-2160760-001   LIC# 449

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press   1-800-328-2179

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

Case 1:01-cv-00055  Document 7  Filed in TXSD on 05/14/2001  Page 85 of 101

# HEALTH INSURANCE CLAIM FORM

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| | MEDICARE (MEDICARE NO) | | MEDICAID (MEDICAID NO.) | | CHAMPUS (SPONSOR'S SSN) | | CHAMPVA (VA FILE NO.) | | FECA BLACK LUNG (SSN) | X | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
ELDERKIN, RITA

2 PATIENT'S DATE OF BIRTH
07  19  52

3 INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
2922 ENCINO DRIVE
HARLINGEN, TX  785 USA
(956) 428-4349
TELEPHONE NO.

5 PATIENT'S SEX
MALE [ ]  FEMALE [X]

6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
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

7 PATIENT'S RELATIONSHIP TO INSURED
SELF [ ] SPOUSE [ ] CHILD [ ] OTHER [X]

8 INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

10 WAS CONDITION RELATED TO
PATIENT'S EMPLOYMENT  YES [ ] NO [X]
ACCIDENT  AUTO [X] OTHER [ ]

11 INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)

TELEPHONE NO.

11a. CHAMPUS SPONSOR'S
STATUS | ACTIVE DUTY RETIRED | DECEASED | BRANCH OF SERVICE

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE ...
SIGNED  Signature On File  DATE 04-21-98

13 I AUTHORIZE PAYMENT OF MEDICAL BENEFITS...
Signature On File

## PHYSICIAN OR SUPPLIER INFORMATION

14 DATE OF: 05-08-97  ILLNESS (FIRST SYMPTOM) OR INJURY

15 DATE FIRST CONSULTED YOU FOR THIS CONDITION 03-13-98

16 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES 05-08-97

16a IF EMERGENCY CHECK HERE

17 DATE PATIENT ABLE TO RETURN TO WORK  N/A
18 DATES OF TOTAL DISABILITY  FROM N/A  THROUGH N/A
DATES OF PARTIAL DISABILITY  FROM N/A  THROUGH N/A

19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

20 FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED N/A  DISCHARGED N/A

21 NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED
ALLIED REHAB. & THERAPY CLINI

22 WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ] NO [X]  CHARGES

23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY...
1 723.1 CERVICALGIA
2 729.1 MYOFASCITIS/MYALGIA SYNDROME
3 724.4 LUMBAR RADICULITIS/RADICULALGIA
4 739.9 SEGMENTAL DYSFUNCTION

EPSDT YES [ ] NO [X]
FAMILY PLANNING YES [ ] NO [X]
PRIOR AUTHORIZATION NO.

| 24 DATE OF SERVICE FROM | TO | B PLACE OF SERVICE | C PROCEDURE CODE | (EXPLAIN UNUSUAL SERVICES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G T.O.S | H |
|---|---|---|---|---|---|---|---|---|---|
| 04-13-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | 1 | | |
| 04-13-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | 1 | | |
| 04-13-98 | | 11 | 97024 | DIATERMY | 12 | 20 00 | 1 | | |
| 04-13-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | 1 | | |
| 04-13-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40 00 | 1 | | |
| 04-14-98 | | 11 | 99213 | OFFICE VISIT | 1234 | 35 00 | 1 | | |
| 04-14-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | 1 | | |
| 04-14-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | 1 | | |
| 04-14-98 | | 11 | 97024 | DIATERMY | 12 | 20 00 | 1 | | |
| 04-14-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | 1 | | |
| 04-14-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40 00 | 1 | | |
| 04-14-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | 1 | | |

25 SIGNATURE OF PHYSICIAN OR SUPPLIER
Signature On File  04-21-98

26 ACCEPT ASSIGNMENT  YES [X] NO [ ]

27 TOTAL CHARGE 280 00
28 AMOUNT PAID 0.00
29 BALANCE DUE 280 00

30 YOUR SOCIAL SECURITY NO. 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

31 PHYSICIAN'S, SUPPLIERS OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX 78586
(956) 412-8870  4366 3/3
D # 457-2160760-001  LIC# 4498

32 YOUR PATIENT'S ACCOUNT NO. 31210000
33 YOUR EMPLOYER ID NO 74-2676565

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK
REMARKS

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press 1-800-328-2179

# HEALTH INSURANCE CLAIM FORM

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | [X] OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
ELDERKIN, RITA

2. PATIENT'S DATE OF BIRTH
07  19  52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
2922 ENCINO DRIVE
HARLINGEN, TX  785 USA
(956) 428-4349
TELEPHONE NO.

5. PATIENT'S SEX
MALE [ ]   FEMALE [X]

7. PATIENT'S RELATIONSHIP TO INSURED
SELF [ ]  SPOUSE [ ]  CHILD [ ]  OTHER [X]

6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
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

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)
[ ] INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

10. WAS CONDITION RELATED TO
A. PATIENT'S EMPLOYMENT  YES [ ]  NO [X]
B. ACCIDENT  AUTO [X]  OTHER [ ]

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
TELEPHONE NO.

