

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAY 1 6 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-055           DATE & TIME:     05-16-01 AT 1:30 P.M.

RITA SALINAS ELDERKIN               PLAINTIFF(S)     JANICE A. CASSIDY
                                    COUNSEL

VS.

STATE FARM MUTUAL AUTOMOBILE        DEFENDANT(S)     CRAIG H. VITTITOE
INSURANCE COMPANY                   COUNSEL

-----------------------------------------------------------------------------------

Attorneys Janice Cassidy and Craig Vittitoe appeared in chambers.

Parties have consented to 636(c) referral.

Defendant will respond to Motion to Remand.

An agreed schedule is set out in Fed. R. Civ. P. 26 Disclosures (Docket No. 6).