11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-055 |
| | § | |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Remand (Docket No. 7). The Court finds that the Motion should be DENIED.

IT IS THEREFORE **ORDERED** that the Motion for Remand be **DENIED**.

DONE at Brownsville, Texas, this 15th day of June, 2001.

John Wm. Black
United States Magistrate Judge