United States District Court
Southern District of Texas
FILED

JUL 11 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | { | |
| | { | |
| vs. | { | CIVIL ACTION NO. B-01-055 |
| | { | |
| STATE FARM MUTUAL AUTOMOBILE | { | |
| INSURANCE COMPANY | { | |

### PLAINTIFF'S MOTION TO QUASH AND FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

**COMES NOW,** Plaintiff, RITA SALINAS ELDERKIN, and files this her Motion to Quash Deposition Notice and for Protective Order and in support would offer the Court the following:

1. Plaintiff filed a cause of action against defendant encompassing a UIM claim as well as a bad faith claim.

2. On May 4, 2001 the parties through Counsel submitted a Joint Discovery/Case Management Plan under Rule 26(f) setting forth agreed deadlines for discovery in this cause.

3. On May 30, 2001, in response to a request for possible deposition dates, Plaintiff advised Defendant of dates of availability for the Plaintiff's deposition and requested also to be able to depose State Farm employee, Rosie Salinas, on the same date. See attached Exhibit "1".

4. Thereafter, several telephone conversations occurred between the parties through Counsel during which State Farm steadfastly refused to produce Ms. Salinas because there is pending before the Court a Motion to Sever and Abate.

5. Defendant set Plaintiff's deposition for July 12, 2001 and has filed a Motion to Quash the deposition of State Farm employee, Rosie Salinas, in response to Notice of her Deposition. (The notice did contain a typographical error; however, State Farm has been well aware that the deposition of the Plaintiff and Ms. Salinas were to be set for the same day. The Notice has since been amended.)

6. Defendant is in possession of Plaintiff's deposition which was taken in the underlying third party action together with copies of all discovery responses in that cause and in this cause. Additionally Defendant has a full and complete copy of all special damages arising from this cause since they were compiled before this suit was initiated and provided to State Farm before this cause was initiated.

7. Defendant has taken the position that it should not have to conduct discovery regarding the bad faith claim because it has filed a Motion to Sever and Abate; however, Defendant has informed Plaintiff that it intends to pursue questioning at depositions on July 12, 2001 concerning ". . . her claim, damages, as well as the documentation and information that she supplied her treaters and State Farm."

8. Plaintiff was under the impression that the Joint Discovery/Case Management Plan governed the entire case and Plaintiff was prepared to conduct discovery accordingly; however, State Farm is carving out separate claims, even while the Court has not ruled on its Motion, with the end result being a duplication of depositions and additional time lost and expense incurred.

9. For that reason Plaintiff seeks an Order to Quash the Notice of Oral Deposition of Plaintiff set for Thursday, July 12, 2001 in order to avoid the necessity of

numerous objections and the certainty that Plaintiff will have to be re-produced at a later date once the Court rules on the Motion to Sever and Abate.

10.  Additionally Plaintiff seeks a Protective Order on the Subpoena Duces Tecum served with the Notice of Oral Deposition because the information sought is duplicative of information already provided.  See Exhibit "2" attached.  In this cause, despite the volume of discovery arising from the underlying third party claim, Plaintiff copied the discovery and produced it to Defendant.  At depositions, Defendant again seeks additional copies of the same information.

11.  Plaintiff alleges that Defendant's conduct is solely for harassment and to cause her to incur substantial expense so as to render pursuit of her claim against State Farm financially impractical.  For that reason, Plaintiff seeks an Order compelling Defendant to pay reasonable and necessary attorney's fees and costs incurred in the filing of this Motion.

WHEREFORE, Plaintiff seeks judicial relief in the form of an Order to Quash and for Protection, an award of attorney's fees and clarification of the status of this cause so that discovery may proceed in a reasonable fashion.

Respectfully submitted,

JANICE A. CASSIDY, P.C.

By _____
JANICE A. CASSIDY
P. O. BOX 592
SAN BENITO, TX  78586
(956)  399-3327
(956)  399-0688 Facsimile

SBOT 03979210  
Federal ID 17656  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent via regular mail and facsimile this 11th day of July 2001 to:

> Attorney Craig H. Vittitoe  
> Adams & Graham, L.L.P.  
> 222 East Van Buren, West Tower  
> P. O. Drawer 1429  
> Harlingen, TX 78551  
> (956) 428-2954

By /s/ Janice A. Cassidy  
JANICE A. CASSIDY

# JANICE A. CASSIDY, P.C.
*Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

May 30, 2001

Attorney Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551

In re: Cause No. B-01-055; Rita Salinas Elderkin v. State Farm Mutual Automobile Insurance Company; USDC, Southern District

Dear Mr. Vittitoe:

I apologize for the delay in responding in the above cause.

