United States District Court
Southern District of Texas
FILED

JUL 1 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RITA SALINAS ELDERKIN : | |
| : | |
| VS. : | CIVIL ACTION NO. B-01-055 |
| : | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE : | |
| INSURANCE COMPANY : | |

## DEFENDANT'S MOTION TO QUASH ORAL DEPOSITION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Movant, State Farm Mutual Automobile Insurance Company, Defendant in this cause, filing this **Motion to Quash Oral Deposition** respectfully showing the Honorable Court as follows:

I.

By correspondence dated July 6, 2001, the Plaintiff served a notice of oral deposition providing notice of the Plaintiff's intent to depose an individual, Rosie Salinas. Movant reasonably believes that the notice was mistakenly propounded because the notice states that the deposition shall be taken pursuant to the "Texas Rules of Civil Procedure" and further, that the deposition will be taken on July 6, 2001, a date that has passed. The transmittal letter accompanying the notice of oral deposition referenced the deposition date of 3:00 p.m. on Thursday, July 12, 2001. Because of these errors and for other justifiable reasons, Movant deems it necessary to file this motion to quash the oral deposition upon each of the following grounds:

## II.

Movant objects because the notice of oral deposition refers to the deposition taken pursuant to "Texas Rules of Civil Procedure" which is clearly erroneous as this case is pending in the United States District Court for the Southern District of Texas. The Federal Rules of Civil Procedure apply to the case.

## III.

Movant objects to the notice of oral deposition because it refers to the date of July 6, 2001 in the notice, a date in the past and clearly impossible to comply.

## IV.

Movant objects to the notice of oral deposition regarding the Plaintiff's efforts to depose Rosie Salinas for the reason that the witness lacks personal knowledge as to the acts and omissions giving rise to the motor vehicle accident as well as the claimed injuries and damages of the Plaintiff, Rita Salinas Elderkin. Any knowledge that Rosie Salinas may possess relating to this litigation pertains to the claim handling in connection with the underinsured motorist insurance claim of Plaintiff, Rita Salinas Elderkin. Regarding the "claim handling" portion of this lawsuit, Movant has pending a motion to sever and abate. For these reasons, Movant objects to the notice as being burdensome and harassing.

*WHEREFORE, PREMISES CONSIDERED*, Movant prays that the objections be sustained; and, that the court quash the notice of oral deposition (of Rosie Salinas) attached and incorporated by reference.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____
   **CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the ___9___ day of July, 2001:

### VIA CM/RRR NO. 7000 1670 0013 4635 2791

Ms. Janice A. Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
P. O. Box 592
San Benito, TX 78586

_____
Craig H. Vittitoe

# JANICE A. CASSIDY, P. C.
*Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

FAXED July 6, 2001

Attorney Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551

In re: Cause No. B-01-055; Rita Salinas Elderkin v. State Farm Mutual Automobile Insurance Company; USDC, Southern District

Dear Mr. Vittitoe:

In view of your recent unilateral decision that discovery should not be conducted on the bad faith claim pending before the Court in the above matter, please be advised that I will not permit my client to respond to questions touching and concerning the bad faith allegations when she appears to be deposed on Thursday, July 12, 2001 at 1:30 P. M. in my office. Additionally I will not permit her to respond to questions concerning the occurrence of the May 8, 1997 accident that she has previously replied to in her earlier deposition taken in that claim which has been provided to you.

Finally I enclose Notice of Oral Deposition of State Farm adjuster, Rosie Salinas, which I have set for 3:00 P. M. on Thursday, July 12, 2001. Kindly arrange to have Ms. Salinas present at that time.

Thanking you, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

*Janice A. Cassidy*

JANICE A. CASSIDY

JAC:mml
Encl.
Sent via facsimile (956) 428-2954 and regular mail



EXHIBIT
" 1 "

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

| | |
|---|---|
| **RITA SALINAS ELDERKIN** { | |
| { | |
| vs. { | **CIVIL ACTION NO. B-01-055** |
| { | |
| **STATE FARM MUTUAL AUTOMOBILE** { | |
| **INSURANCE COMPANY** { | |

### NOTICE OF ORAL DEPOSITION

**TO:  ROSIE SALINAS, STATE FARM EMPLOYEE, by her Attorney of record, Craig H. Vittitoe**

**PLEASE TAKE NOTICE** that pursuant to Texas Rules of Civil Procedure, the oral deposition of **STATE FARM EMPLOYEE, ROSIE SALINAS,** will be taken on Thursday, July 6, 2001 at 3:00 P.M. at the office of Janice A. Cassidy, 550 North Sam Houston, San Benito, Texas 78586. The deposition will continue from day to day until completed. You are invited to attend and question the witness. This deposition will be taken by stenographer and may be videotaped.

JANICE A. CASSIDY, P.C.

By _____
JANICE A. CASSIDY
ATTORNEY FOR PLAINTIFF
550 NORTH SAM HOUSTON
SAN BENITO, TX 78586
(956)  399-3327
(956)  399-0688 FAX
SBOT  03979210
CAMERON COUNTY 191601



EXHIBIT "2"

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was on this the 6th day of July 2001 sent by regular mail and facsimile to:

Attorney Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551
(956) 428-2954

By *[signature]*
JANICE A. CASSIDY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RITA SALINAS ELDERKIN | : |
| | : |
| VS. | : CIVIL ACTION NO. B-01-055 |
| | : (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE | : |
| INSURANCE COMPANY | : |

## ORDER SETTING HEARING ON DEFENDANT'S MOTION TO QUASH

BE IT REMEMBERED, that on the date shown below **DEFENDANT'S MOTION TO QUASH** having been presented to the Court, the Court is of the opinion that said Motion should be set for hearing;

*IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED* by the Court that **DEFENDANT'S MOTION TO QUASH** should be and the same is hereby set for hearing before this Court at _____ o'clock _____ .m. on the _____ day of _____, 2001.

Clerk is to notify all counsel of record.

DONE this the _____ day of _____, 2001 in Brownsville, Texas.

_____
*UNITED STATES DISTRICT JUDGE*
*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*

*Copies to:*
Craig H. Vittitoe
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, TX 78551-1429

Janice Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
550 N. Sam Houston
P.O. Box 592
San Benito, TX 78586