/15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2001

## ORDER

Michael N. Milby, Clerk
by Deputy Clerk

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-055 |
| | § | |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

PLACE:                                                                   ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**              **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                          DATE AND TIME:

**AUGUST 7, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 30, 2001

TO:    MS. JANICE CASSIDY
       MR. CRAIG VITTITOE