

```
                                                    United States District Court
                                                      Southern District of Texas
                                                            ENTERED
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS          AUG 1 0 2001
                  BROWNSVILLE DIVISION
                                                    Michael N. Milby, Clerk of Court
                                                    By Deputy Clerk
```

RITA SALINAS ELDERKIN          §
                               §
vs.                            §   CIVIL ACTION NO. B-01-055
                               §
STATE FARM MUTUAL AUTOMOBILE   §
INSURANCE COMPANY              §

## ORDER DENYING MOTION FOR SEVERANCE AND ABATEMENT

BE IT REMEMBERED that on the date below written Defendant's Motion for Severance and Abatement (Docket No 12) having been presented to the Court, and the Court after considering the Motion, and the evidence together with argument of Counsel, is of the opinion that the Motion should in all things be denied;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion for Severance and Abatement be and is hereby denied and that discovery and trial of all claims presently before this Court shall be conducted in one proceeding and in accordance with the Agreed Scheduling Order on file in this cause.

DONE this __8__ day of __AUGUST__ 2001.

BY THE COURT:

_____
JUDGE PRESIDING

Copies to:
Janice A. Cassidy, P. C.
P. O. Box 592
San Benito, TX 78586

Craig H. Vittitoe
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429