

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON ALL PENDING MOTIONS

| | |
|---|---|
| CIVIL ACTION NO. B-01-055 | DATE & TIME: 08-08-01 AT 2:00 P.M. |
| RITA SALINAS ELDERKIN | PLAINTIFF(S) COUNSEL: JANICE A. CASSIDY |
| VS. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | DEFENDANT(S) COUNSEL: CRAIG H. VITTITOE |

---

CSO: Dan Figueroa
ERO: Linda Garcia

Attorneys Janice Cassidy and Craig Vittitoe appeared.

Plaintiff's attorney is to redraft responses to Defendant's Request for Admissions.

Hearing will be set on Defendant's Motion to Determine Plaintiff's Responses to Request for Admissions (Second Set) Docket No. 16.