22

United States District Court
Southern District of Texas
FILED

AUG 1 6 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT'S MOTION TO DETERMINE
PLAINTIFF'S RESPONSES TO REQUEST FOR ADMISSIONS (SECOND SET)

CIVIL ACTION NO. B-01-055            DATE & TIME:    08-15-01 AT 2:00 P.M.

RITA SALINAS ELDERKIN                PLAINTIFF(S)    JANICE A. CASSIDY
                                     COUNSEL

VS.

STATE FARM MUTUAL AUTOMOBILE         DEFENDANT(S)    CRAIG H. VITTITOE
INSURANCE COMPANY                    COUNSEL

---

ERO: Gabriel Mendieta
CSO: Dan Figueroa

Attorneys Janice Cassidy and Craig Vittitoe appeared.

Hearing was held to discuss the Responses of Plaintiff.