2̃

```
                                                         United States District Court
                                                         Southern District of Texas
                                                                  FILED
         CIVIL ACTION NO. B-01-055                        SEP 1 8 2001
```

| | | | |
|---|---|---|---|
| RITA SALINAS ELDERKIN | § | UNITED STATES | Michael N. Milby Clerk of Court |
| | § | | |
| VS. | § | DISTRICT COURT OF | |
| | § | | |
| STATE FARM MUTUAL AUTOMOBILE INS. | § | SOUTHERN DISTRICT | |

### ADR PROVIDER'S MEMORANDUM TO CLERK OF COURT

ADR METHOD:   Mediation   __X__      Arbitration   ____
              Mini-trial  ____       Summary Jury Trial  ____

TYPE OF CASE: Personal Injury/Involving motor     DATE HELD: 9/14/01

1. The case referred to ADR was:   settled __X__   not settled ___

2. My total fees and expenses were: $ 850.00 .

3. The names, addresses and telephone numbers of all parties and all counsel of record who attended mediation are as follows:

Ms. Rita Salinas Elderkin
PLAINTIFFS

Ms. Janice A. Cassidy
Law Office of Janice A. Cassidy
550 North Sam Houston Boulevard
P.O. Box 592
San Benito, TX 78586
(956) 399-3327
ATTORNEY FOR PLAINTIFF

— — — — — — — — — — — —

Ms. Linda Uriegas
State Farm Mutual Automobile Ins.
Representative (by phone)
DEFENDANT

Mr. Craig H. Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Box Drawer 1420
Harlingen, Texas 78551
(956) 428-7495
ATTORNEY FOR DEFENDANTS

Respectfully submitted,

*Law Office of Israel Ramon, Jr.*
7417 N. 10th Street
McAllen, Texas 78501
(956) 682-4000
(956) 682-4001 - facsimile

BY: _____
ISRAEL RAMON, JR.
ATTORNEY/MEDIATOR