2-

United States District Court
Southern District of Texas
FILED

SEP 2 6 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

RITA SALINAS ELDERKIN          :

                                  :

VS.                        :          **CIVIL ACTION NO. B-01-055**

                                  :                (JURY DEMANDED)

STATE FARM MUTUAL AUTOMOBILE    :
INSURANCE COMPANY               :

---

## AGREED MOTION TO DISMISS
## WITH PREJUDICE

---

COMES NOW, the Plaintiff, **RITA SALINAS ELDERKIN**, and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, by and through their attorneys of record presenting this their *Agreed Motion to Dismiss with Prejudice*, respectfully showing the Honorable Court as follows:

### I.

The parties have compromised and settled their dispute.

### II.

All court costs are to be paid by the party incurring the same.

## III.

The parties desire that this cause be dismissed with prejudice.

**WHEREFORE, PREMISES CONSIDERED**, the parties pray that this cause be dismissed with prejudice.

Respectfully submitted,

**JANICE A. CASSIDY, P.C.**
P.O. Box 592
550 North Sam Houston
San Benito, Texas 78586
Phone (956) 399-3327
Fax   (956) 399-0688

BY: _____
**JANICE A. CASSIDY**
State Bar No. 03979210
ATTORNEY FOR PLAINTIFF
RITA SALINAS ELDERKIN

**APPROVED AS TO FORM AND SUBSTANCE:**

**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
Phone 956/428-7495
Fax   956/428-2954

BY: _____
**CRAIG H. VITTITOE**
State Bar No. 20593900
ATTORNEY FOR DEFENDANT, STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY