25

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

OCT 0 2 2001

| | | |
|---|---|---|
| RITA SALINAS ELDERKIN | : | |
| | : | |
| VS. | : | **CIVIL ACTION NO. B-01-055** |
| | : | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came the Court in response to the motion presented by the parties *(DOCKET No 24)* entitled "Agreed Motion to Dismiss with Prejudice". The Court finds that the Plaintiff,

**RITA SALINAS ELDERKIN**, and Defendant, **STATE FARM MUTUAL AUTOMOBILE**

**INSURANCE COMPANY**, have compromised and settled their dispute. The Court

further finds that the cause should be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this

cause is dismissed with prejudice and that all court costs are assessed against the party

incurring the same.

ClibPDF - www.fastio.com

Additionally, **IT IS ORDERED ADJUDGED and DECREED** that all relief not specifically recited herein is DENIED.

Clerk is to notify all counsel of record.

DONE this the _1ST_ day of _OCTOBER_, 2001 in Brownsville, Texas.

JOHN WM. BLACK
**UNITED STATES MAGISTRATE JUDGE**
*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*

**AGREED:**

**JANICE A. CASSIDY**
State Bar No. 03979210
Attorney for Plaintiff

**CRAIG H. VITTITOE**
State Bar No. 20593900
Attorney for Defendant

AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 2 of 2
[7mrq]; C:\FILES\S\S1752\SETTLEME.DOC\ORDISMIS.001

ClibPDF - www.fastio.com