11 a.  CHAMPUS SPONSOR'S
STATUS  ACTIVE DUTY [ ]  RETIRED [ ]  DECEASED [ ]  BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW

SIGNED  Signature On File   DATE  04-21-98

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF:
05-08-97
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION
03-13-98

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES
05-08-97

16 a. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK
N/A

18. DATES OF TOTAL DISABILITY
FROM  N/A   THROUGH  N/A

DATES OF PARTIAL DISABILITY
FROM  N/A   THROUGH  N/A

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED  N/A   DISCHARGED  N/A

21. NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)
ALLIED REHAB. & THERAPY CLINIC

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ]  NO [X]  CHARGES

23. A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN C BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE

1. 723.1 CERVICALGIA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

B
EPSDT  YES [ ]  NO [X]
FAMILY PLANNING  YES [ ]  NO [X]

PRIOR AUTHORIZATION NO.

| 24. A DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C PROCEDURE CODE (IDENTIFY) | FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 04-16-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | 1 | | |
| 04-16-98 | | 11 | 97024 | DIATHERMY | 12 | 20 00 | 1 | | |
| 04-16-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | 1 | | |
| 04-16-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40 00 | 1 | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)
Signature On File   04-21-98

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES [ ]  NO [ ]

27. TOTAL CHARGE
100 00

28. AMOUNT PAID
0.00

29. BALANCE DUE
100.00

30. YOUR SOCIAL SECURITY NO.
4 7-21-6076

31. PHYSICIAN'S, SUPPLIERS OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX  78586  601-09
(956) 412-8870          436-6373

YOUR PATIENT'S ACCOUNT NO.
110000

33. YOUR EMPLOYER ID NO.
7 -2676565

ID  457-2160760-001   LIC # 4498

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 · Medical Arts Press  1-800-328-2179

# HEALTH INSURANCE CLAIM FORM

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER X (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
ELDERKIN, RIT

2. PATIENT'S DATE OF BIRTH
07  19  52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4. PATIENT'S ADDRESS (STREET, CITY, STATE) ZIP CODE
2922 ENCINO D  VE
HARLINGEN, TX  785 USA
(956) 428-434

TELEPHONE NO.

5. PATIENT'S SEX
MALE ☐   FEMALE X

6. INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
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

7. PATIENT'S RELATIONSHIP TO INSURED
SELF ☐   SPOUSE ☐   CHILD ☐   OTHER X

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO)

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

10. WAS CONDITION RELATED TO

A PATIENT'S EMPLOYMENT
YES ☐   NO X

B ACCIDENT
AUTO X   OTHER ☐

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)

TELEPHONE NO

11 a.   CHAMPUS SPONSOR'S
STATUS   ACTIVE DUTY RETIRED ☐   DECEASED ☐   BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)
I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW

SIGNED   Signature On File   DATE 04-28-98

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW
Signature On File

SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF:
05-08-97
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION
03-13-98

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES
05-08-97

16 a. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK
N/A

18. DATES OF TOTAL DISABILITY
FROM N/A   THROUGH N/A

DATES OF PARTIAL DISABILITY
FROM N/A   THROUGH N/A

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED N/A   DISCHARGED N/A

21. NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)
ALLIED REHAB. THERAPY CLINIC

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES ☐   NO X   CHARGES

23 A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE

1. 723.1 CERVICAL IA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

B
EPSDT   YES ☐   NO X
FAMILY PLANNING   YES ☐   NO X

PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM | TO | B PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | CHARGES | F DAYS OR UNITS | G T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 04-20-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | | | |
| 04-20-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | | | |
| 04-20-98 | | 11 | 97024 | DIATHERMY | 12 | 20 00 | | | |
| 04-20-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | | | |
| 04-20-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40 00 | | | |
| 04-21-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15 00 | | | |
| 04-21-98 | | 11 | 97124 | MASSAGE | 1234 | 25 00 | | | |
| 04-21-98 | | 11 | 97024 | DIATHERMY | 12 | 20 00 | | | |
| 04-21-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15 00 | | | |
| 04-21-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40 00 | | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREES OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)

Signature On File   04-28-98

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES X   NO ☐

30. YOUR SOCIAL SECURITY NO
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

27. TOTAL CHARGE
230 00

28. AMOUNT PAID
0.00

29. BALANCE DUE
230.00

31. PHYSICIAN'S, SUPPLIERS OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX  78586  601205
(956) 412-8870   436637?