Please be advised that I am available for the deposition of Rita Salinas Elderkin on the following dates:

June 12, 2001
June 15, 2001
June 18 through 20 inclusive
July 9 through 13 inclusive

At that time I would also like to depose State Farm adjuster, Rosie Salinas. Kindly let me know if any of the above dates is acceptable to you and to Ms. Salinas.

Thanking you for your kind consideration, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml
Sent via facsimile 428-2954

EXHIBIT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-01-055 |
| | : | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | |

**DEFENDANT, STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY'S AMENDED NOTICE OF INTENTION TO TAKE
VIDEOTAPED ORAL DEPOSITION OF PLAINTIFF, RITA SALINAS ELDERKIN**

TO:   Plaintiff, **RITA SALINAS ELDERKIN**, by and through her attorney of record:

Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
550 N. Sam Houston
P. O. Box 592
San Benito, TX 78586

PLEASE TAKE NOTICE that the oral deposition of **RITA SALINAS ELDERKIN** will be taken pursuant to the provisions of Federal Rules of Civil Procedure at the law offices of Janice A. Cassidy located at 550 N. Sam Houston, San Benito, Cameron County, Texas at **1:30** o'clock p.m. on Thursday the **12th** day of **July**, 2001.

It is hereby requested that the witness appear at such time and place for the purpose of giving her deposition in this cause, which deposition, when taken, may be used in evidence during the trial of said cause, and will continue from day to day until completed.



DEFENDANT'S AMENDED NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF PLAINTIFF, RITA SALINAS ELDERKIN - 1 of 2
[7mrq]; C:\FILES\S\S1752\NOTICES\FEDERAL\AMDNOTIC.PLF

**WITNESS TO BRING:**

1) Any and all medical records, reports or billings documenting the treatment and/or medical impressions pertaining to the state of the health of Rita Salinas Elderkin;

2) Any and all expert reports provided to you or your attorney by any expert witness that you may call at the trial of this case;

3) Any and all photographs and videotapes of Rita Salinas Elderkin that depict her injuries made the basis of this suit;

4) Any and all documents previously produced in response to Defendant's Requests for Production and Inspection; and

5) All photographic evidence depicting property damage to the vehicles involved in the accident made the subject of suit.

Said deposition will be taken before a member of Bryant & Stingley a duly qualified certified shorthand court reporter.

Please be advised that said deposition may be videotaped.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____
CRAIG H. VITTITOE
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that the original of the above and foregoing instrument was forwarded to the following attorney of record, on this the ___ day of June, 2001:

<u>VIA CM/RRR NO. 7000 1670 0013 4635 2876</u>
Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
P. O. Box 592
San Benito, TX 78586

_____
Craig H. Vittitoe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **RITA SALINAS ELDERKIN** { | |
| { | |
| vs.  { | **CIVIL ACTION NO. B-01-055** |
| { | |
| **STATE FARM MUTUAL AUTOMOBILE** { | |
| **INSURANCE COMPANY** { | |

### ORDER SETTING HEARING ON PLAINTIFF'S
### MOTION TO QUASH AND FOR PROTECTIVE ORDER

**BE IT REMEMBERED,** that on the date shown below Plaintiff's Motion to Quash and for Protective Order having been presented to the Court, the Court is of the opinon that the said Motion should be set for hearing;

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Quash and for Protective Order be and is hereby set for hearing before this Court on the _____ day of _____ 2001 at _____.M.

Clerk is to notify all Counsel of record.

SIGNED FOR ENTRY this _____ day of _____ 2001.

BY THE COURT:

_____
JUDGE PRESIDING

Copies to:
Janice A. Cassidy, P. C.
P. O. Box 592
San Benito, TX 78586

Craig H. Vittitoe
Adams & Graham, LLP
P. O. Drawer 1429
Harlingen, TX 78551-1429