32. YOUR PATIENT'S ACCOUNT NO
1 210000

33. YOUR EMPLOYER ID NO
74-2676565

ID NO 457-2160760-001   LIC# 449

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press  1-800-328-2179

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

# HEALTH INSURANCE CLAIM FORM

FORM APPROVED
OMB NO 0938-0008

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO ) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO ) | FECA BLACK LUNG (SSN) | [X] OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
ELDERKIN, RITA

**2 PATIENT'S DATE OF BIRTH**
07 | 19 | 52

**3 INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

**4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
2922 ENCINO DRIVE
HARLINGEN, TX   785 USA
(956) 428-4349
**TELEPHONE NO.**

**5 PATIENT'S SEX**
MALE [ ]   FEMALE [X]

**6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7 PATIENT'S RELATIONSHIP TO INSURED**
SELF [ ]  SPOUSE [ ]  CHILD [ ]  OTHER [X]

**8 INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO )**
[ ] INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

**9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**

**10 WAS CONDITION RELATED TO**
A. PATIENT'S EMPLOYMENT  YES [ ]  NO [X]
B. ACCIDENT  AUTO [X]  OTHER [ ]

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
TELEPHONE NO.

**11 a. CHAMPUS SPONSOR'S**
STATUS  ACTIVE DUTY RETIRED [ ]  DECEASED [ ]  BRANCH OF SERVICE

**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)** I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW
SIGNED Signature On File   DATE 05-06-98

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW**
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

**14 DATE OF:**
05-08-97
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

**15. DATE FIRST CONSULTED YOU FOR THIS CONDITION**
03-13-98

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**
05-08-97

**16 a. IF EMERGENCY CHECK HERE** [ ]

**17. DATE PATIENT ABLE TO RETURN TO WORK**
N/A

**18. DATES OF TOTAL DISABILITY**
FROM N/A  THROUGH N/A

**DATES OF PARTIAL DISABILITY**
FROM N/A  THROUGH N/A

**19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)**

**20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED N/A  DISCHARGED N/A

**21 NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)**
ALLIED REHAB. & THERAPY CLINIC

**22 WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
YES [ ]  NO [X]  CHARGES

**23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE**
1. 723.1 CERVICALGIA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

**B**
EPSDT  YES [ ]  NO [X]
FAMILY PLANNING  YES [ ]  NO [X]
PRIOR AUTHORIZATION NO.

| 24 A DATE OF SERVICE FROM | TO | B PLACE OF SERVICE | C PROCEDURE CODE (IDENTIFY) | FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 04-23-98 | | 11 | 99213 | OFFICE VISIT | 1234 | 35.00 | 1 | | |
| 04-23-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 04-23-98 | | 11 | 97124 | MASSAGE | 1234 | 25.00 | 1 | | |
| 04-23-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 04-23-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15.00 | 1 | | |
| 04-23-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40.00 | 1 | | |

**25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)**
Signature On File   05-06-98

**26 ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
YES [X]  NO [ ]

**27 TOTAL CHARGE**
150.00

**28 AMOUNT PAID**
0.00

**29 BALANCE DUE**
150.00

**30 YOUR SOCIAL SECURITY NO.**
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

**31 PHYSICIAN'S, SUPPLIERS OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX  78586   601205
(956) 412-8870   43663/3

**32 YOUR PATIENT'S ACCOUNT NO**
31210000

**33 YOUR EMPLOYER ID NO.**
74-2676565

ID#457-2160760-001   LIC# 4498

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

**REMARKS**
*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press  1-800-328-2179

# HEALTH INSURANCE CLAIM FORM
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | [X] OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1 PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
ELDERKIN, RITA

**2 PATIENT'S DATE OF BIRTH**
07 | 19 | 52

**3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**

**4 PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
2922 ENCINO DRIVE
HARLINGEN, TX  785 USA
(956) 428-4349
TELEPHONE NO

**5 PATIENT'S SEX**
MALE [ ]   [X] FEMALE

**6 INSURED'S ID NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
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

**7 PATIENT'S RELATIONSHIP TO INSURED**
SELF [ ]  SPOUSE [ ]  CHILD [ ]  OTHER [X]

**8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)**
INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN [ ]

**9 OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**

**10 WAS CONDITION RELATED TO**

A PATIENT'S EMPLOYMENT
YES [ ]   [X] NO

8 ACCIDENT
AUTO [X]   OTHER [ ]

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**

TELEPHONE NO.

**11 a.   CHAMPUS SPONSOR'S**
STATUS   ACTIVE DUTY [ ]  DECEASED [ ]  RETIRED [ ]   BRANCH OF SERVICE

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING)**
I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW

SIGNED   Signature On File   DATE 05-05-98

**13 I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW**
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

**14 DATE OF**
05-08-97

**15 ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)**

**15 DATE FIRST CONSULTED YOU FOR THIS CONDITION**
03-13-98

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**
05-08-97

**16 a IF EMERGENCY CHECK HERE**

**17. DATE PATIENT ABLE TO RETURN TO WORK**
N/A

**18. DATES OF TOTAL DISABILITY**
FROM N/A   THROUGH N/A

**DATES OF PARTIAL DISABILITY**
FROM N/A   THROUGH N/A

**19 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)**

**20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED   DISCHARGED N/A

**21 NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)**
ALLIED REHAB. & THERAPY CLINIC

**22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
YES [ ]  [X] NO   CHARGES

**23 A DIAGNOSIS OR NATURE OF ILLNESS OR INJURY RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC OR DX CODE**

1  /723.1 CERVICALGIA
2  /729.1 MYOFASCITIS/MYALGIA SYNDROME
3  /724.4 LUMBAR RADICULITIS/RADICULALGIA
4  /739.9 SEGMENTAL DYSFUNCTION

B

EPSDT   YES [ ]  [X] NO
FAMILY PLANNING   YES [ ]  [X] NO

PRIOR AUTHORIZATION NO.

| 24 DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN — PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 04-29-98 | | 11 | 97014 | ELECTRICAL STIMULATIO | 1234 | 15.00 | 1 | | |
| 04-29-98 | | 11 | 97124 | MASSAGE | 1234 | 25.00 | 1 | | |
| 04-29-98 | | 11 | 97024 | DIATHERMY | 12 | 20.00 | 1 | | |
| 04-29-98 | | 11 | 97010 | HOT/COLD PACK TREATME | 34 | 15.00 | 1 | | |
| 04-29-98 | | 11 | 97110 | KINETIC ACTIVITIES | 1234 | 40.00 | 1 | | |

**25 SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)**
Signature On File   05-05-98

**26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
YES [X]   NO [ ]

**30 YOUR SOCIAL SECURITY NO**
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

**27 TOTAL CHARGE**
115.00

**28. AMOUNT PAID**
0.00

**29 BALANCE DUE**
115.00

**31 PHYSICIAN'S, SUPPLIERS AND OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX  78586   601205
(956) 412-8870   43663/3
457-2160760-001   LIC# 4498

**32 PATIENT'S ACCOUNT NO**
10000

**33 YOUR EMPLOYER ID NO**
74-2676565

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

*PLACE   SERVICE AND TYPE OF SERVICE (T O S) CODES ON BACK
REMARKS

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press   1-800-328-2179

# HEALTH INSURANCE CLAIM FORM

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) | OTHER [X] (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
ELDERKIN, RITA

2. PATIENT'S DATE OF BIRTH
07   19   52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
2922 ENCINO DRIVE
HARLINGEN, TX   785 USA
(956) 428-4349
TELEPHONE NO.

5. PATIENT'S SEX:
MALE [ ]   FEMALE [X]

6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
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

7. PATIENT'S RELATIONSHIP TO INSURED
SELF [ ]   SPOUSE [ ]   CHILD [ ]   OTHER [X]

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

10. WAS CONDITION RELATED TO

A. PATIENT'S EMPLOYMENT
YES [ ]   NO [X]

B. ACCIDENT
AUTO [X]   OTHER [ ]

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)

TELEPHONE NO.

11 a.   CHAMPUS SPONSOR'S
STATUS   ACTIVE DUTY [ ]   RETIRED [ ]   DECEASED [ ]   BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW

SIGNED   Signature On File   DATE 05-19-98

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW
Signature On File
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF:
05-08-97
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION
03-13-98

16. IF ILLNESS HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES
05-08-97

16 a. IF EMERGENCY CHECK HERE [ ]

17. DATE PATIENT ABLE TO RETURN TO WORK
N/A

18. DATES OF TOTAL DISABILITY
FROM N/A   THROUGH N/A

DATES OF PARTIAL DISABILITY
FROM N/A   THROUGH N/A

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED N/A   DISCHARGED N/A

21. NAME & ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)
ALLIED REHAB. & THERAPY CLINIC

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ]   NO [X]   CHARGES

23. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC. OR DX CODE

1. 723.1 CERVICALGIA
2. 729.1 MYOFASCITIS/MYALGIA SYNDROME
3. 724.4 LUMBAR RADICULITIS/RADICULALGIA
4. 739.9 SEGMENTAL DYSFUNCTION

B

EPSDT   YES [ ]   NO [X]
FAMILY PLANNING   YES [ ]   NO [X]

PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM | TO | B* PLACE OF SERVICE | C FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN — PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D DIAGNOSIS CODE | E CHARGES | F DAYS OR UNITS | G* T.O.S. | H LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 05-13-98 | | 11 | 99211 | LIMITED EXAM | 1234 | 35.00 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)

Signature On File   05-19-98

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES [X]   NO [ ]

30. YOUR SOCIAL SECURITY NO.
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

27. TOTAL CHARGE
35.00

28. AMOUNT PAID
0.00

29. BALANCE DUE
35.00

31. PHYSICIAN'S, SUPPLIERS OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
ALLIED REHAB & THERAPY CLINIC
992 S. 77 SUNSHINE STRIP
HARLINGEN, TX  78586
(956) 412-8870
I.D. NO. 457-2160760-001   LIC# 9893

32. YOUR PATIENT'S ACCOUNT NO.
1210000

33. YOUR EMPLOYER I.D. NO.
74-2676565

REMARKS

*PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON BACK

APPROVED BY AMA COUNCIL ON MEDICAL SERVICES 6/83

Form HCFA-1500 (1-84); Form OWCP-1500; Form CHAMPUS-501 (1-84); Form RRB-1500
#30189 - Medical Arts Press  1-800-328-2179

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 91 of 101

```
DAMAGE REPORT                                    SALINAS
05/16/97 at 14:06                                D.R. 41405-0000022
                                                 Est: Not On File.

      KNAPP CHEVROLET HARLINGEN INC.
               KNAPP CHEVROLET BODY SHOP
                      117 E. TYLER
                 HARLINGEN, TX  78550-
                    (210) 412-5440-427

Owner:   RITA SALINAS                Day Phone: (210) 428-4349-
Address: 2922 ECINO DR                Other Ph: (   )    -    -
         HARLIGEN TX 78550          Deductible: $  N/A

Insurance Co.:                          Phone:
    Claim No.:                 Adj.:

86 CHEV CAVALIER CS 4D SED BLUE   4-2.0L-FI
Vin: 1G1JD69P0GK166960   License: MTN92Z   TX Prod Date:  0/ 0 Odometer:   186530

Power brakes           Body side moldings        Bumper guards
Bucket seats           Styled steel wheels
---------------------------------------------------------------------------
                                            PART
NO.     OP.    DESCRIPTION OF DAMAGE    QTY  COST  LABOR PAINT    MISC
---------------------------------------------------------------------------
 1             QUARTER PANEL
 2*     Repl   LKQ RT Qrtr pnl ctr  +25% 1   0.00
 3*     Repr   RT Wheelhouse outer       1   0.00
 4      Repl   RT Molding wheel opening brigh 1  25.25  0.3  0.0
 5      Repl   RT Molding rear grey      1  58.25  0.2  0.0
 6             ROOF & BACK GLASS
 7*     Repr   Roof panel w/o sun roof   1   0.00
 8             REAR DOOR
 9*     Repr   RT Door shell sedan       1   0.00
10             Overlap Major Adjacent Panel 1  0.00  0.0 -0.4
11      Repl   RT Molding side grey      1  65.00  0.3  0.0
12*     Repr   FRAME SET AN PULL         1   0.00
13*     Refin  CLEARCOAT AND BLEND       1   0.00  0.0
---------------------------------------------------------------------------
                       Subtotals   ===>    148.50 20.8  8.5   312.50
```

Page:   1

Case 1:01-cv-00055    Document 7    Filed in TXSD on 05/14/2001    Page 92 of 101

05/16/97 at 14:06

D.R. 41405-0000022
Est: Not On File.

KNAPP CHEVROLET HARLINGEN INC.
KNAPP CHEVROLET BODY SHOP
117 E. TYLER
HARLINGEN, TX  78550-
(210) 412-5440-427

```
Parts                                       148.50
Body  Labor     19.3 units @ $28.00         540.40
Paint Labor      8.5 units @ $28.00         238.00
Paint/Materials  8.5 units @ $18.00         153.00
Frame Labor      1.5 units @ $35.00          52.50
Sublet/Misc                                 312.50
-----------------------------------------------------
SUBTOTAL                            $       1444.90
Tax on $   614.00 at  8.2500%                 50.66
-----------------------------------------------------
GRAND TOTAL                         $       1495.56
-----------------------------------------------------

INSURANCE PAYS                      $       1495.56
```

Estimate based on MOTOR CRASH ESTIMATING GUIDE. Non-asterisk(*) items are de
Double asterisk(**) items indicate part supplied by a supplier other
CAPA items have been certified for fit and finish by the Ce
EZEst - A product of CCC Information Servi

September 1, 1999

To Whom It May Concern:

Rita Elderkin worked in my home from December 1994 through October 1997. Her duties included housekeeping and childcare at an hourly rate of $6.00.

Throughout these years she was a hardworking, self-motivating, trustworthy, and pleasant employee. Unfortunately, once her accident happened she began to have progressively worse back pain. Consequently, she had to slow her work pace. Then it became too difficult for her to work at all and she had to quit.

Hopefully this letter will help clarify her situation.

Sincerely,

Ann Bassett
3333 Clifford Drive
Harlingen, TX 78550
(956) 423-4233

# JANICE A. CASSIDY, P. C.
## *Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

March 3, 2000

Rosie L. Salinas, Claims Adjuster
State Farm Mutual Automobile Insurance Companies
P. O. Box 531768
Harlingen, TX 78553

In re:   Your Insured and Claimant:   Rita B. Salinas a/k/a Elderkin
         Claim No. 53-C011-546        D/injury:      5/8/97

Dear Ms. Salinas:

Please be advised that TIG, the third party carrier, has tendered its policy limits in settlement of the above matter.     Demand is made that you immediately tender the underinsured motorist coverage limits of $20,000 in this cause.

You will recall that a compilation of medical expenses and lost wages was forwarded to you on October 26, 1999.   It is obvious that your insured's claim is worth in excess of $40,000 given her medical expenses, loss of income and continuing pain, suffering and disability, nearly three (3) years post-accident.

Kindly forward payment of the policy limits by return mail.

Thanking you, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml
Sent via facsimile 427-8216 and regular mail

# JANICE A. CASSIDY, P. C.

## *Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0668

November 27, 2000

Rosie L. Salinas, Claims Adjuster
State Farm Mutual Automobile Insurance Companies
P. O. Box 531768
Harlingen, TX 78553

In re:    Your Insured and Claimant:    Rita B. Salinas a/k/a Elderkin
          Claim No. 53-C011-546          D/injury:        5/8/97

Dear Ms. Salinas:

Please find enclosed a medical report dated November 9, 2000 together with a Letter of Medical Necessity from Jorge E. Tijmes, M. D. referable to his examination of your insured and my client, Rita B. Salinas a/k/a Elderkin.

As you can see from the enclosure, Ms. Elderkin is a candidate for both cervical and lumbar surgery at a combined estimated cost of just under $50,000.00.

You now have in your possession more than sufficient documentation to enable you to tender the policy limits of your insured's underinsured motorist benefits. There is no question that your insured's claim is worth in far in excess of $40,000, the aggregate of benefits paid by the third party carrier and the limits of her policy with your company.

Failure to tender your policy limits will result in litigation for breach of good faith and fair dealing for failure to provide coverage for which the insured paid with an expectation of coverage in the event that she was in need of it.

Looking forward to hearing from you, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

*Janice A. Cassidy*

JANICE A. CASSIDY

JAC:mml
encl.
Sent via regular mail and facsimile (956) 427-3416



# Southern Bone & Joint Center Associates

A PROFESSIONAL CORPORATION

## Jorge E. Tijmes, M.D.

DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

November 9, 2000

Janice A. Cassidy, Attorney at Law
550 North Sam Houston Boulevard
P.O. Box 592
San Benito, Texas  78586

RE:                              INITIAL VISIT

| | |
|---|---|
| PATIENT: | Rita Elderkin |
| CASE: | 8826 |
| D/BIRTH: | 07/19/52 |
| SS#: | 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 |
| D/INJURY: | 05/08/97 |

Dear Ms. Cassidy,

The patient is a 48-year-old female who was involved in a motor vehicle accident on 05/08/97. At that time, she was driving her car and was wearing her seat belt when another car ran a stop light and hit her on the passenger. She denies any loss of consciousness. A police report was taken and the patient was not taken to the emergency room. The patient states that on the following day, she was very nervous and had sleep impairment, as well as pain to bilateral lower extremities, especially to her feet. She states she was also experiencing pain to her lower back and neck areas. She saw Dr. Garza in San Benito who took x-rays and referred the patient for an MRI. The patient also underwent physical therapy with Dr. Bendix. The patient has been taking over the counter medications and states that since 1997, she has only been taking medications with no physical therapy.

Currently, the patient is complaining of pain to the cervical spine which radiates to her left shoulder and is accompanied with numbness and tingling sensations to her left hand. She is referring pain to her lumbar spine which is accompanied with numbness to the left foot.

PAST MEDICAL HISTORY: Hypertension being treated by Dr. Aguilar.
Allergies: Several foods.
Medications: Ibuprofen 800 mg. 3 times per day as prescribed by Dr. Garza.
Surgical History. Hysterectomy three years ago.
Social History: Denies smoking but drinks socially. Patient is divorced with one child.

continued. . . . . . . . . . . .
RE:   Rita Elderkin

PHYSICAL EXAMINATION: Height: 4 feet, 11 inches. Weight: 135 lbs. HEAD: Normocephalic. EENT: Normal. NECK: There is tenderness and paravertebral muscle spasms palpated bilaterally. Range of motion is within normal limits, but painful at extremes. UPPER EXTREMITIES: Both shoulders, both elbows and both wrists are within normal limits. Normal ranges of motion to both shoulders, elbows and wrists. Reflexes at biceps, triceps, extensor carpi ulnaris and extensor carpi radialis are normal. Muscle strength to extensor carpi radialis, extensor carpi ulnaris, extensor pollicis longus and flexors is normal. Distal sensation and circulation are normal. UPPER BACK: Normal. Paravertebral muscle palpation is supple. No trigger points are palpated. LOW BACK: There is tenderness and mild paravertebral muscle spasms palpated bilaterally. Range of motion is 0-60° forward flexion. Straight leg raising is positive bilaterally at 80°. LOWER EXTREMITIES. Both hips, both knees and both ankles are within normal limits. Distal sensation and circulation are normal. Reflexes are normal, equal and reactive. Muscle testing at extensor hallucis longus, anterior tibial, extensor hallucis communis, extensor digitorum communis, and gastrocnemius is normal.

X-rays of the cervical spine in five different views reveals seven cervical vertebral bodies. There is straightening of the cervical lordosis due to muscle spasms. There are no fractures, dislocations or subluxations seen.

X-rays of the lumbar spine in five different views reveals five lumbar vertebral bodies. The intervertebral disc height between L4-L5 is decreased. There are no fractures nor osteoarthritic changes noted.

I personally reviewed the MRI of the cervical spine taken on 07/28/97 which revealed a large 5 mm posterior central disc herniation at C4-C5 with disc material coming in contact with the ventral aspects of the cervical spinal cord resulting in mild central spinal canal stenosis. There is also moderate degenerative spondylosis at C3-C4 with prominent posterolateral vertebral body osteophyte formation which comes in contact with the anterolateral portions of the cervical spinal cord. There is also loss of normal cervical lordosis due to muscle spasms.

I also reviewed the MRI of the cervical spine taken on 07/31/97 which revealed a 5 mm left lateral/foraminal disc herniation at L3-L4 with disc material markedly encroaching upon the inferior aspect of the neuroforamen, coming in contact with the infereior portion of the exiting left L3 nerve root. There is also a mild 2 mm right lateral/foraminal disc protrusion at this level. There is disc desiccation and degeneration at L4-L5.

DIAGNOSIS:       NECK PAIN
                 LOW BACK PAIN
                 HNP CERVICAL SPINE
                 HNP LUMBAR SPINE

PLAN: Patient is to continue with medications in the form of Celebrex and Ultram. She would

Case 1:01-cv-00055   Document 7   Filed in TXSD on 05/14/2001   Page 98 of 101

continued. . . . . . . . . . . .
RE:    Rita Elderkin

benefit from the use of a TENS unit device.  She is a candidate for cervical and lumbar surgery.
Patient is to return in four weeks.  Patient has been educated regarding her pathology.

Sincerely yours

_Jorge E. Tijmes, M.D._  M.D.

JET/xg

cc:    Raul Garza, M.D.
       400 W. 77 Sunshine Strip
       San Benito, Texas  78586

THIS LETTER HAS BEEN DICTATED BY
JORGE E. TIJMES. M.D. BUT NOT
READ AND IS SUBJECT TO DICTATION
AND TRANSCRIPTION VARIANCE

Case 1:01-cv-00055  Document 7  Filed in TXSD on 05/14/2001  Page 99 of 101



Southern Bone & Joint Center Associates

A PROFESSIONAL CORPORATION

## Jorge E. Tijmes, M.D.
DIPLOMATE OF AMERICAN BOARD OF ORTHOPAEDIC SURGERY
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGERY
MEMBER OF NORTH AMERICAN SPINE SOCIETY

P. O. Box 6209
McAllen, Texas 78502

Phone: (956) 687-2032
Fax: (956) 687-2761

November 9, 2000

Janice A. Cassidy, Attorney at Law
550 North Sam Houston Boulevard
P.O. Box 592
San Benito, Texas  78586

RE:                        LETTER OF MEDICAL NECESSITY

PATIENT:    Rita Elderkin
CASE:       8826
D/BIRTH:    07/19/52
SS#:        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
D/INJURY:   05/08/97

Dear Ms. Cassidy,

As you are aware, Ms. Elderkin was involved in a motor vehicle accident on 05/08/97, at which time, she severely injured her neck and lower back.  She has been undergoing conservative treatment under the care of Dr. Garza in the form of physical therapy and oral medications.  Unfortunately, the patient's symptomatology persists.  The patient has undergone x-rays of the cervical spine which reveal straightening of the cervical spine due to muscles spasms.  X-rays of the lumbar spine reveals a decrease in intervertebral disc height between L4-L5.  There are no fractures, dislocations or subluxations seen.  There are no osteoarthritic changes noted.

The patient has also undergone an MRI of the cervical spine on 07/28/97 which revealed a 5 mm posterior central disc herniation at C4-C5 which does come in contact with the ventral aspects of the cervical spinal cord resulting in mild central spinal canal stenosis.  There is also degenerative spondylosis at C3-C4 with prominent posterolateral vertebral body osteophyte formation which comes in contact with the anterolateral portions of the cervical spinal cord.  MRI of the lumbar spine done on 07/31/97 reveals a 5 mm left lateral/foraminal disc herniation at L3-L4 with disc material markedly encroaching upon the inferior aspect of the neuroforamen, coming in contact with the inferior portion of the exiting left L3 nerve root.  There is also a mild 2 mm right lateral/foraminal disc protrusion at this level.

I believe this patient is a candidate for cervical and lumbar surgery.  The lumbar surgery fees are as follows:

continued. . . . . . . . . . . . .
RE:   Rita Elderkin

This procedure is done on an inpatient basis and will require 3 - 5 days in the hospital costing
$1,000.00 a day for the hospital room.  General anesthesia will cost an average of $1,000.00, and
the surgeon's fee is $10,000.000.  The operating room suite $3,000.00 and post operative therapy
is about $7,000.00.

The cervical procedure is also done on an inpatient basis and will require 3-5 days in the hospital
costing $1,000.00 a day for the hospital room.  General anesthesia will cost an average of
$1,000.00.  Surgeon's fee is $10,000.00 and operating room suite $3,000.00.  The cervical Lido
brace has a cost of $1,200.00, and post operative therapy is about $7,000.00.

There is reasonable medical probability that these injuries were sustained due to the motor vehicle
accident which occurred on 05/08/97.

Sincerely yours

Jorge E. Tijmes, M.D.

THIS LETTER HAS BEEN DICTATED BY
JORGE E. TIJMES, M.D. BUT NOT
READ AND IS SUBJECT TO DICTATION
AND TRANSCRIPTION VARIANCE

JET/xg

```
┌─────────────────────┐
│   ACTIVITY REPORT   │
└─────────────────────┘
```

TIME : 11/27/2000 08:00

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|--|
| #44 | 11/20 | 12:34 | 19569719451 | 25 | 01 | OK | TX | |
| #45 | 11/20 | 12:54 | 19565198313 | 38 | 01 | OK | TX | ECM |
|     | 11/20 | 13:27 | 9563990951 | 15 | 01 | OK | RX | ECM |
| #46 | 11/20 | 15:41 | 19565424370 | 58 | 03 | OK | TX | ECM |
|     | 11/20 | 16:09 | | 03:09 | 05 | OK | RX | ECM |
| #48 | 11/20 | 16:42 | 17136272011 | 01:57 | 02 | OK | TX | ECM |
| #49 | 11/20 | 16:57 | 4231670 | 04:16 | 02 | OK | TX | ECM |
|     | 11/20 | 17:39 | 9564231670 | 02:14 | 02 | OK | RX | ECM |
|     | 11/21 | 08:42 | PUREFAX  IO_C380 CH0 | 46 | 01 | OK | RX | |
| #50 | 11/21 | 11:05 | 3995413 | 29 | 02 | OK | TX | ECM |
| #51 | 11/21 | 11:27 | 17195459032 | 06:53 | 09 | OK | TX | |
| #52 | 11/21 | 11:35 | 19565440592 | 01:35 | 02 | OK | TX | ECM |
| #53 | 11/21 | 11:37 | 19563838209 | 48 | 02 | OK | TX | ECM |
| #54 | 11/21 | 12:30 | 3994484 | 03:47 | 08 | OK | TX | ECM |
|     | 11/21 | 14:58 | 9566872761 | 02:21 | 03 | OK | RX | ECM |
|     | 11/21 | 15:30 | 19565198313 | 02:16 | 04 | OK | RX | |
| #55 | 11/21 | 15:52 | 19565198313 | 01:37 | 03 | OK | TX | |
| #59 | 11/21 | 16:05 | 15124373478 | 07:38 | 26 | OK | TX | ECM |
| #58 | 11/21 | 16:13 | 15124373478 | 02:33 | 10 | OK | TX | ECM |
| #60 | 11/21 | 16:23 | 4259437 | 53 | 04 | OK | TX | ECM |
|     | 11/21 | 16:45 | 956 4259437 | 31 | 02 | OK | RX | ECM |
|     | 11/21 | 17:22 | | 01:41 | 05 | OK | RX | ECM |
|     | 11/22 | 08:58 | | 25 | 01 | OK | RX | ECM |
|     | 11/22 | 11:20 | 425 8616 | 01:14 | 04 | OK | RX | ECM |
| #61 | 11/22 | 12:56 | 4258616 | 01:05 | 04 | OK | TX | ECM |
|     | 11/22 | 13:50 | 7132669125 | 21 | 01 | OK | RX | ECM |
| #62 | 11/22 | 14:45 | 19565447828 | 02:00 | 07 | OK | TX | ECM |
| #63 | 11/22 | 14:52 | 19565424370 | 01:06 | 05 | OK | TX | ECM |
|     | 11/22 | 15:01 | 956 5424370 | 35 | 02 | OK | RX | ECM |
| #64 | 11/22 | 15:36 | 19565424370 | 22 | 01 | OK | TX | |
| #65 | 11/22 | 16:25 | 011902125184457 | 01:15 | 02 | OK | TX | |
| #66 | 11/22 | 16:28 | 18003560453 | 37 | 01 | OK | TX | ECM |
| #67 | 11/22 | 17:32 | 4258616 | 23 | 01 | OK | TX | ECM |
|     | 11/23 | 01:09 | 90 1 5184457 | 44 | 01 | OK | RX | |
|     | 11/23 | 06:58 | 203-853-2845 | 38 | 01 | OK | RX | |
|     | 11/23 | 13:22 | | 37 | 01 | OK | RX | ECM |
|     | 11/24 | 09:04 | 9566872761 | 02:19 | 05 | OK | RX | ECM |
|     | 11/24 | 12:32 | 9563990951 | 23 | 01 | OK | RX | ECM |
| #69 | 11/24 | 16:03 | 12125874169 | 01:09 | 02 | OK | TX | ECM |
|     | 11/24 | 18:03 | | 28 | 01 | OK | RX | ECM |
| #70 | 11/26 | 18:01 | 4278216 | 00 | 00 | BUSY | TX | |
| #72 | 11/26 | 18:03 | 4278222 | 03:46 | 06 | OK | TX | ECM |
| #71 | 11/26 | 18:20 | 4278216 | 00 | 00 | BUSY | TX | |
|     | 11/27 | 04:01 | DEFAULTCSID | 23 | 01 | OK | RX | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
CA  : CALL BACK MSG
POL : POLLING
RET : RETRIEVAL